# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yahya Muraweh, | No. CV-23-01455-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Sea Limited, et al., | |
| Defendants. | |

Before the Court is Movant George Vayner and Anil Bhandari's notice of non-opposition (Doc. 21) indicating they do not oppose the competing motion for consolidation, appointment of lead plaintiff and approval of selection of counsel. Accordingly,

**IT IS ORDERED** that Movants' motion for consolidation (Doc. 12) is DENIED.

Dated this 6th day of October, 2023.

Douglas L. Rayes
United States District Judge