# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Yahya Muraweh, et al., | No. CV-23-01455-PHX-DLR |
| Plaintiffs, | Consolidated with:<br>Case No. CV-23-01889-PHX-SRB |
| v. | **ORDER** |
| Sea Limited, et al., | <u>CLASS ACTION</u> |
| Defendants. | |

The Court having reviewed Movant Laborers District Council Construction Industry Pension Fund's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (Doc. 9), noting that similar motions filed by Movants Colin A. Sultan and Meissy Quinn have been withdrawn (Docs. 15, 18), while Movants Amoi Leong, George Vayner, and Anil Bhandari submitted notices of non-opposition (Docs. 14, 21), and finding consolidation is warranted therefore;

**IT IS ORDERED** as follows:

1. Movant Laborers District Council Construction Industry Pension Fund's motion (Doc. 9) is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Muraweh v. Sea Limited, et al., No. CV-23-01455-PHX-DLR and Mirvaydulloev v. Sea Limited, et al., No. CV-23-01889-PHX-SRB are consolidated under the earlier-filed case number, CV-23-

01455-PHX-DLR. All future filings shall be made under the lead case number, CV-23-01455-PHX-DLR;

3.   Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Laborers District Council Construction Industry Pension Fund is appointed as Lead Plaintiff for the class; and

4.   Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved.

Dated this 6th day of October, 2023.

Douglas L. Rayes
United States District Judge

- 2 -