LEWIS ROCA ROTHGERBER CHRISTIE LLP
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Telephone:    (602) 262-5311
Email:          jgray@lewisroca.com

SHEARMAN & STERLING LLP
Adam S. Hakki (admitted *pro hac vice*)
Daniel C. Lewis (admitted *pro hac vice*)
Joshua T. Ebersole (admitted *pro hac vice*)
599 Lexington Avenue,
New York, New York 10022
Telephone:    (212) 848-4000
Email:          ahakki@shearman.com
                    daniel.lewis@shearman.com
                    joshua.ebersole@shearman.com

*Counsel for Defendant Sea Limited*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund,<br><br>Plaintiff,<br><br>v.<br><br>Sea Limited *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01455-PHX-DLR<br><br>Consolidated with:<br>Case No. 2:23-cv-01889-PHX-DLR<br><br>**JOINT MOTION FOR ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSE**<br><br>**(First Request)**<br><br>(Assigned to the Hon. Douglas L. Rayes) |

122163668.2

Lead Plaintiff Laborers District Council Construction Industry Pension Fund ("Lead Plaintiff") and Defendant Sea Limited ("Defendant") hereby stipulate and agree as follows and jointly request entry of the proposed order lodged concurrently herewith (the "Proposed Order"):

1.    On July 21, 2023, plaintiff Yahya Muraweh filed a putative securities class action complaint on behalf of a purported class of purchasers or acquirers of Defendant's securities, alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against Defendant and certain of the Defendant's officers (the "Muraweh Action").  (ECF 1.)

2.    On August 25, 2023, plaintiff Yahya Muraweh and Defendant submitted a joint motion and proposed order whereby Defendant Sea Limited agreed to waive service of process as to Sea Limited of the complaint in the Muraweh Action, and Defendant would not be required to move, answer, or otherwise respond to the complaint in the Muraweh Action prior to the Court's appointment of a lead plaintiff pursuant to the PSLRA.  (ECF 6.)  The joint motion and proposed order further provided that, "[w]ithin 14 days after the Court has appointed a lead plaintiff, counsel for the lead plaintiff and all defendants that have appeared in the case shall confer and propose to the Court a briefing schedule for the filing of an amended complaint and defendants' motions, answers, or other responses to the amended complaint." (*Id.*)  The Court issued an order granting the joint motion that same day.  (ECF 7.)

3.    On September 8, 2023, plaintiff Ubaydullo Mirvaydulloev filed a separate putative securities class action complaint on behalf of a purported class of purchasers or

acquirers of Defendant's securities, alleging violations of §§10(b) and 20(a) of the Exchange Act against Defendant and certain of the Defendant's officers, under the caption *Mirvaydulloev v. Sea Limited, et al.*, No. CV-23-01889-PHX-SRB (the "Mirvaydulloev Action").

4.     The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a process whereby, in putative class actions brought under the Exchange Act, a court must consolidate the cases and appoint a lead plaintiff for the putative class.  15 U.S.C. §78u-4(a)(3)(B).  Pursuant to the PSLRA, the deadline for putative class members to move the Court to serve as lead plaintiff in the Muraweh Action was September 19, 2023.  *Id.*

5.     On October 6, 2023, the Court issued an order consolidating the Muraweh Action with the Mirvaydulloev Action (the "Action"), granting Laborers District Council Construction Industry Pension Fund's motion for appointment as lead plaintiff, and granting Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.

6.     Defendant intends to move to transfer the Action to the United States District Court for the Southern District of New York.[1]  The parties have met and conferred, and Lead Plaintiff intends to oppose any such motion to transfer.

7.     Lead Plaintiff intends to file a consolidated complaint, and the parties agree that, for efficiency purposes, the schedule for Lead Plaintiff filing the consolidated complaint and Defendant responding to the consolidated complaint should proceed as

---

[1]     Although neither of the named individual defendants has appeared, Defendant Sea Limited's position is that the entire Action should be transferred to the United States District Court for the Southern District of New York.

agreed to by the parties in the accompanying Proposed Order. Lead Plaintiff and Defendant therefore agree that good cause exists for entry of the schedule proposed below.

WHEREFORE, the parties respectfully request that the Court enter the Proposed Order attached hereto with the following schedule:

(a)    Lead Plaintiff shall file a consolidated complaint on the earlier of (i) 30 days after a decision is issued on any motion to transfer the Action, or (ii) 60 days from the filing of this joint motion.

(b)    Defendant shall file its response to the consolidated complaint within 60 days of the filing of the consolidated complaint.

(c)    In the event Defendant moves to dismiss the consolidated complaint, Lead Plaintiff's opposition to the motion to dismiss will be due 60 days after the motion to dismiss is filed, and Defendant's reply will be due 30 days after Lead Plaintiff's opposition is filed.

Dated:  October 20, 2023          Lewis Roca Rothgerber Christie LLP

By: _____
      John C. Gray
      *Counsel for Defendant Sea Limited*

Dated:  October 20, 2023          Robbins Geller Rudman & Dowd LLP

By: /s/ Marco Janoski (with permission)
      Marco Janoski

      *Counsel for Lead Plaintiff Laborers
      District Council Construction Industry
      Pension Fund*

122163668.2