# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

Laborers District Council Construction Industry Pension Fund,

Plaintiff,

v.

Sea Limited *et al.*,

Defendants.

Case No. 2:23-cv-01455-PHX-DLR

Consolidated with:
Case No. 2:23-cv-01889-PHX-DLR

**[PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSE**

**(First Request)**

(Assigned to the Hon. Douglas L. Rayes)

122163668.2

The Court having considered the Joint Motion for Order Setting Schedule for Filing of Consolidated Complaint and Response filed by Lead Plaintiff Laborers District Council Construction Industry Pension Fund ("Lead Plaintiff") and Defendant Sea Limited ("Defendant") in the above-captioned action (the "Action"), and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.    Lead Plaintiff shall file a consolidated complaint on the earlier of (i) 30 days after a decision is issued on any motion to transfer the Action, or (ii) 60 days from the filing of this [Proposed] Order.

2.    Defendant shall file its response to the consolidated complaint within 60 days of the filing of the consolidated complaint.

3.    In the event Defendant moves to dismiss the consolidated complaint, Lead Plaintiff's opposition to the motion to dismiss will be due 60 days after the motion to dismiss is filed, and Defendant's reply will be due 30 days after Lead Plaintiff's opposition is filed.

IT IS SO ORDERED.