## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al., | No. CV-23-01455-PHX-DLR |
| Plaintiffs, | Consolidated with:<br>Case No. CV-23-01889-PHX-DLR |
| v. | **ORDER** |
| Sea Limited, et al., | |
| Defendants. | |

The Court having reviewed the parties' Joint Motion for Order Setting Schedule for Filing of Consolidated Complaint and Response (Doc. 26), and good cause appearing;

**IT IS ORDERED** that the parties' joint motion is GRANTED. The Court sets the following deadlines for the filing of a consolidated complaint:

1. Lead Plaintiff shall file a consolidated complaint on the earlier of (i) 30 days after a decision is issued on any motion to transfer the action, or (ii) 60 days from the filing of this Order.

2. Defendant shall file its response to the consolidated complaint within 60 days of the filing of the consolidated complaint.

/ / /

/ / /

/ / /

3.      In the event Defendant moves to dismiss the consolidated complaint, Lead Plaintiff's opposition to the motion to dismiss will be due 60 days after the motion to dismiss is filed, and Defendant's reply will be due 30 days after Lead Plaintiff's opposition is filed.

Dated this 23rd day of October, 2023.

Douglas L. Rayes
United States District Judge