**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311
Facsimile: (602) 262-5747
Email: jgray@lewisroca.com

**SHEARMAN & STERLING LLP**
Adam S. Hakki (admitted *pro hac vice*)
Daniel C. Lewis (admitted *pro hac vice*)
Joshua T. Ebersole (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Email: ahakki@shearman.com
         daniel.lewis@shearman.com
         joshua.ebersole@shearman.com

*Counsel for Defendant Sea Limited*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Yahya Muraweh, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Sea Limited, Forrest Xiaodong Li, and Tony Tianyu Hou,<br><br>Defendants. | Case No. 2:23-cv-01455-PHX-DLR<br><br>Consolidated with:<br>Case No. 2:23-cv-01889-PHX-DLR<br><br>**DECLARATION OF JINGSI FAN IN SUPPORT OF DEFENDANT SEA LIMITED'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)** |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the fo is true and correct:

1.     I have been employed by defendant Sea Limited as a Director, Group Chief Corporate Officer's Office since September 2022.

2.     I have worked in the Investor Relations group at all times during my employment.

3.     I currently reside in and work for Sea Limited in New York, New York.

Executed on this  19  day of October 2023

_____
Jingsi Fan

1