# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, | Case No. 2:23-cv-01455-PHX-DLR |
| Plaintiff, | Consolidated with: Case No. 2:23-cv-01889-PHX-DLR |
| v. | |
| Sea Limited *et al.*, | **[PROPOSED] ORDER GRANTING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)** |
| Defendants. | |

122163668.2

The Court having considered the Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) (the "Motion") filed by Defendant Sea Limited ("Defendant") in the above-captioned action (the "Action"), and good cause appearing for the convenience of parties and witnesses and in the interest of justice,

IT IS HEREBY ORDERED THAT:

1.    Defendant's Motion is GRANTED.

2.    The Clerk shall transfer this Action forthwith to the United States District Court for the Southern District of New York.

IT IS SO ORDERED.

-1-
[PROPOSED] ORDER