ZIMMERMAN REED, LLP
HART L. ROBINOVITCH
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ  85254
Telephone:  480/348-6400
480/348-6415 (fax)
hart.robinovitch@zimmreed.com

Local Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
    & DOWD LLP
TOR GRONBORG (admitted *pro hac vice*)
J. MARCO JANOSKI GRAY (admitted *pro hac vice*)
T. ALEX B. FOLKERTH (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
mjanoski@rgrdlaw.com
afolkerth@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al., | No. CV-23-01455-PHX-DLR |
| Plaintiffs, | Consolidated with Case No. 23-01889-PHX-SRB |
| vs. | CLASS ACTION |
| Sea Limited, et al., | DECLARATION OF J. MARCO JANOSKI GRAY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT SEA LIMITED'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a) |
| Defendants. | |

4885-1390-2477.v1

I, J. MARCO JANOSKI GRAY, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in the above-entitled action.  I am a member of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Laborers District Council Construction Industry Pension Fund.  I make this declaration in support of Plaintiff's Opposition to Defendant Sea Limited's Motion to Transfer Venue Pursuant to 28 U.S.C. §1404(a).  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached is a true and correct copy of the following exhibit:

Exhibit A:    Excerpted and highlighted copy of U.S. DISTRICT COURTS, FEDERAL COURT MANAGEMENT STATISTICS – COMPARISON WITHIN CIRCUIT (Reporting Period June 30, 2023), *available at* https://www.uscourts .gov/sites/default/files/data_tables/fcms_na_distcomparison0630.2023 .pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 6, 2023, at San Diego, California.

s/ Marco Janoski
J. MARCO JANOSKI GRAY

- 1 -

4885-1390-2477.v1