# EXHIBIT A

**Comparison of Districts Within the Second Circuit — 12-Month Period Ending June 30, 2023**

| | | | CT | NY,N | NY,E | NY,S | NY,W | VT |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 2,282 | 2,363 | 10,114 | 13,113 | 2,598 | 628 |
| | | Terminations | 2,534 | 2,481 | 9,261 | 14,179 | 2,981 | 532 |
| | | Pending | 2,453 | 2,447 | 13,036 | 17,541 | 3,570 | 604 |
| | Percent Change in Total Filings Current Year | Over Last Year | -0.9 | 17.6 | 19.6 | -1.4 | 7.7 | 27.6 |
| | | Over 2018 | -21.0 | 3.2 | 13.2 | -4.5 | -26.4 | 28.4 |
| | Number of Judgeships | | 8 | 5 | 15 | 28 | 4 | 2 |
| | Vacant Judgeship Months [1] | | 9.4 | 12.0 | 47.2 | 21.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | **Filings** | Total | 285 | 473 | 674 | 468 | 650 | 314 |
| | | Civil | 220 | 351 | 608 | 408 | 464 | 136 |
| | | Criminal Felony | 32 | 85 | 45 | 33 | 99 | 104 |
| | | Supervised Release Hearings | 33 | 37 | 22 | 28 | 87 | 75 |
| | Pending Cases | | 307 | 489 | 869 | 626 | 893 | 302 |
| | Weighted Filings [1] | | 261 | 369 | 584 | 534 | 513 | 255 |
| | Terminations | | 317 | 496 | 617 | 506 | 745 | 266 |
| | Trials Completed | | 11 | 13 | 12 | 17 | 10 | 15 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 21.4 | 10.7 | 30.2 | 19.2 | 12.6 | 11.6 |
| | | Civil [1] | 9.0 | 8.7 | 5.2 | 6.0 | 16.3 | 8.2 |
| | From Filing to Trial [1] (Civil Only) | | 39.6 | 62.7 | 63.8 | 47.0 | 53.9 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 157 | 279 | 2,006 | 3,461 | 529 | 44 |
| | | | 8.5 | 16.1 | 20.5 | 26.7 | 19.0 | 14.2 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.2 | 1.5 | 1.7 | 1.1 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 77.8 | 34.9 | 72.2 | 83.3 | 90.8 | 52.5 |
| | | Percent Not Selected or Challenged | 24.3 | 13.5 | 43.6 | 57.4 | 53.9 | 43.8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See  "Explanation of Selected Terms."

**Comparison of Districts Within the Ninth Circuit — 12-Month Period Ending June 30, 2023**

| | | | AK | AZ | CA,N | CA,E | CA,C | CA,S | HI | ID | MT | NV | OR | WA,E | WA,W | GU | NMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 550 | 9,549 | 9,427 | 4,819 | 16,369 | 7,279 | 802 | 1,038 | 1,217 | 3,239 | 2,924 | 1,909 | 3,544 | 114 | 58 |
| | Terminations | | 647 | 9,857 | 8,063 | 4,732 | 15,925 | 7,632 | 853 | 1,051 | 1,113 | 3,413 | 3,123 | 1,890 | 3,490 | 111 | 49 |
| | Pending | | 704 | 5,797 | 13,840 | 7,909 | 13,613 | 5,391 | 828 | 1,104 | 1,184 | 4,324 | 3,290 | 1,283 | 2,988 | 366 | 113 |
| | Percent Change in Total Filings Current Year | Over Last Year | -0.4 | -2.0 | -4.2 | 5.2 | 8.3 | -0.9 | 2.6 | 10.5 | -4.8 | 0.5 | 1.0 | 0.2 | 13.2 | 20.0 | 3.6 |
| | | Over 2018 | -18.6 | -21.1 | 8.9 | -17.9 | -5.6 | -30.3 | -14.0 | -8.1 | -10.3 | -18.1 | -9.8 | -3.6 | -9.9 | -9.5 | -3.3 |
| | Number of Judgeships | | 3 | 13 | 14 | 6 | 28 | 13 | 4 | 2 | 3 | 7 | 6 | 4 | 7 | 1 | 1 |
| | Vacant Judgeship Months [1] | | 0.0 | 0.0 | 25.4 | 0.0 | 26.9 | 12.0 | 0.0 | 10.1 | 0.0 | 0.0 | 7.5 | 9.5 | 27.5 | 0.0 | 0.0 |
| **Actions per Judgeship** | **Filings** | Total | 183 | 735 | 673 | 803 | 585 | 560 | 201 | 519 | 406 | 463 | 487 | 477 | 506 | 114 | 58 |
| | | Civil | 133 | 249 | 599 | 695 | 526 | 189 | 143 | 296 | 197 | 394 | 340 | 218 | 428 | 34 | 23 |
| | | Criminal Felony | 50 | 370 | 24 | 64 | 33 | 259 | 31 | 153 | 142 | 34 | 79 | 92 | 42 | 39 | 28 |
| | | Supervised Release Hearings | 0 | 115 | 51 | 45 | 26 | 111 | 27 | 71 | 67 | 35 | 69 | 167 | 36 | 41 | 7 |
| | Pending Cases | | 235 | 446 | 989 | 1,318 | 486 | 415 | 207 | 552 | 395 | 618 | 548 | 321 | 427 | 366 | 113 |
| | Weighted Filings [1] | | 207 | 494 | 571 | 688 | 578 | 466 | 195 | 486 | 405 | 409 | 430 | 293 | 464 | - | - |
| | Terminations | | 216 | 758 | 576 | 789 | 569 | 587 | 213 | 526 | 371 | 488 | 521 | 473 | 499 | 111 | 49 |
| | Trials Completed | | 9 | 12 | 7 | 18 | 10 | 10 | 10 | 19 | 50 | 11 | 10 | 15 | 13 | 6 | 11 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 19.3 | 4.8 | 21.2 | 28.2 | 20.2 | 7.1 | 16.2 | 12.3 | 8.1 | 19.6 | 20.0 | 15.2 | 17.8 | 15.4 | 3.4 |
| | | Civil [1] | 4.3 | 8.5 | 7.1 | 11.0 | 4.6 | 6.4 | 6.8 | 11.7 | 11.9 | 8.0 | 12.0 | 7.8 | 6.7 | 7.1 | 14.6 |
| | From Filing to Trial [1] (Civil Only) | | - | 37.3 | 36.6 | 59.0 | 27.8 | 46.7 | 42.1 | 35.7 | - | 60.4 | 35.3 | - | 26.6 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 71 | 138 | 2,040 | 1,081 | 972 | 409 | 55 | 95 | 84 | 640 | 247 | 47 | 148 | 256 | 18 |
| | | | 18.3 | 4.7 | 16.0 | 18.2 | 9.2 | 18.5 | 12.1 | 13.8 | 13.0 | 18.7 | 10.3 | 6.6 | 6.2 | 88.6 | 34.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.1 | 1.2 | 1.6 | 1.4 | 1.2 | 1.2 | 1.1 | 1.3 | 1.2 | 1.3 | 1.4 | 1.5 | 1.3 | 3.1 |
| | Jurors | Avg. Present for Jury Selection | 53.9 | 44.6 | 60.2 | 41.1 | 62.8 | 55.2 | 55.6 | 39.4 | 38.3 | 60.0 | 42.6 | 38.6 | 41.7 | 100.0 | 45.0 |
| | | Percent Not Selected or Challenged | 31.0 | 32.1 | 34.1 | 41.0 | 58.7 | 42.7 | 43.3 | 31.6 | 34.7 | 49.0 | 27.5 | 19.7 | 31.3 | 70.0 | 0.0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."