1 | ZIMMERMAN REED, LLP
HART L. ROBINOVITCH
2 | 14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
3 | Telephone: 480/348-6400
480/348-6415 (fax)
4 | hart.robinovitch@zimmreed.com

5 | Local Counsel for Lead Plaintiff

6 | ROBBINS GELLER RUDMAN
    & DOWD LLP
7 | TOR GRONBORG (admitted *pro hac vice*)
J. MARCO JANOSKI GRAY (admitted *pro hac vice*)
8 | T. ALEX B. FOLKERTH (admitted *pro hac vice*)
655 West Broadway, Suite 1900
9 | San Diego, CA 92101
Telephone: 619/231-1058
10 | 619/231-7423 (fax)
torg@rgrdlaw.com
11 | mjanoski@rgrdlaw.com
afolkerth@rgrdlaw.com

12 | Lead Counsel for Lead Plaintiff

13 |

14 |                    UNITED STATES DISTRICT COURT

15 |                          DISTRICT OF ARIZONA

| 16 | Laborers District Council Construction | ) | No. CV-23-01455-PHX-DLR |
| 17 | Industry Pension Fund, et al., | ) | |
| | | ) | Consolidated with |
| 18 | Plaintiffs, | ) | Case No. 23-01889-PHX-SRB |
| | | ) | |
| 19 | vs. | ) | CLASS ACTION |
| | | ) | |
| 20 | Sea Limited, et al., | ) | CONSOLIDATED COMPLAINT FOR |
| | | ) | VIOLATIONS OF THE FEDERAL |
| 21 | Defendants. | ) | SECURITIES LAWS |
| | | ) | |
| 22 | | ) | **DEMAND FOR JURY TRIAL** |

23 |

24 |

25 |

26 |

27 |

28 |

4856-2411-5607.v1

**TABLE OF CONTENTS**

**Page**

I. INTRODUCTION AND OVERVIEW OF ALLEGATIONS ............................... 1

II. JURISDICTION AND VENUE ............................................................... 5

III. PARTIES ...................................................................................... 6

IV. FACTUAL BACKGROUND .................................................................. 8

    A. Sea's Business Segments ........................................................ 8

    B. Key Financial Metrics and Trends ............................................ 10

    C. Sea Faced an Unprecedented Crisis in 2022 as Its Pandemic-Induced Boom Ended and Its Valuation Plummeted ................................... 14

    D. Garena Loses the License to *League of Legends* and Its Enormous Monetized User Base ............................................................. 17

    E. Sea's Drastic and Unsustainable "Pivot to Profitability" Causes Shopee's GMV Growth to Stall and Decline ................................ 21

V. DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS ................................................................................. 28

    A. 3Q22 Earnings Report ........................................................... 28

    B. 4Q22 and FY22 Earnings Report ............................................. 32

    C. FY22 Form 20-F ................................................................... 39

    D. 1Q23 Earnings Report ........................................................... 42

VI. ADDITIONAL SCIENTER ALLEGATIONS ............................................ 47

    A. Sea's Fraudulent Conduct Required Li's Participation and Approval ........ 47

    B. The Fraud Involved Sea's Core Businesses and the Individual Defendants Are High-Level Executives Who Were Directly Involved in or Informed of Sea's Operations and Performance Metrics .............................................................................. 50

    C. Market Research Analysts Frequently Asked Questions About, and Defendants Frequently Evinced Personal Knowledge by Commenting on, Sea's Key Metrics ......................................... 52

    D. Defendants' Obfuscation of Declining and Slowing Shopee Growth by Withholding Quarterly GMV and Orders Figures in 1Q23 and 2Q23 Further Supports a Strong Inference of Scienter ........................ 54

**Page**

E.    Individual Defendants Li and Hou Signed Sarbanes-Oxley Certifications Attesting that They Personally Supervised Sea's Controls and Procedures................................................................. 55

F.    Insider Stock Sales Support a Motive to Commit Fraud .......................... 56

VII.   LOSS CAUSATION ...................................................................................... 59

A.    May 2023 Loss Event............................................................... 60

B.    August 2023 Loss Event ........................................................... 62

C.    November 2023 Loss Event ...................................................... 63

VIII.   APPLICABILITY OF THE PRESUMPTION OF RELIANCE ........................... 65

IX.   CLASS ACTION ALLEGATIONS................................................................. 65

X.   CAUSES OF ACTION ................................................................................. 67

COUNT I For Violation of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against Sea, Li, Wang, and Chen ..................... 67

COUNT II For Violation of §20(a) of the Exchange Act Against All Defendants................................................................................ 69

PRAYER FOR RELIEF ........................................................................................ 70

JURY DEMAND................................................................................................... 71

4856-2411-5607.v1

1      Lead Plaintiff Laborers District Council Construction Industry Pension Fund

2  ("Plaintiff" or the "Pension Fund"), by and through their counsel Robbins Geller Rudman &

3  Dowd LLP ("Counsel"), allege the following upon personal knowledge as to themselves and

4  their own acts, and upon information and belief as to all other matters.[1]

5  **I.      INTRODUCTION AND OVERVIEW OF ALLEGATIONS**

6      1.      This securities class action is brought on behalf of those who purchased or

7  otherwise acquired Sea Limited's American Depository Shares ("ADSs") between

8  November 15, 2022 and August 14, 2023, inclusive (the "Class Period"), seeking to pursue

9  remedies under §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act")

10  and Rule 10b-5 promulgated thereunder.

11      2.      Sea is an international consumer internet company founded in Singapore in

12  2009.  It operates three core businesses across the digital entertainment, e-commerce, and

13  digital financial services segments: (a) Garena, a global online video games publisher and

14  developer; (b) Shopee, the largest pan-regional e-commerce platform in Southeast Asia and

15  Taiwan; and (c) SeaMoney, a digital payments and financial services provider.

16      3.      This case arises from Defendants' false and misleading statements and

17  omissions regarding the Garena and Shopee business lines.[2]  Throughout the Class Period,

18  Defendants misled the market and investors about: (a) the effect of losing the hit online

19  video game *League of Legends* on Garena's financial results and user metrics; and (b) the

20  sustainability of the Company's publicized "pivot to profitability" and the effect that Sea's

21  drastic cost-cutting measures would have on Shopee's growth and market share.

22

23  ――――――――――
[1]  Plaintiff's information and belief is based on, among other things, the independent
24  investigation of Counsel, which includes, but is not limited to, a review and analysis of:
(a) Sea Limited's ("Sea" or the "Company") public filings with the U.S. Securities and
25  Exchange Commission ("SEC"); (b) transcripts of Sea senior management's conference calls
with investors and analysts; (c) releases and media reports issued about and disseminated by
26  the Company; (d) analyst reports issued about Sea; (e) other public information and data
regarding the Company; and (f) documents cited herein.  Plaintiff believes that substantial
27  additional evidentiary support will exist for the allegations set forth herein after a reasonable
opportunity for discovery.

28  [2]  The "Defendants" and "Individual Defendants" are identified and defined *infra*, §III.

4.       By the start of the Class Period in fall 2022, Sea was in the midst of a self-described "crisis." The COVID-induced tailwinds that caused the Company's valuation to soar to record highs in 2020 and 2021 had dissipated. Garena's revenue and users were in consistent decline, its only successful self-developed video game (*Free Fire*) had been banned in India, and it would soon be losing the publishing rights to one of the most popular and monetized PC games in the world: *League of Legends*. Meanwhile, Shopee was continuing to incur massive losses – which had previously been offset by Garena's significant cash flow – and had to shut down operations in key new markets like India and Europe. At Defendants' personal direction, Sea began a ruthless cost-cutting drive as the Company pivoted away from its expensive growth strategy and attempted to convince investors that it could sustainably turn a profit. In this context, starting on November 15, 2022, Defendants attempted to stop the bleeding and shore up the plummeting price of Sea securities by issuing a series of false and misleading statements that artificially inflated the price of Sea ADSs.

5.       First, Defendants falsely claimed in November 2022 that the loss of *League of Legends* (and its spinoff *Teamfight Tactics*) would have "no impact" on Garena's publishing business, and that contributions from these games were "immaterial." Yet contrary to these statements, Defendants knew that Garena's number of paying users would sharply decline in January 2023 when the Company turned over operation of these key games to their developer, Riot Games. *League of Legends* was and is one of the most popular video games in Garena's Southeast Asia markets, with a massively dedicated and monetized user base, and Sea had long identified it as the Company's most popular licensed game. While Defendants would go on to misleadingly claim in March and April 2023 that Garena's paying user base had stabilized and that any risks from a negative development in a key game were merely hypothetical, Defendants already knew that they did not achieve sufficient gains in paying users in other games to offset the significant loss of the large and highly-monetized *League of Legends* user base. Ultimately, Defendants would acknowledge in May

4856-2411-5607.v1

2023 that Garena experienced a "weakening in monetization, mainly as a result of lower paying user ratio" in 1Q23 due to the loss of millions of paying users.[3]

6.      Second, Defendants also began misleading investors in November 2022 as to the sustainability of the Company's highly-publicized "pivot to profitability," and the effect that their massive cost-cutting efforts would have on Shopee's growth and market share.  For years, Shopee's tremendous growth in gross merchandise value ("GMV") had been driven by the use of expensive sales and marketing investments to undercut its competitors – such as, *inter alia*, free shipping, zero-commission sales, and varied monthly promotions. However, as Sea embarked on an aggressive cost-cutting initiative in 2022 in an effort to turn profitable, Shopee discontinued these offerings and slashed hundreds of millions of dollars from its quarterly sales and marketing expense.  While Shopee's GMV began to decelerate and decline as a result, and certain competitors aggressively expanded their offerings, quarter-after-quarter Defendants misleadingly maintained that Shopee could operate profitably and continue to grow at the same time.  For instance, in November 2022, despite knowing that Shopee's GMV would see a significant decline in 4Q22 with their ongoing sales and marketing cuts, Defendants spoke of this extant issue as a hypothetical risk, cautioning that the Company's change in strategy merely "could" result in a decline in growth.  In March 2023, after reporting the largest GMV decline in the Company's history, Defendants doubled down and falsely claimed, *inter alia*, that the Company's cost-cutting efforts would actually allow Shopee to "capture a larger share of the pie" and that there would be no "trade-off" between profitability and growth.  Even in May 2023 – as they misleadingly concealed further declines in Shopee's GMV by discontinuing disclosure of the key metric for the first time in the Company's history – Defendants continued to falsely maintain, *inter alia*, that their cuts would drive "profitable long-term growth," that any slowdown in GMV was due to "seasonality trends," and that they could "execute growth and

---

[3]  " Q2_ " is used to denote each first, second, third, and fourth fiscal quarter of each full fiscal year ("FY").  Sea's fiscal year runs concurrent with the calendar year.  Thus, "1Q23" refers to the first quarter of 2023, "4Q22" refers to the fourth quarter of 2022, and "FY22" refers to full year 2022, and so forth.

1   managing bottom line at the same time."   In August and November 2023, however,

2   Defendants would ultimately acknowledge that Shopee could not meaningfully grow and

3   compete with other e-commerce platforms in Southeast Asia without substantial

4   reinvestments in sales and marketing expenses (*e.g.*, free shipping offerings) – once again

5   incurring significant operating losses.

6           7.      Nevertheless, during the Class Period, Defendants' statements and omissions

7   had their intended effect.  On November 15, 2022 alone, Sea's ADS price jumped $16.51 per

8   share, or 36%, as more than 42 million shares changed hands.  Over the following months, as

9   Defendants continued issuing false and misleading statements regarding the negative trends

10   in Garena's and Shopee's businesses, Sea's ADSs continued to increase and trade at inflated

11   levels up to and exceeding $88 per share.  The Individual Defendants took full advantage,

12   selling at least ***$27.9 million*** of Sea securities from April to June 2023 while shares traded at

13   artificially inflated levels.

14           8.      Defendants knew or were reckless in not knowing that their Class Period

15   statements were misleading when made.  The Individual Defendants (*i.e.*, the highest-

16   ranking corporate officers at Sea) were all directly involved in Sea's financial forecasts and

17   were kept apprised of its key performance metrics at issue in this case.  Indeed, the fraud

18   itself involved Sea's core business operations, and the Individual Defendants routinely

19   displayed their personal, granular knowledge of: (a) user engagement and monetization

20   metrics and trends for specific Garena games; and (b) the operating costs, margins, growth

21   rates (*i.e.*, GMV), market conditions, and competitive environment in each market that

22   Shopee operates in.  Defendants' selective disclosure of Shopee's key metrics (*i.e.*, GMV

23   and gross orders) further evidences Defendants' efforts to mislead and conceal the truth of

24   the deceleration in Sea's business from investors.

25           9.      The truth concealed by Defendants' misrepresentations first began to reach the

26   market in May 2023 and continued to leak out thereafter in August and November 2023.  By

27   the time the truth was fully revealed, the price of Sea ADSs had fallen from a Class Period

28   high of $88 per share to less than $36 per share – a decline of nearly 60%.  All told, Plaintiff

- 4 -

and other investors who purchased or acquired Sea ADSs during the Class Period collectively suffered significant damages.



## II. JURISDICTION AND VENUE

10. The claims alleged herein arise under §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b), 78t(a)), and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

11. This Court has jurisdiction over the subject matter of this action pursuant to §27 of the Exchange Act (15 U.S.C. §78aa).

12. Venue is proper in this District pursuant to §27 of the Exchange Act and 28 U.S.C. §1391(b)-(c). Defendants are all foreign residents and the substantive events or omissions giving rise to the claims at issue all occurred overseas, making venue proper in any district court of the United States.

13. In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce of the United States,

4856-2411-5607.v1

1   including, but not limited to, the mails, interstate telephone communications, and the

2   facilities of the national securities markets.   Among other acts, Defendants prepared,

3   authorized, and issued statements and omissions in press releases, SEC filings, and

4   conference calls that they knew or should have known would be relied on by U.S. investors.

5   **III.   PARTIES**

6          14.    Lead Plaintiff Laborers District Council Construction Industry Pension Fund is

7   a Philadelphia-based pension fund with over $1 billion in collective assets under

8   management for the benefit of nearly 10,000 participants.   The Pension Fund's primary

9   objective is to provide for the pensions and benefits of members and their families following

10  retirement or disability.   The Pension Fund, as set forth in its previously filed certification

11  (ECF 9-4), acquired Sea ADSs at artificially inflated prices during the Class Period and was

12  damaged thereby.

13         15.    Defendant Sea is an international consumer internet company organized under

14  the laws of the Cayman Islands and headquartered in Singapore.   Sea provides digital

15  entertainment, e-commerce, and digital financial services through its three respective

16  business lines: Garena, Shopee, and SeaMoney.  Sea went public on the U.S. stock market on

17  October 20, 2017, and the Company's ADSs currently trade on the New York Stock

18  Exchange ("NYSE") under the ticker symbol "SE."

19         16.    Defendant Forrest Xiaodong Li ("Li") is one of Sea's cofounders.  Li is and

20  was, at all relevant times, Sea's Group Chief Executive Officer ("CEO") and Chairman of

21  Sea's Board of Directors (the "Board").  During the Class Period, Li sold 180,000 shares of

22  Sea ADSs at artificially inflated prices for proceeds of $13,686,000.

23         17.    Defendant Tony Tianyu Hou ("Hou") is and was, at all relevant times, Sea's

24  Group Chief Financial Officer ("CFO") and a member of the Board.  Before becoming CFO

25  in January 2013, Hou served as Sea's financial controller.

26         18.    Defendant Yanjun Wang ("Wang") is and was, at all relevant times, Sea's

27  Group Chief Corporate Officer, Group General Counsel, and Company Secretary.  Wang has

28

- 6 -

1  served as Sea's Group Chief Corporate Officer since May 2019, Group General Counsel
2  since March 2014, and Company Secretary since November 2017.

3       19.     Defendant Gang Ye ("Ye") is one of Sea's cofounders.  Ye is and was, at all
4  relevant times, Sea's Group Chief Operating Officer ("COO") and a member of the Board.
5  Before becoming COO, Ye served as Sea's Group Chief Technology Officer.

6       20.     Defendant David Jingye Chen ("Chen") is one of Sea's cofounders.  Chen is
7  and was, at all relevant times, Chief Product Officer ("CPO") of Shopee.  Before becoming
8  CPO of Shopee, Chen served as Sea's Group Chief of Staff.  Prior to that, he served as Sea's
9  Group COO from May 2009 to December 2016.  During the Class Period, Defendant Ye
10 noticed the sale of 250,000 shares of Sea ADSs at artificially inflated prices for proceeds of
11 $14,220,000.

12      21.     Defendants Li, Hou, Wang, Ye, and Chen are collectively referred to herein as
13 the "Individual Defendants."  The Individual Defendants and Sea are collectively referred to
14 herein as the "Defendants."

15      22.     Each of the Individual Defendants:

16          (a)     directly participated in the management of the Company;

17          (b)     was directly involved in the day-to-day operations of the Company at
18 the highest levels;

19          (c)     was privy to confidential proprietary information concerning the
20 Company and its business and operations;

21          (d)     was directly or indirectly involved in drafting, producing, reviewing
22 and/or disseminating the false and misleading statements and information alleged herein;

23          (e)     was directly or indirectly involved in the oversight or implementation of
24 the Company's internal controls;

25          (f)     was aware of or recklessly disregarded the fact that the false and
26 misleading statements were being issued concerning the Company; and/or

27          (g)     approved or ratified these statements in violation of the federal
28 securities laws.

4856-2411-5607.v1

1   IV.   **FACTUAL BACKGROUND**

2       A.   **Sea's Business Segments**

3       23.   Sea was founded in May 2009 under the name Garena Interactive Holding

4   Limited.  The Company initially focused on developing its digital entertainment business

5   (Garena), and later launched its digital financial services platform (SeaMoney) in April 2014,

6   and its e-commerce platform (Shopee) in June 2015.  In April 2017, the Company changed

7   its name to Sea Limited, as it is currently known.  Sea is a holding company with no

8   substantive operations, and conducts its business through its subsidiaries and affiliates.

9       24.   **Garena**.  Garena is Sea's digital entertainment platform.  It primarily licenses,

10  publishes, and develops mobile and PC online video games for the markets in which it

11  operates.  Garena also organizes esports[4] events and provides access to other digital content

12  including livestreaming of online gameplay and social features such as user chat and online

13  forums.  Prior to December 2017, Garena exclusively licensed video games developed by

14  third parties in order to publish and operate those games for consumption in Garena's

15  Southeast Asia markets – the most prominent example being the popular multiplayer online

16  battle arena PC game *League of Legends*.  In December 2017, Garena launched a mobile

17  battle royale game titled *Free Fire*, which is the first and only successful video game that it

18  has self-developed.  Garena relies on a limited number of popular online games for its

19  revenue; in fact, its top five games accounted for more than 95% of the Company's digital

20  entertainment revenue from 2020-2022.  Garena monetizes these games through its

21  "freemium" business model, whereby users are permitted to download and play fully

22  functional games for free.  Garena generates revenues from these games primarily by selling

23  users "Garena Shells," the virtual currency for Garena-operated games which users can then

24  use to purchase in-game virtual items, season passes, and other pay-to-access exclusives.

25  Garena was Sea's only profitable segment for the Company's entire pre-Class Period history,

26  and Garena's significant cash flow allowed Sea to invest heavily in Shopee's growth.  Sea's

27

28  _____
[4]   "Esports," or electronic sports, are multiplayer video games played competitively for spectators, typically by professional gamers.

4856-2411-5607.v1

1    Garena business is conducted through Garena Online Private Limited, a wholly-owned

2    subsidiary established in Singapore.

3         25.    **Shopee**.  Shopee, founded in 2015, is Sea's e-commerce platform.  It is the

4    largest e-commerce platform in Southeast Asia, currently serving eleven territories:

5    Indonesia, Taiwan, Vietnam, Thailand, Philippines, Malaysia, Singapore, Brazil, Mexico,

6    Colombia, and Chile.  Shopee briefly expanded into India and various European countries,

7    but left India in 2022 and Europe in 2023.  Shopee is known for its mobile-first approach;

8    buyers and sellers typically access the platform through an app on a mobile device, although

9    the platform can also be accessed via a website.  The platform originally began as a

10   marketplace offering consumer-to-consumer transactions, but it has since transitioned to a

11   hybrid model that also offers business-to-consumer transactions, and the Company also

12   purchases products from manufacturers and third parties and sells them directly to buyers on

13   the platform.  The Company earns revenue from Shopee primarily by offering sellers paid

14   advertising services, charging transaction-based fees, and charging for value-added services,

15   including logistics – thus, Shopee's revenues are a function of the total value of merchandise

16   sold on the platform in a given period of time, *i.e.*, the GMV (*see infra*, ¶32).  Sea's Shopee

17   business is currently conducted through three significant subsidiaries, each wholly-owned by

18   Sea: (a) Shopee Limited, established in the Cayman Islands, which holds certain e-commerce

19   subsidiaries; (b) Shopee Singapore Private Limited, established in Singapore, which operates

20   the Company's e-commerce business in Singapore; and (c) PT Shopee International

21   Indonesia, established in Indonesia, which operates the Company's e-commerce business in

22   Indonesia.

23        26.    **SeaMoney**.  SeaMoney is Sea's digital financial services provider.  It offers

24   mobile wallet services, payment processing, credit-related digital financial offerings, and

25   other financial products.  These services and products are offered in Southeast Asia under the

26   AirPay, ShopeePay, SPayLater brands, as well as other brands.

27

28

4856-2411-5607.v1

**B.     Key Financial Metrics and Trends**

27.     Sea disclosed several key metrics with each of its quarterly and annual earnings reports that were indicative of its current and future financial performance.  For the Garena digital entertainment business, these key metrics were: "Bookings," "Game QAUs," and "Game QPUs."  For the Shopee e-commerce business, Sea identified "GMV" and "Orders" as key operating metrics.  Each of these metrics – and their trends prior to and during the Class Period – is further explained below.

28.     **Bookings**.  Garena's quarterly bookings reflect GAAP revenue plus any changes in digital entertainment deferred revenue.[5]  This operating metric is used as an approximation of cash spent by Garena users in the applicable period.  Throughout 2022 and 2023, Garena bookings were in consistent decline:



29.     **Quarterly Active Users ("QAUs")**.  Active users is a common software performance metric that is used to measure the level of engagement with a platform.  Trends in this number can be used to predict growth or decline in users.  Sea defines "active users" in digital entertainment to refer to the number of unique accounts that interacted with Garena's mobile and PC online video games in a particular period.  A single account that plays more than one online game is counted as more than one active user.  "QAUs" refers to

---

[5]   Sea defines "deferred revenue" as revenue received when users make in-game purchases of virtual items and such purchases are no longer refundable.  Deferred revenue is then recognized as revenue over the performance obligation of the virtual item.

the aggregate number of active users during a quarterly reporting period.  Garena's QAUs were largely in decline throughout 2022, but began to recover in 1Q23:



30.     **Quarterly Paying Users ("QPUs")**.  As opposed to active users, paying users is a common software performance metric that is used to measure the number of users that actually pay for a product.  Trends in this number can be used to predict revenue growth and decline.  Sea defines "paying users" in digital entertainment to refer to the number of unique accounts through which a payment is made in Garena online games in a particular period.  A unique account through which payments are made in more than one online game is counted as more than one paying user.  "QPUs" refers to the aggregate number of paying users during the quarterly period.  Garena QPUs were in decline throughout 2022, and declined even further to their lowest point in years in 1Q23:[6]



---

[6]    Garena's QPUs for 1Q23 were the lowest that Sea had reported since 1Q20.

4856-2411-5607.v1

31. **Paying User Ratio**. Sea also reports the relation of Garena's paying users to active users in terms of a ratio (QPUs/QAUs). The Paying User Ratio stabilized in 2022 at approximately 9% before dropping to its lowest point in years in 1Q23 at 7.7%:[7]



32. **Gross Merchandise Value ("GMV")**. GMV refers to the total value of merchandise sold over a given period of time on an e-commerce platform, and is a commonly used metric for e-commerce platforms like Shopee because such companies' revenue is a function of gross merchandise sold and fees charged. Using GMV as a comparative measure over time provides insight into the company's growth. Sea defines "GMV" to refer to the value of orders of products and services on its Shopee marketplace, including shipping and other charges. Since its inception as a publicly-traded company, Sea reported increasing GMV virtually every quarter – and reported the metric regularly on a quarterly basis.[8] But after the Company reported stalling GMV growth in 3Q22 and its first ever third-quarter-to-fourth-quarter GMV decline (and the largest quarter-over-quarter GMV decline in the Company's history) from 3Q22 to 4Q22, the Company abruptly announced that it would no longer disclose quarterly GMV numbers – only to do an about-face on that decision in 3Q23, when the metric went up again. That is, in Sea's entire history as a

---

[7] Garena's Paying User Ratio for 1Q23 was the lowest that Sea had reported since 1Q19.

[8] Prior to the Class Period, the only quarter-over-quarter GMV decline the Company had ever reported was from 4Q21 to 1Q22. Sea attributed this decline to seasonality trends.

publicly-traded Company, 1Q23 and 2Q23 are the only quarters where it did not disclose GMV:



33.   **Orders**.   Sea defines "orders" to refer to each confirmed order from a transaction between a buyer and a seller for products and services on its Shopee e-commerce platform, even if the order included multiple items and regardless of whether the transaction settled or if the item was returned.   Prior to the Class Period, Sea disclosed Shopee orders every quarter.   Like GMV, however, after the Company reported stagnating and declining Shopee orders in 3Q22 and 4Q22, Defendants announced that they would no longer disclose quarterly orders – only to start disclosing the metric again in 3Q23:



1

**C.**     **Sea Faced an Unprecedented Crisis in 2022 as Its Pandemic-Induced Boom Ended and Its Valuation Plummeted**

34.     While many businesses struggled to stay afloat during the COVID-19 pandemic, Sea's three business segments flourished. As one report published by *Seeking Alpha* noted in late 2020: "It feels almost as if the company was designed for these trying times, with three divisions that benefit from the pandemic and the measurements taken: gaming, e-commerce, and fintech." Garena performed particularly well in 2020 and 2021, as the digital entertainment service's full-year GAAP revenue climbed to $2 billion in 2020 and $4.3 billion in 2021. During this time, Garena's lone successful self-developed title, *Free Fire*, became one of the most downloaded mobile video games in the world.[9] Shopee experienced similarly remarkable growth, although it failed to achieve profitability due to the significant outlays required to fund its growth. From 1Q20 to 4Q20, Shopee's GMV increased from $6.2 billion to $11.9 billion, only to grow further to $18.2 billion by 4Q21.

35.     As a result of this explosive expansion during the pandemic, the price of Sea's ADSs increased quickly and substantially in the years prior to the Class Period. Indeed, the price of Sea ADSs skyrocketed over ***1000%*** from less than $30 per share in October 2019 to more than $360 per share in October 2021. As *Bloomberg* later noted, Sea's gains during this period briefly made it "the world's best-performing stock." However, as 2021 drew to a close and COVID-related restrictions gradually relaxed, the tremendous growth the Company had seen began to decelerate and decline – particularly in Garena, which had long been the only profitable segment of the business:[10]

---

[9]    One report estimated global time spent on gaming increased by 39% in 2020 as a result of the pandemic.

[10]    On the Company's November 16, 2021 earnings call for 3Q21, Defendants explained that gaming consumption had become "more normalized" and that Garena was moving "back to more of a pre-COVID environment in terms of the game operations."

- 14 -

1
2
3
4
5
6
7
8
9
10



11    36.    Beginning with the Company's 3Q21 earnings report in November 2021, Sea
12  began reporting disappointing earnings and other bad news that took a devastating toll on the
13  price of the Company's ADSs.  Sea's ADS price began to decline even faster than it had
14  grown, freefalling from more than $340 per share in November 2021 to less than $140 per
15  share at the end of January 2022.

16    37.    In February 2022, Garena encountered another major setback when India
17  banned *Free Fire* and its offshoot, *Free Fire Max*, due to national security concerns over the
18  Company's connection to Chinese conglomerate Tencent Holdings Limited ("Tencent").[11]
19  Given that India accounted for about 30% of all *Free Fire* users at the time, the ban had a
20  significant impact on Garena's business.  Sea's stock price fell on this news, and tumbled
21  even further after the Company's March 1, 2022 earnings call.  At the same time, Shopee
22  faced its own hurdles.  On March 6, 2022, Shopee exited from France's e-commerce market
23  less than five months after it had entered.  Three weeks later, Sea shuttered all of Shopee's
24  operations in India as well.  It was during this time period, with Garena's bookings in decline
25  and Shopee hemorrhaging money, that "Li and his senior team went into crisis mode" as Li

26

27  _____

28  [11]    Tencent has long been a significant shareholder in Sea, owning approximately 20% of the
       Company and, up until September 2022, maintaining a seat on the Board.

1   "frett[ed] about the future of his company," ultimately prompting Defendants to initiate a

2   "ruthless cost-cutting drive" across Sea.[12]

3          38.     In August 2022, in connection with the Company's 2Q22 earnings results,

4   Defendants publicly announced that Sea would be strategically shifting its focus away from

5   pandemic-induced growth and toward "rapidly prioritizing profitability and cash flow

6   management."   Despite the public messaging of this new direction for the struggling

7   Company, however, Sea's ADS price continued its malaise, leading Li to issue an internal

8   memo to all Sea employees in September 2022 (with the ADS trading around $60).   He

9   noted: "I know many of you would have seen negative reports about us in the media, and you

10  may have been shaken by news of us shutting down operations in some markets."   Framing

11  the Company's struggles as a call to action, Li shared: "Looking at the landscape ahead, the

12  leadership team and I are making some decisions to help us not just survive this storm, but

13  come out of it in as strong a position as possible.   I am writing to ask for your support as we

14  implement these plans."   Li then outlined several severe cost-cutting initiatives to help the

15  Company achieve "self-sufficiency," because it could no longer count on support from

16  investors: "[W]e do not anticipate being able to raise funds in the market."   Li told

17  employees: "[W]e must find every way we can to reduce our operating costs," and "we must

18  establish a cost-sensitive culture across our organisation," attaching a document with specific

19  limits for travel and other employee expenses.

20         39.     As Li's internal statements make clear, the Company's dramatic pivot towards

21  profitability and the false and misleading statements alleged herein were a desperate

22  response to the existential threats facing the Company by the end of 2022.   Indeed, by the

23  time of the Company's 3Q22 earnings call on November 15, 2022 (*i.e.*, the start of the Class

24  Period), Sea's stock had fallen to approximately $45 per share, more than $300 lower than

25  the levels it traded at the prior year.

26

27

28  _____
    [12]   Li relayed this information to *Bloomberg* in a 2023 interview, "Singapore's Sea Banned
    Business-Class Flights and Luxury Teabags to Cut Costs" (May 14, 2023).

**D.   Garena Loses the License to *League of Legends* and Its Enormous Monetized User Base**

40.    From 2010 through 2022, Garena served as the regional publisher for the hit video game *League of Legends* in Southeast Asia.  *League of Legends* is a multiplayer online battle arena PC game developed by California-based Riot Games ("Riot"), a wholly-owned subsidiary of Chinese technology giant Tencent.  Under the terms of the license agreement with Riot/Tencent, Garena was granted an exclusive royalty-bearing license to market, promote, publish, operate, distribute, and exploit *League of Legends* in the Southeast Asia region – which includes Philippines, Malaysia, Singapore, Taiwan, Hong Kong, Macau, Thailand, Vietnam, and Indonesia.  However, on November 9, 2022 – six days prior to Sea's 3Q22 earnings call – Riot issued a press release announcing that it was ending its contract with Garena effective January 2023, and that Riot would be taking over the publishing of *League of Legends* (and its spinoff game *Teamfight Tactics*) in Southeast Asia, as well as the management and operation of all *League of Legend* esport events in the region.

41.    This loss would have a substantial impact on Garena's business, as *League of Legends* is one of the most popular and monetized video games in the world.  The game had more than 180 million monthly players in 2022 and was the second most-viewed video game in 2022 in terms of live streaming on Twitch, YouTube, and Facebook.  Its esport tournaments have multi-million-dollar prize pools that sell out arenas (*e.g.*, Madison Square Garden and the Chase Center), and draw millions of viewers online.[13]  Its animated series *Arcane: League of Legends* became Netflix's number 1 ranked show in 52 countries within a week of its premiere in November 2021 and won multiple awards at the 2022 Emmys.  And because of its vast popularity and massive dedicated user base, the game is extremely profitable – *League of Legends* generates well over a billion dollars of revenue per year through the use of in-game microtransactions.

---

[13]   The 2022 League of Legends World Championship was the second most-watched event in esports history at the time, with 5.1 million concurrent viewers.  The 2023 League of Legends World Championship became the most-watched esport tournament of all time with more than 6 million concurrent viewers.

4856-2411-5607.v1

42.     As explained in a March 2015 *Business Insider* article titled "Gamers are spending thousands of dollars a year on this 'free' video game," *League of Legend* users regularly spend hundreds or even thousands of dollars per year on this "cash cow" of a game:

> League of Legends, the wildly popular multiplayer online battle arena PC game is "free-to-play" as well.  But "free-to-play," like "freemium," doesn't really mean free – last year, the game generated over $1 billion in microtransactions.

> Like many "freemium" or "free-to-play" games, League of Legends offers players the core game for free and then optionally charges them for premium content such as in-game currency, extra content, or customizations.

> Players in League of Legends can purchase new champions (characters), skins (customized looks for those characters), and influence-points boosts (which help you gain IP faster from playing the game, so you can buy champions without spending money).[14]

43.     According to market research firm *Priori Data*, these in-game transactions allowed Riot to reportedly earn $1.75 billion, $1.63 billion, and $1.8 billion in annual revenue from *League of Legends* in 2020, 2021, and 2022, respectively.

44.     *League of Legends* is especially popular in the Southeast Asia markets where Garena previously operated the game.  As Riot explained in its November 2022 press release, "[i]n the years since Riot first released League in 2009, the game has become a favorite for players in Southeast Asia."  A 2021 consumer study conducted by *Campaign Asia* and *NielsenIQ* found *League of Legends* to be the top-ranked video game brand in the entire Asia-Pacific region – and the top-ranked video game specifically for China, Korea, Hong Kong, Taiwan, and Vietnam (the latter three are markets where Garena formerly operated the game).  Esports, and *League of Legends* in particular, has become so popular in the region that the video game was recently included as a competitive sport between national

---

[14]  A June 2020 article in *The Economist* titled "Tencent has used stealth to become a gaming superpower" similarly described this phenomenon:

> Tencent, the world's biggest gaming company, gives away most of its video games for nothing.  Lest anyone think that the Chinese tech giant, which has a market value of $580bn, has a heart of gold, think again.  It makes most of its gaming sales by encouraging players to buy virtual clothing, weapons, explosives and the like.  These are usually cheap but prices increase depending on their cosmetic appeal or effectiveness in blasting an opponent to smithereens.  For reasons known only to gamers, they willingly pay.

teams at the 2022 Asian Games (the continental multi-sport event sponsored by the Olympic Council of Asia).

45.     Sea has also long acknowledged that *League of Legends* was one of Garena's most popular video games.  For instance, a March 2018 *Forbes* article cited Sea's then-Chief Strategy Officer as identifying "internationally-known multiplayer games like League of Legends and Dota 2 [as] the most profitable and popular across countries."  Before the Company lost the rights to the game, Sea's Annual Reports on Form 20-F consistently listed *League of Legends* first among its most popular licensed games:[15]

- **Form 20-F for FY17**: "[T]wo of our most popular games, *League of Legends* and *Arena of Valor*, are owned by Tencent Holdings Limited and its affiliates . . . ."

- **Forms 20-F for FY18 and FY19**: "[S]ome of our most popular games, including *League of Legends*, *Arena of Valor*, and *Speed Drifters* are owned by Tencent Holdings Limited and its affiliates . . . ."

- **Forms 20-F for FY20 and FY21**: "[S]ome of our most popular games, including *League of Legends*, *Arena of Valor*, and *Call of Duty: Mobile*, are owned or developed by Tencent Holdings Limited and its affiliates . . . ."

Those same Forms 20-F also reported that Garena's top five games accounted for more than 95% of Sea's digital entertainment revenue from 2020-2022.

46.     Because of the game's status as one of the Company's most popular games, Defendants were aware of *League of Legends* performance metrics (*i.e.*, active users, paying users, and revenue), and of any negative developments concerning the license agreement with Riot/Tencent.   Indeed, Defendants regularly tracked and discussed granular performance metrics for specific games on the Company's earnings calls.  *See infra*, ¶106. Li himself served as Garena's signatory to the November 2018 master license agreement between Garena and Tencent, which required Garena to maintain "accurate records, contracts, accounts, and other information or materials relating to the publication, distribution, and operation of the Localized Games and the Gross Revenues generated

---

[15]   The only Form 20-F in Sea's life as a public company that did not identify *League of Legends* as one of its most popular games was the Form 20-F for FY22, which was filed in April 2023 – after Garena had already lost the rights to the game.

1    therefrom." That same master license agreement also required that, if either party elected not
2    to renew the terms of a license for a particular game, such party would be required to notify
3    the other party in writing at least six months prior to the expiration of the applicable license
4    term. Thus, Defendants knew of Riot's and Tencent's decision not to renew Garena's
5    license for *League of Legends* by, at the latest, July 2022.

6         47.    In its November 9, 2022 press release announcing the termination of the
7    partnership for *League of Legends*, Riot thanked Garena as having "been instrumental in
8    growing the League community." Riot also stated that the decision to self-publish in
9    Southeast Asia was due to "Riot's growth and expansion into a multi-game studio [and]
10   focus on serving more players around the world and especially in the Asia-Pacific regions."
11   Over the years, however, there had been numerous petitions from *League of Legends* players
12   in Southeast Asia for Riot to take over publication of the game due to Garena's
13   mismanagement, data security issues, and predatory monetization practices.

14        48.    On Sea's November 15, 2022 conference call, in response to direct questioning
15   from an analyst about Riot's decision to terminate Garena's license, Defendants falsely
16   claimed that the loss of *League of Legends* and *Teamfight Tactics* would have "no impact"
17   on Garena's publishing business, as the contributions from the game were "immaterial."
18   Over the following quarters, Defendants also misleadingly claimed that Garena's paying user
19   base had stabilized and any risks from a negative development in a key game were merely
20   hypothetical.

21        49.    Contrary to Defendants' representations, however, the loss of *League of*
22   *Legends* and *Teamfight Tactics* had a significant impact on the Company's financial results
23   and monetized user metrics for 1Q23 (*i.e.*, the first quarter Garena no longer operated these
24   games). Defendants would later acknowledge that Garena experienced a "weakening in
25   monetization, mainly as a result of lower paying user ratio" in 1Q23 – as one would expect
26   from the loss of the large and highly-monetized user base of *League of Legends*.
27   Specifically, Sea reported that Garena lost six million paying users in 1Q23, even though
28   active users increased by more than six million in the same period – leading to the lowest

paying user ratio the Company had reported in four years (7.7%).  In contrast, Tencent reported that international gaming revenues increased significantly in 1Q23, which they attributed to increased performance in "evergreen games" like *League of Legends*.

### E.   Sea's Drastic and Unsustainable "Pivot to Profitability" Causes Shopee's GMV Growth to Stall and Decline

50.    To drive Shopee's expansion and compete with similar e-commerce platforms in Southeast Asia and the other markets where Shopee operates (primarily Brazil), the Company leveraged significant marketing and promotional expenses in the years prior to the Class Period.  For example, Shopee worked to undercut its rivals by offering free delivery, initial zero commissions for local consumer-to-consumer merchants, and varied monthly promotions, including cashback offers.  The Company also hired brand ambassadors, from global celebrities (such as Cristiano Ronaldo and Jackie Chan) to local influencers, to promote its brand.  These strategies were effective – the Company quickly grew its GMV and became the largest e-commerce platform in Southeast Asia – but also expensive.  For example, Sea's e-commerce segment reported a net loss of over $1.3 billion in 2020, and a staggering net loss of over ***$2.6 billion*** in 2021.  One article commented in October 2021 that "this can be seen as an unsustainable strategy as it's essentially 'buying revenue.'"  Sea was able to fund this massive sales and marketing effort in part due to the significant cash flow generated by Garena.

51.    Shopee's GMV and its sales and marketing expense moved practically in lockstep with each other prior to and during the Class Period.  In 2020 and 2021, both metrics grew sequentially each quarter, as the Company's massive use of promotions and other marketing tactics drove consistent GMV growth.  In 2022, however, as the Company embarked on Defendants' aggressive cost-cutting initiative and slashed hundreds of millions of dollars in quarterly sales and marketing expenses, Shopee's GMV similarly began to decelerate and then decline – before Defendants abruptly stopped disclosing the metric altogether for the first two quarters of 2023:



52. Sea had to employ these sales and marketing expenses (*e.g.*, free shipping, monthly promotions, and cashback offers) to grow and maintain Shopee's GMV and market share because the Company faced and continues to face stiff competition in Southeast Asia from e-commerce platforms Lazada, Tokopedia, and TikTok Shop, among others.[16] TikTok Shop has been an especially aggressive competitor since its recent entry into and expansion throughout Southeast Asia. Following its initial entry into the region in Indonesia in 2021, TikTok Shop opened operations in Thailand, Vietnam, Malaysia, Philippines, and Singapore in 2022, and stated that it aimed to triple its GMV in Southeast Asia in 2023. Indeed, TikTok Shop's GMV in Southeast Asia grew sevenfold in 2022, growing from $600 million in 2021 to $4.4 billion in 2022. One BofA Global Research analyst reporting on TikTok Shop's rapid momentum wrote in February 2023 that "the[] data points indicate a strong rise of TikTok in its first year in SE Asia [2021] – posing risks to existing e-commerce players." The report continued: "As both TikTok & Shopee cater to similar audiences, Shopee may be more vulnerable." TikTok Shop's explosive growth in Southeast Asia repeatedly made

---

[16] Lazada is a subsidiary of Chinese e-commerce giant Alibaba, Tokopedia is an Indonesian company, and TikTok Shop is the e-commerce affiliate of the popular social media app TikTok, which is owned by the Chinese company ByteDance.

headlines during the Class Period, further evidencing its impact on markets there.  TikTok's momentum also continues to pose a grave threat to Shopee's market share in Southeast Asia – in June 2023, TikTok CEO Shou Zi Chew said: "'We're going to invest billions of dollars in Indonesia and Southeast Asia over the next few years.'"

53.     Despite the stiff competition, on the Company's 2Q22 earnings call that took place in August 2022 – one quarter prior to the start of the Class Period, and with funds from Garena continuing to wane – Li announced a shift in strategy to "focus even more on self-sufficiency, long-term profitability and the defensibility in our business operations," which included "more tightly managing our operating expenses, such as marketing costs."  Then, on the 3Q22 earnings call on the first day of the Class Period, Li announced that Defendants had "entirely shifted our mindset and focus from growth to achieving self-sufficiency and profitability as soon as possible" and detailed "some of the specific steps we have taken to improve our bottom line":

> We have completely overhauled our budgeting practice to consistently and comprehensively review our spending.  Across all businesses and markets, we reviewed and reduced [head] count, decreased existing spending and future investment commitments on office space and logistics facilities, and tightened travel and entertainment policies.

In identifying the specific "cost-saving initiatives" being undertaken in each business segment, Li highlighted that "at Shopee, we have meaningfully scaled back marketing expenses, especially around shipping subsidies."  A March 2023 *Bloomberg* article would later add some color on the Company's drastic cost-cutting efforts:

> In recent months, the company cut thousands of jobs, froze salaries and slashed more than $700 million from quarterly sales and marketing expenses to convince investors of its profit-making ability. . . .

> In a stark about-face from years of prioritizing global expansion, the company has also shuttered operations in India and some European and Latin American markets to trim costs and reach positive cash flows.

54.     As the Company began to aggressively cut sales and marketing and other operational costs in connection with its "pivot to profitability" in 2022, they repeatedly assured investors that Shopee's GMV and market share would not be sacrificed as a result. For instance, in August 2022, when Sea first announced that it would begin to focus on

"rapidly prioritizing profitability and cash flow management," Defendants stressed to the market that the e-commerce business would continue to grow even as the Company switched its focus to profitability:

> I think what we're trying to say here is that for us, the reason we are suspending the [Shopee] guidance now is mainly because from a management of the business perspective, *we will see the growth* – top line growth more as an output at this stage, not as a target.  And what is the target now is going to be increasingly efficiency improvements and long-term health and strength and profitability of the platform.  And that's why I want to put things into perspective.  *Even though we don't put as a target, naturally, we will continue to see growth*.

As Defendants would later report starting with their 3Q22 earnings, however, GMV began to decelerate and then decline as soon as the Company embarked on this massive cost-cutting initiative.

55.     Beginning on November 15, 2022, and throughout the remainder of the Class Period, Defendants misled investors as to the sustainability of this "pivot to profitability" and misleadingly downplayed the effect that it would have on Shopee's growth and market share. With the Company's 3Q22 earnings report that took place that day, Defendants disclosed stagnating GMV of $19.1 billion for Shopee in 3Q22 (barely up from the $19.0 billion GMV reported for 2Q22), as its sales and marketing expense declined to $575.7 million (down from $674.1 million the prior quarter).  On the earnings call, Defendants brushed away numerous analyst questions as to whether the Company's cost-cutting initiatives threatened to sacrifice market share to competitors like TikTok Shop.  And while Defendants – at this point, already halfway through 4Q22 – were already aware that 4Q22 would see a significant decline in GMV because of their ongoing sales and marketing cuts, they stated only that there hypothetically "could" be a decline in GMV as a result of this change in strategy.

56.     As explained in a February 20, 2023 BofA Global Research report, however, Shopee's decision to increase take-rates[17] and cut free shipping and other promotional costs left it vulnerable to losing business to TikTok Shop:

---

[17]  A "take rate" is the percentage of revenue that an e-commerce platform retains as a fee from each transaction facilitated between buyers and sellers.  It is essentially a commission fee charged for any transaction that occurs on the platform.

> Currently existing listed cos are focusing on monetization by improving take-rates and curtailing discounts etc.  TikTok on other hand charges lower take-rate (c. 1%) and doesn't appear to have similar focus on cost cutting given it remains in expansion mode.  TikTok core target base appears to be Gen Z, Millennials that are buying mainly fashion, accessories, cosmetics etc.  We note that this is one of the more profitable sub-segments in e-com.  As both TikTok & Shopee cater to similar audiences, Shopee may be more vulnerable.

57.     On March 7, 2023, as the Company reported its first ever profit with 4Q22 and FY22 earnings, Defendants also disclosed Shopee's first ever third-quarter-to-fourth-quarter GMV decline (and the largest GMV decline in the Company's history), with GMV declining significantly to $18.0 billion in 4Q22 (down from $19.1 billion the prior quarter).  Shopee's sales and marketing expense also fell drastically to $379.4 million in 4Q22 (down from $575.7 million the prior quarter).  On the conference call that day, Defendants misleadingly claimed, *inter alia*, that they would achieve profitable growth for Shopee in 2023, that its GMV was not reliant on sales and marketing expense, that its cost-cutting efforts would allow it to "capture a larger share of the pie," and that the Company did not see a "trade-off" between profitability and growth.  Even so, Defendants announced that starting in 1Q23 they would be discontinuing quarterly disclosures of GMV and orders – for the first time in the Company's history – purportedly to be "in line with global peers."

58.     The market reacted positively to Sea turning profitable in 4Q22 – and as *Bloomberg* noted on March 8, 2023, "Sea Ltd.'s stunning 22% pop [in share price] tacked on more than $900 million to the personal wealth of founder Forrest Li . . . .  The entrepreneur has grown $1.8 billion wealthier this year after Sea fired thousands, froze salaries and pledged to rein in spending."  Sea's short-term success notwithstanding, certain market commentators registered concern about Defendants' decision to stop disclosing quarterly GMV.  As explained in a March 8, 2023 *Seeking Alpha* article titled "Sea Limited: Explosive Quarter Might Not Be That Impressive":

> Analysts on the conference call were justifiably concerned about the trajectory of the company's newfound efficiency phase.  Sea Limited's GMV growth trajectory could be significantly impacted, even as it pushes for improved operating leverage.
>
> Management highlighted that it would no longer provide quarterly GMV metrics, stressing it's not a KPI it tracks . . . .

\*       \*       \*

We are unsure why management would think investors wouldn't want to know how its GMV growth could progress from here. Because, as far as we are concerned, it's one of the key metrics we look at for in high-growth e-commerce companies.

Unless Sea Limited believes that it has captured most of the market share in its TAM, then taking out GMV as a critical operating metric might make sense. But, management clearly thinks Sea Limited is still in the early stages of its growth phase, as CEO Forrest Li highlighted . . . .

\*       \*       \*

Also, it might be helpful to consider that Shopify Inc. (SHOP) still reports quarterly GMV growth numbers. It makes sense, isn't it? As a high-growth company, Shopify wants to continue showing investors that its GMV growth can grow faster than the market average, even as it seeks improved operating leverage.

We believe it's critical. Because if Sea Limited wants investors to give it a high-growth multiple, it will need to demonstrate a good balance between growth and profitability. . . .

\*       \*       \*

Sea Limited still needs to prove that its underlying growth momentum will remain robust, even as it further rationalizes costs.

Growth investors will likely be concerned if SE's GMV growth falls further, suggesting that its previous SG&A spending-induced growth was probably unsustainable.

59.    On May 8, 2023, shortly before Sea's 1Q23 earnings report, BofA Global Research published a report detailing how TikTok Shop had taken advantage of Shopee's cost cutting efforts "in the last 6 months" (*i.e.*, since November 2022) and "opportunistically expanded in SE Asian markets":

The merchants we spoke to indicated that TikTok is cheaper as compared to other platforms; E-com platforms charge c.8-9.3% as core take-rate and payment fees, whereas TikTok charges around 5-7%. Beyond this, merchants pay to influencers (approx. 5-20% depending on SKUs) on TikTok or spend on advertisements (10-20% of net payoffs) on e-com platforms. But these payments are optional and vary from merchant to merchant.

. . . E-com platforms have scaled back on offering discounts in the last 6 months. Merchants we spoke to indicated that they think Shopee pulled back more. TikTok was able to capitalize on this and opportunistically expanded in SE Asian markets. However, since April-23, merchants are seeing that e-com platforms have selectively resumed discounts, vouchers etc. and have started to spend on marketing again.

- 26 -

60.     On May 16, 2023, with Sea's 1Q23 earnings report, Defendants reported no growth in Shopee's GAAP revenue and a further decline in Shopee's sales and marketing expense to $338.2 million in 1Q23 (down from $379.4 million the prior quarter). Defendants painted a misleading picture of Shopee's GMV growth by, for the first time in Sea's history, omitting current quarterly GMV and gross orders metrics from their disclosures.  Moreover, Defendants evasively acknowledged on the conference call that day that GMV had actually fallen even further from 4Q22 to 1Q23 – but wouldn't say by how much, and misleadingly blamed the decline on benign "seasonality trends."  Nevertheless, Defendants maintained that their cost-cutting would drive "profitable long-term growth." Defendants also continued to claim that they could "execute growth and managing bottom line at the same time" and that Shopee did not need to rely on shipping subsidies to defend its market share.

61.     Ultimately, on August 15, 2023, Defendants would do an abrupt about-face and announce to the market that they were pivoting their Shopee strategy away from a focus on profitability to focus on reinvesting in growth.  In disclosing this change in strategy with their 2Q23 earnings, they also reported continued stagnation in Shopee's GAAP revenue, significant declines in its Adjusted EBITDA, and an increase in its sales and marketing expense to $432 million (up from $338 million the prior quarter).  Defendants also implicitly acknowledged that Shopee's GMV was adversely affected by the prior marketing and sales cuts, as they reported: (a) a "ramp up [in] investments in free shipping again to capture more of the growth opportunities [they] [we]re seeing in the market"; and (b) "sequential growth in GMV . . . [as] an initial positive sign in relation to [thei]r ramp-up investments in Q2 already."  Defendants vaguely cautioned that these increased investments in shipping subsidies would "impact [their] bottom line and may result in losses for Shopee and [the] group as a whole in certain periods."

62.     It was not until November 14, 2023, however, that the full impact of this reversal was revealed to and appreciated by the market.  With its 3Q23 earnings, Defendants disclosed significant losses for Sea and Shopee, as Shopee's sales and marketing expense

- 27 -

essentially doubled from $432 million in 2Q23 to $861.6 million in 3Q23 in order to respond to competition in the e-commerce segment.  This represented the largest quarter-over-quarter marketing spend increase in the Company's history.   Of course, with this massive reinvestment in shipping subsidies and other sales and marketing expenses driving a recovery in GMV, Defendants began reporting quarterly GMV once again – leaving 1Q23 and 2Q23 as the only quarters in the Company's history where Defendants refused to disclose this key metric.  Defendants also finally acknowledged, contrary to their Class Period representations, that a focus on profitability results in a trade-off in growth: "[W]e look at 3 key operational factors: growth, current profitability and market share gain.  While all are important and positively correlated in the long run, near-term focus on one can create trade-offs for another."

## V.   DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS

### A.   3Q22 Earnings Report

63.     On November 15, 2022, Sea issued a press release containing the Company's financial results for the third quarter ended September 30, 2022.  The 3Q22 press release contained a quote from Li emphasizing that Defendants had "'entirely shifted [their] mindset and focus from growth to achieving self sufficiency and profitability as soon as possible.'"

64.     Also on November 15, 2022, Sea convened a conference call with analysts and investors, led by Li, Hou, and Wang, to discuss the Company's 3Q22 results.  During his prepared remarks, Li provided further details on the budgeting and cost-saving initiatives undertaken at Sea to move towards profitability.

65.     During the Q&A portion of the conference call, in response to a direct question regarding the impact of Garena losing its license agreement with Riot Games, Wang represented that the loss of *League of Legends* and *Teamfight Tactics* would have "no impact" on Garena's publishing business:

> **[Analyst:]** . . . [W]e have seen news of the termination of partnership with Riot Games as well.  How does it mean for your publishing business going forward? And is there any implication for the ROFR agreement with Tencent?

- 28 -

* * *

**[Wang:]** . . . And *the recent termination of the – as we announced legal merchant partnership with Riot as a result of the expiry of agreement would have no impact on our overall publishing business as the contribution is immaterial from the particular game*. We really celebrated the 10-year partnership we have with Riot, and we think it's a very fruitful partnership and success for both our – both partners. And we also look to continue to work with top game developers around the world to strengthen our publishing pipeline. Also, this decision is a right decision and has no relationship to anything regarding the Riot's such refusal agreement what we have with Tencent.

66. In response to a question about the cost-cutting measures at Shopee, Wang signaled that reduction in free shipping offerings and other cost cuts would not sacrifice the Company's market share to competitors:

**[Analyst:]** . . . Firstly, on Shopee. As you're now expecting Shopee breakeven by end of next year, can you provide a bridge from the current EBITDA loss to your breakeven target? How do you plan to get there? What is the biggest driver here, revenue increase or cost cut? And what kind of top line growth do you expect? Are you building to sacrifice market share if your competitor doesn't follow suit?

* * *

**[Wang:]** . . . I think the trends, as indicated in our third quarter results, has been that we are both improving on the top line and also on the cost efficiency side. So on the top line side, as we disclosed, we've increased our take rate in particular, the core marketplace revenue and also on the cost side, we have tightened our expenses related to sales and marketing especially around logistics.

. . . And in terms of the impact on market share, et cetera, I think from what we have so far observed in the market, well, we continued to maintain our strong market leadership, and our peers also have behaved in a relatively rational manner.

67. In response to a later question about Shopee competition in light of the Company's cost-cutting initiatives, Wang again downplayed any effect from competition:

**[Analyst:]** . . . The second follow-up question is competition. There seems to be a deceleration in recent quarters and the month. And you talked about the macro. You talked about the sort of cost-cutting initiatives. I was wondering if you could potentially talk about competition impact, if any, from a particular competitor. It seems that there is one particular competitor that has been particularly aggressive in the regions.

**[Wang:]** . . . In terms of the competition, I think as we continue to track our peers as well in this region, we believe our progressive leading position has been maintained in the third quarter. Of course, we take competition very seriously. And we make sure that our service offerings remain competitive

- 29 -

and our monetization take rate is well justified by the value – additional value offering to our buyers and sellers in line with the overall market movement.

68.     Li also minimized the impact that the Company's focus on profitability and cost-cutting efforts would have on GMV growth in his prepared remarks, claiming that, hypothetically, there "may" be an impact:

> **[Li:]** We believe our strong focus on cash flow and achieving self sufficiency as much as possible is the right strategy to pursue at this stage, even though we ***may*** see no growth or even negative growth in certain operating metrics in the near term.

69.     Similarly, in response to a question about GMV outlook, Wang claimed that there hypothetically "could" be an impact:

> **[Analyst:]** . . . I just wanted to get some color from management, how should we think about the GMV outlook in coming quarters or 2023?  And given that the online penetration is still low, so I just want to get some color for management, the long-term perspective on the GMV side.
>
> *          *          *
>
> **[Wang:]** . . . [R]egarding the GMV growth, as we shared before, and at this point, our focus is very clearly on improving monetization and to achieve self-sufficiency.  So GMV growth will be output until we get to that point. And then we can – we assess our situation and see what's the best path forward.  Now as I shared also our long-term prospects – our view of the long-term prospects of the market is unchanged.  The short term, there will be a lot of factors, including macro environment, inflation, ForEx and the continued reopening trends as well as tough comparisons during COVID and our own focus on efficiency, cost management and improving monetization of the platform.  ***So there could be impact on the – some of the top line growth in operating metrics.  There could be no growth or negative growth, and we can accept that.  But on the other hand, as we shared, our long-term view is we want to emerge as the strongest winner in this market***.

70.     The statements detailed in ¶¶65-69 above were each false or misleading when made.  The true facts which were known to or recklessly disregarded by Defendants included:

(a)     Contrary to Defendants' statements in ¶65 that the loss of *League of Legends* and *Teamfight Tactics* would have "no impact" on Garena's publishing business and that the contributions from the games were "immaterial," Defendants knew that the loss of these games would have a significant impact on the Company's financial results and monetized user metrics for 1Q23 (*i.e.*, after Riot took over publishing in January 2023).

- 30 -

1    *League of Legends* was and is one of the most popular and monetized video games in the

2    world, especially in the Southeast Asia markets where Garena operated. *Supra*, ¶¶41-44.

3    Sea had long identified *League of Legends* first among its most popular licensed games, and

4    reported that the Company's five most popular games accounted for more than 95% of

5    digital entertainment revenue. *Supra*, ¶45. And because Defendants monitored granular

6    game-specific metrics (*see infra*, ¶106), and their license agreement with Riot/Tencent

7    required Garena to maintain records on the performance of and revenue generated by *League*

8    *of Legends*, Defendants knew that the loss of the dedicated and highly-monetized *League of*

9    *Legends* user base would affect its financial results and user metrics. *Supra*, ¶46. Indeed,

10   that is precisely what happened in 1Q23, when Defendants reported a "weakening in

11   monetization, mainly as a result of lower paying user ratio" in Garena. *Supra*, ¶49. Even

12   though total **active** users increased by more than six million in 1Q23, Garena lost six million

13   **paying** users – leading to the lowest paying user ratio that the Company had reported in years

14   (7.7%). *Supra*, ¶¶29-31, 49. In contrast, Tencent reported increased international gaming

15   revenues in 1Q23, which they attributed in part to *League of Legends* (*supra*, ¶49);

16           (b)      Defendants' statements in ¶¶66-67 concerning the competitive impact of

17   the Company's cost-cutting initiatives on Shopee were materially misleading for failing to

18   disclose that other competitors like TikTok Shop were continuing to offer discounted

19   promotions and lower take rates that would undercut Shopee and eat into its market share.

20   *Supra*, ¶¶52, 56, 59. Defendants statements that they "track [their] peers" and "make sure

21   that [Shopee's] service offerings remain competitive" (*supra*, ¶67), are admissions that they

22   were aware that TikTok was aggressively expanding in Southeast Asia and that it "charges

23   lower take-rate (c. 1%) and doesn't appear to have similar focus on cost cutting given it

24   remains in expansion mode." *Supra*, ¶56. Similarly, these statements show that Defendants

25   were aware that Shopee "scal[ing] back on offering discounts" would allow TikTok "to

26   capitalize on this and opportunistically expand[] in SE Asian markets." *Supra*, ¶59. Thus,

27   Defendants' "pivot to profitability" was not sustainable because it would necessarily lead to

28   Shopee's loss of business to TikTok and other competitors; and

(c)     Defendants' statements in ¶¶68-69 identifying "no growth or negative growth" as a hypothetical risk that "may" or "could" occur were materially misleading for failing to disclose that those risks had already materialized and that Shopee was already experiencing stagnating and declining GMV at the time those statements were issued. *Supra*, ¶¶32, 51, 55, 57.  Defendants knew that Shopee's historical GMV growth depended on massive investments in sales and marketing expense.  *Supra*, ¶¶50-51.  As Defendants would ultimately admit in November 2023, any near-term focus in either growth, profitability, or market share gain would necessarily "create trade-offs for another." *Supra*, ¶62.  Indeed, at the time these statements were issued, Shopee had already reported a deceleration in GMV with the Company's smallest ever quarter-to-quarter GMV increase in 3Q22 as the Company scaled back on shipping subsidies and other marketing expenses – barely growing GMV from $19.0 billion in 2Q22 to $19.1 billion in 3Q22.  *Supra*, ¶¶32, 51, 55.  These statements were also issued in the middle of 4Q22, so Defendants – who "huddl[ed] every month to discuss cashflow projections, along with their regular weekly meetings" and closely monitored Shopee growth in every market it operated (*infra*, ¶¶101, 107) – were already aware that GMV was on track to decline significantly in 4Q22 in lockstep with further significant declines in sales and marketing expense (*supra*, ¶¶32, 51, 57).

71.     In response to the Company's press release and conference call statements, Sea's ADS price increased $16.51 per share (+36%) by the close of the market on November 15, 2022, compared to a 1% increase in the NYSE.

**B.     4Q22 and FY22 Earnings Report**

72.     On March 7, 2023, Sea issued a press release containing the Company's financial results for the fourth quarter and full year ended December 31, 2022.  The press release reported that Sea had turned profitable in 4Q22 for the first time since the Company's founding in 2009 – posting a positive net income of $422.8 million.  The press release also quoted Li lauding the "'decisive pivot to focus on efficiency and profitability'" as the driver of these positive results, and that Defendants would "'continue this transition and maintain

1   [their] focus on sustainable growth.'"  The press release also revealed that starting in 1Q23,

2   the Company would no longer report GMV on a quarterly basis.

3        73.    Also on March 7, 2023, Sea convened a conference call with analysts and

4   investors, led by Li, Hou, and Wang, to discuss the Company's 4Q22 and FY22 results.

5   During his prepared remarks, Li maintained that the Company would continue focusing on

6   Shopee's profitability as opposed to GMV growth:

7        With our recent pivot, we are showing a positive bottom line for the
     first time.  As such, ***our focus this year will be to continue to solidify the***

8   ***efficiency gains and optimize the cost structure across our markets***.

9        In our Asian market, ***we will work to further strengthen our leading***
     ***position and profitability***.  In Brazil, we will focus on driving the business

10   towards profitability to capture the significant opportunity in this new market.
     ***GMV will largely remain an output for us in the near term***.

11

12        ***It is important to reemphasize our long-term focus on sustainable***
     ***growth for Shopee***.

13        74.    With respect to Garena, while the number of paying and active users continued

14   to decline, Li highlighted that "***[t]he paying user ratio and average revenue per user***

15   ***remain[ed] relatively stable quarter-on-quarter***."

16        75.    During the Q&A portion of the conference call, Wang assured investors that

17   the Company, and Shopee in particular, could continue to achieve growth at a sustainable,

18   profitable level, and stave off competition:

19        **[Analyst:]** . . . Two questions from me, please, on Shopee.  Number
     one, can you please explain to us on the major drivers that led to this really

20   fast on about in Shopee earnings this quarter?  How did you manage to
     achieve this?

21

22        Is it by way of the take rate increase and big cost cutting?  Or is there a
     deliberate attempt to cut off unprofitable GMV in order to achieve this? . . .

23        Question number 2, going forward, as you have already achieved solid

24   turnaround in bottom line, how do you plan to balance between growth and
     profitability?  How do we view confidence that growth will come back?  And

25   how do you view the current competitive landscape, especially direct from
     new social commerce player?  Will you make sure that you maintain your

26   market share?  And is there any color or soft guidance that you can provide us
     when it comes to growth?

27        **[Wang:]** . . . In terms of the drivers for our quick turnaround for
     Shopee . . . .

28

1                                    *     *     *

2       [O]n the cost front and expense front, we reduced sales marketing expense. ***If
        you noticed, our sales marketing for Shopee dropped more than 50% year-
3       on-year, while GMV sustained and grew around 7% on the constant
        currency basis year-on-year. So that shows the resilience of our ecosystem***
4       and the strong leadership and execution excellence of our team in managing
        this fast transition over a few months' time to turn the platform into a positive
5       bottom line, while still sustain a strong leadership of the platform.

6                                    *     *     *

7               Now in terms of outlook and balancing growth and profitability. So as
        we shared also, our outlook for markets in the long run remains very strong.
8       Because of its demographic features, the young growing population, deepened
        digital penetration, vis-à-vis offline retail and also the economic growth
9       potential of our region.

10              ***At the same time, we believe that all these efforts we are making in
        reducing the cost structure of our ecosystem, and strengthening our ability
11      to serve our users with better user experience will allow us to capture a
        larger share of the pie in the long run and further strengthen our market
12      leadership which is a dual role in addition to profitability we have for our
        Asian markets.***

13
                ***So there is not a shift in our view about the long-term growth
14      potential and focus of our business to capture this opportunity.*** In the near
        term, of course, we continue to see macro uncertainty, headwinds to
15      consumption. So we will be adjusting and fine-tuning our pace and operations
        carefully in a highly dynamic manner, observe our markets from period to
16      period and adjust accordingly.

17              And therefore, we also share that we ***may*** expect fluctuations in our
        performance and results in the near term from period to period. But on the
18      other hand, ***I think we have demonstrated clearly our ability to execute both
        growth and profitability. So in the long run, we are very focused on
19      sustainable growth and further defending and solidifying our ecosystem***.

20                                   *     *     *

21      [W]e believe we're unique in the sense that we're able to achieve strong
        market leadership market by market across so many markets in Southeast
22      Asia.

23              And at the same time, quick turnaround of profitability, and that gives
        us confidence that we have more resources and capability not just financially,
24      but also operationally and managerially to defend our ecosystem against any
        future competition. . . .
25
        76.     In response to a follow-up question on the same topic, Wang again maintained
26
        that Sea was not trading off growth to achieve profitability:
27
                **[Analyst:]** . . . I wanted to follow up on the previous questions
28      regarding how should we balance between growth versus the profitability? Is

                                    - 34 -

there any short-term margin target that management would hope to maintain for each of your business segments?  For example, if there's any incremental margin improvement that you can achieve, then you would reinvest those incremental back to the business to drive faster growth?  Because you already turned profitable on both, for example, the Shopee and the DFS.  So I'm just wondering, is there a short-term margin target that you wanted to maintain and then any incremental that you can reinvest back to the business to drive faster growth?

\*      \*      \*

**[Wang:]** . . . In terms of short-term margin targets, so different business units are different.  Of course, ***for Garena, our focus now is continue to stabilize our user base*** and providing better experience to our users on our core games; at the same time, continue to improve our profit margins.

\*      \*      \*

And for Shopee, it's going to be a market-by-market dynamic assessment.  All our Asian markets are currently EBITDA-positive.  Now Brazil market, which is relatively new, we've seen significant profitability improvement while we continue to see growth – relatively stronger growth there compared to our Asia markets.

So I think it's going to be a highly dynamic process.  For each market at any period of time, we'll assess the market condition the natural user growth rates, the competitive landscape, our operational cost structure in that market, and then we'll assess what would be a reasonable profit margin we could achieve in that market versus the growth we want to achieve in the market.

***As I said before, it's not necessarily a trade-off.  If the business is – growth is driven only by investment in sales marketing, it's not a good business we want to be in to begin with.  And the fact that we're able to cut sales and marketing by more than 50% while sustaining GMV already itself a strong testament of the – our ecosystem capability***.

***So it doesn't necessarily go against each other.  We don't necessarily think that growth and profitability need to be a trade-off***.  We do think that while we – some of our measures that we are focused on such as cost structure improvement, logistics improvement, seller management, better consumer services and better buyer experience, all will improve the efficiency of any investment we make into our ecosystem and also improve the profitability as well as growth.

\*      \*      \*

So that's the trick of the business, but also, I think our range of strength in operating a highly diversified markets and with different development strategies.  I think overall, we – in long run, of course, we believe in sustainable growth, which also means profitable growth for the business, and we still see this as our strong growth engine.

77.   And again, in response to a question about Shopee's anticipated GMV growth, Wang denied that there were any negative growth trends:

**[Analyst:]** . . . [O]n Shopee, can you discuss GMV growth trends quarter-on-quarter in local currency, which markets are doing better?  And any color on the outlook for '23?

\*       \*       \*

**[Wang:]** . . . In terms of GMV growth trends, as we previously shared that GMV remains output for us.  It's not the key KPI as we continue to focus on tightening our efficiency and profitability as we have experienced.  We think it would generally naturally come down the road.

\*       \*       \*

*I think starting from '23, we'll generally see some – we'll see some natural growth hopefully*.  But on the other hand, this is not something that we focus on and the macro uncertainty remains.  And there are too many factors affecting the underlying consumption pattern that – as a market leader that we will face.

And therefore, it's not a target that we focus on.  So our message stays the same: *GMV remains output.  And we will discontinue any quarter-on-quarter disclosure of operating metrics like GMV and orders and we'll move to an annual disclosure in line with global peers*.

78.     The statements detailed in ¶¶72-77 above were each false or misleading when made.  The true facts which were known to or recklessly disregarded by Defendants included:

(a)      Defendants' statements in ¶¶74, 76 highlighting that Garena's "paying user ratio and average revenue per user remain[ed] relatively stable quarter-on-quarter" for 4Q22 and that Defendants "continu[ed] to stabilize [Garena's] user base" were materially misleading, as they omitted that Defendants knew Garena's paying user ratio would take a sharp decline in 1Q23 with the loss of *League of Legends* and *Teamfight Tactics*.  *League of Legends* was and is one of the most popular and monetized video games in the world, especially in the Southeast Asia markets where Garena operated.  *Supra*, ¶¶41-44.  Sea had long identified *League of Legends* first among its most popular licensed games, and reported that the Company's five most popular games accounted for more than 95% of digital entertainment revenue.  *Supra*, ¶45.  And because: (1) Defendants monitored granular game-specific metrics (*infra*, ¶106); (2) their license agreement with Riot/Tencent required Garena to maintain records on the performance of and revenue generated by *League of Legends* (*supra*, ¶46); and (3) these statements were issued in late 1Q23 (several months after Riot

1    took over operation of the games), Defendants already knew or recklessly disregarded that

2    they did not achieve sufficient gains in paying users in other games to offset the significant

3    loss of the dedicated and highly-monetized *League of Legends* user base. *Supra*, ¶49. That

4    is, Defendants misleadingly omitted the already existing "weakening in monetization, mainly

5    as a result of lower paying user ratio" in Garena in 1Q23 from the loss of millions of paying

6    users – leading to the lowest paying user ratio that the Company had reported in years

7    (7.7%). *Supra*, ¶¶29-31, 49;

8              (b)     Contrary to Defendants' statements in ¶¶72-73, 75-76 that Shopee could

9    achieve "sustainable growth" and "execute both growth and profitability" without a need for

10   a "trade-off," and downplaying its reliance on sales and marketing to achieve growth,

11   Defendants knew that Shopee's GMV growth depended on massive investments in sales and

12   marketing expense, and that Shopee was unable to grow while turning a profit. *Supra*, ¶¶32,

13   50-51, 55, 57, 60-62. In fact, at the time these statements were made, Shopee reported its

14   first ever profitable quarter at the expense of the largest GMV decline in the Company's

15   history, with GMV declining significantly to $18.0 billion in 4Q22 (down from $19.1 billion

16   the prior quarter). *Supra*, ¶¶32, 57. These statements were also issued near the end of 1Q23,

17   so Defendants – who "huddl[ed] every month to discuss cashflow projections, along with

18   their regular weekly meetings" and closely monitored Shopee growth in every market it

19   operated (*infra*, ¶¶101, 107) – were already aware that GMV was on track to decline further

20   in 1Q23 in lockstep with further declines in sales and marketing expense (*supra*, ¶¶32, 51,

21   59). Further evidencing Defendants' knowledge that Shopee was unable to grow while

22   sustaining a profit, at the time of these statements, Defendants also announced their decision

23   to discontinue quarterly disclosures of GMV and orders – for the first time in the Company's

24   history – to conceal further declines in growth. *Supra*, ¶¶32, 57. Defendants would

25   ultimately acknowledge in August 2023 that Shopee could not grow and remain profitable at

26   the same time, and that the Company's renewed focus on growth required major re-

27   investments in sales and marketing expenses that would "impact [their] bottom line and may

28   result in losses." *Supra*, ¶61. And as Defendants would further admit in November 2023

- 37 -

1    when those losses actually materialized, any near-term focus in either growth, profitability,

2    or market share gain necessarily "create[s] trade-offs for another" (*supra*, ¶62);

3            (c)    Contrary to Defendants' statements in ¶¶72, 77 that they were

4    discontinuing quarterly disclosures of GMV and orders and moving to annual disclosures to

5    be "in line with global peers," in reality Defendants discontinued quarterly disclosures of

6    GMV and orders to conceal further declines in growth. *Supra*, ¶¶32, 51.  Indeed, Shopee's

7    more comparable peers like Shopify continued to disclose quarterly GMV growth numbers,

8    and Defendants repeatedly portrayed Sea as still in the early stages of its growth phase,

9    rendering global e-commerce platforms like Amazon and Alibaba inapposite comparators.

10   *Supra*, ¶58.  Ultimately, Defendants revealed that their purported reason for discontinuing

11   quarterly GMV in 1Q23 – to stay "in line with global peers" – was a pretext by resuming

12   quarterly GMV disclosure just two quarters later, in 3Q23, when the metric began increasing

13   again. *Supra*, ¶¶32, 51, 62;

14           (d)    Contrary to Defendants' statements in ¶¶73, 75 that the Company's

15   cost-cutting initiatives would allow Shopee to "capture a larger share of the pie" and "defend

16   [their] ecosystem" against competition, in reality, competitors like TikTok Shop were

17   continuing to offer discounted promotions and lower take rates that would undercut Shopee

18   and eat into its market share.  *Supra*, ¶¶52, 56, 59.  Indeed, at the time of these statements

19   BofA Global Research had already published a report stating that TikTok was aggressively

20   expanding in Southeast Asia and that it "charges lower take-rate (c. 1%) and doesn't appear

21   to have similar focus on cost cutting given it remains in expansion mode."  *Supra*, ¶56.

22   Defendants' statements that they "track [their] peers" and "make sure that [Shopee's] service

23   offerings remain competitive" (*supra*, ¶67), are admissions that they were aware that Shopee

24   "scal[ing] back on offering discounts" would allow TikTok "to capitalize on this and

25   opportunistically expand[] in SE Asian markets."  *Supra*, ¶59.  Thus, Defendants' "pivot to

26   profitability" was not sustainable because it would necessarily lead to Shopee's loss of

27   business to TikTok and other competitors; and

28

- 38 -

1    (e)    Defendants' statements in ¶77 refusing to disclose GMV growth trends

2  and stating that Shopee would "see some natural growth" starting in 2023 were materially

3  misleading, as they omitted Shopee's ongoing trend of declining GMV tied to declining sales

4  and marketing spend. *Supra*, ¶¶32, 51, 55, 57, 60.  At the time these statements were issued:

5  (1) Shopee had already reported a deceleration in GMV with the Company's smallest ever

6  quarter-to-quarter GMV increase in 3Q22, as the Company scaled back on shipping

7  subsidies and other marketing expenses (*supra*, ¶¶32, 51, 55); (2) Shopee contemporaneously

8  reported the largest GMV decline in its history with further significant declines in sales and

9  market expense in 4Q22 (*supra*, ¶¶32, 51, 57); and (3) it was already near the end of 1Q23,

10  so Defendants – who "huddl[ed] every month to discuss cashflow projections, along with

11  their regular weekly meetings" and closely monitored Shopee growth and operating costs in

12  every market it operated (*infra*, ¶¶101, 107) – were already aware that GMV was on track to

13  decline further in 1Q23 in lockstep with further declines in sales and marketing expense.

14  *Supra*, ¶¶32, 51, 60.

15    79.    In response to the Company's press release and conference call statements,

16  Sea's ADS price jumped up $14.35 per share (+22%) by the close of the market on March 7,

17  2023, compared to a -2% decrease in the NYSE.

18    **C.    FY22 Form 20-F**

19    80.    On April 6, 2023, Sea filed with the SEC its annual report on Form 20-F for

20  the fiscal year ended December 31, 2022, which was signed by Li.

21    81.    The "Risk Factors" section of Sea's Form 20-F stated that the Company faced

22  risks of negative developments in any of its key video games.  These warnings were written

23  as hypothetical risks, *i.e.*, that there ***could*** be a material decline or slower growth in the

24  business if any negative development were to occur in a key game:

25    ***We derive a significant portion of digital entertainment revenue and
     gross profit from a limited number of online games***.

26    *        *        *

27    Among our online games, we substantially depend on a small number
     of popular games, including our first fully self-developed game, Free Fire, a

28

4856-2411-5607.v1

global popular battle royale type of mobile game, which was launched in December 2017.  In 2022, our top five games, comprising Free Fire and games licensed to us by third-party game developers, contributed 97.9% of our digital entertainment revenue, among which Free Fire contributed a significant portion . . . .  ***Any negative developments or occurrences to any of our key revenue-earning games*** including Free Fire, such as decline in popularity, content quality issues, competing products, content restrictions, government actions, regulatory or legal changes that affect our ability to monetize our games, reductions in consumer spending and engagement levels, delay or failure in producing new engaging content, or real or perceived security risks ***could lead to material decline or slower growth***.

82.     The Form 20-F also represented that Defendants were not aware of any undisclosed negative trends that would materially affect the business:

Other than as disclosed elsewhere in this annual report, we are not aware of any trends, uncertainties, demands, commitments or events for the year ended December 31, 2022 that are reasonably likely to have a material adverse effect on our net revenues, income, profitability, liquidity or capital resources, or that would cause reported financial information not necessarily to be indicative of future operating results or financial conditions.

83.     The statements detailed in ¶¶81-82 above were each false or misleading when made.  The true facts which were known to or recklessly disregarded by Defendants included:

(a)     Defendants' risk factor statements in ¶81 were materially misleading for presenting the loss of a key game as merely a hypothetical risk that could decline or slow growth, when Defendants knew that the risk had already materialized and that Garena's paying user ratio would take a sharp decline in 1Q23 with the loss of *League of Legends* and *Teamfight Tactics*.  *League of Legends* was and is one of the most popular and monetized video games in the world, especially in the Southeast Asia markets where Garena operated. *Supra*, ¶¶41-44.  Sea had long identified *League of Legends* first among its most popular licensed games, and reported that the Company's five most popular games accounted for more than 95% of digital entertainment revenue.  *Supra*, ¶45.  And because: (1) Defendants monitored granular game-specific metrics (*infra*, ¶106); (2) their license agreement with Riot/Tencent required Garena to maintain records on the performance of and revenue generated by *League of Legends* (*supra*, ¶46); and (3) these risk factor statements were issued in early 2Q23 (several months after Riot took over operation of the games),

1  Defendants already knew or recklessly disregarded that they did not achieve sufficient gains
2  in paying users in other games to offset the significant loss of the dedicated and highly-
3  monetized *League of Legends* user base.  *Supra*, ¶49.  That is, Defendants knew that the risk
4  of a decline in its gaming business had already occurred from losing a key game, and that
5  there would be a "weakening in monetization, mainly as a result of lower paying user ratio"
6  in Garena in 1Q23 from the loss of millions of paying users – leading to the lowest paying
7  user ratio that the Company had reported in years (7.7%).  *Supra*, ¶¶29-31, 49; and

8            (b)      Contrary to Defendants' statements in ¶82 that they were not aware of
9  any undisclosed negative trends that would materially affect the business, Defendants were
10 aware of Shopee's ongoing trend of declining GMV tied to declining sales and marketing
11 spend.  *Supra*, ¶¶32, 51, 55, 57, 60.  At the time these statements were issued: (1) Shopee
12 had already suffered a deceleration in GMV with the Company's smallest ever quarter-to-
13 quarter GMV increase in 3Q22, as the Company scaled back on shipping subsidies and other
14 marketing expenses (*supra*, ¶¶32, 51, 55); (2) Shopee subsequently suffered the largest GMV
15 decline in its history with further significant declines in sales and market expense in 4Q22
16 (*supra*, ¶¶32, 51, 57); and (3) 1Q23 was already over, so Defendants – who "huddl[ed] every
17 month to discuss cashflow projections, along with their regular weekly meetings" and
18 closely monitored Shopee growth in every market it operated (*infra*, ¶¶101, 107) – were
19 already aware that GMV declined further in 1Q23 in lockstep with further declines in sales
20 and marketing expense.  *Supra*, ¶¶32, 51, 60.  Thus, this trend began no later than 3Q22 and
21 was ongoing when Defendants filed Sea's FY22 Form 20-F; Defendants were aware of this
22 ongoing trend and its "reasonably likely" materially adverse effect on Sea's business; yet
23 Defendants failed to disclose this trend in Sea's FY22 Form 20-F.

24       84.    Between April 4, 2023 and May 11, 2023, Li sold 120,000 shares of Sea ADSs
25 for proceeds of nearly $10 million:

| Defendant | ADSs Sold | Average Price per ADS | Proceeds |
|-----------|-----------|----------------------|----------|
| Li | 120,000 | $80.92 | $9,710,000 |

4856-2411-5607.v1

1  Li sold these 120,000 shares of Sea ADSs notwithstanding his duty to either abstain from

2  insider selling or disclose the adverse information detailed in ¶¶70, 78, 83 above.

3         **D.**     **1Q23 Earnings Report**

4       85.    On May 16, 2023, Sea issued a press release containing the Company's

5  financial results for the first quarter ended March 31, 2023.  The press release reported that

6  Sea posted a positive total net income of $87.3 million in 1Q23 (down from $422.8 million

7  the prior quarter), with Garena reporting GAAP revenue of $539.7 million for 1Q23 (down

8  from $948.9 million the prior quarter), and Shopee reporting GAAP revenue of $2.1 billion

9  for 1Q23 (no change from the prior quarter).  The press release also revealed that even

10  though Garena's quarterly active users (QAUs) metric saw its first quarterly increase in six

11  quarters, the quarterly paying users (QPUs) metric declined significantly, resulting in a

12  paying user ratio of only 7.7% – the lowest paying user ratio reported by Garena since the

13  first quarter of 2019.  The press release also omitted Shopee's quarterly GMV and gross

14  orders for the first time in Sea's history as a public company.

15       86.    Also on May 16, 2023, Sea convened a conference call with analysts and

16  investors, led by Li, Hou, and Wang, to discuss the Company's 1Q23 results.  During his

17  prepared remarks, Li maintained that Defendants' cost-cutting efforts would drive long-term

18  profitable growth: "We deepened our commitment to achieving strong cost leadership for our

19  ecosystem we believe this will reinforce our structural advantages in driving profitable long-

20  term growth in our market."   Li also acknowledged that Garena experienced "some

21  weakening in monetization, mainly as a result of lower paying user ratio."

22       87.    During the Q&A portion of the conference call, Wang was repeatedly

23  questioned about Shopee's GMV trend:

24       **[Analyst:]** . . . Number one, on Shopee. Can you provide more color on
     the current trend that you see, are we seeing any further slowdown in GMV

25       momentum in the quarter?

26                      *   *   *

27       **[Wang:]** . . . In terms of the Shopee growth, *while we don't disclose
     GMV quarter-on-quarter, generally overall, the trend has been consistent in*

28  *terms of seasonality trends we are seeing quarter-on-quarter with last the*

*year's first quarter*.  And if we look at more details at the different markets, Indonesia showed a relatively strong performance in Asia and Thailand and Malaysia also showed quarter-on-quarter growth.

Of course, we also see – continue to see tough year-on-year comps for the market.  And then *the rest of the markets are in line with the overall seasonality trends we are observing for Asia as what we saw last year*.

\*     \*     \*

[Analyst:] First, I want to make sure I heard you correctly.  I think earlier, you mentioned that GMV for Q1 this year was consistent with Q1 last year.  Did you mean by U.S. dollar terms or by constant currency?

\*     \*     \*

[Wang:] . . . In terms of GMV, as I mentioned, *we don't discuss quarter-on-quarter GMV numbers specifically.  And what I mentioned though was that the trend we're observing, the general trend Q-on-Q, observed for this quarter versus last quarter is in line as what we observed in Q1 last year versus Q4 2021*.

88.     When asked about Shopee's strategy to defend its market share from TikTok, Wang claimed that investments in shipping subsidies were not the focus:

[Analyst:] And just some color on the competitive environment, what's the impact of TikTok and how you're trying to defend the market share there?

\*     \*     \*

[Wang:] . . . But long-term focus of investment, as I shared, it's going to be in all the infrastructure, as I mentioned.  *When people think about investments, sometimes people oversight – overemphasized subsidies shipping subsidies.  I don't think that's a fair characterization of our focus of investment*.  Rather, our focus will be on investing in the long-term infrastructure that will provide better services to our customers and the lower the cost of the ecosystem that will significantly expand the profitable TAM of e-commerce in our region.  And also build much stronger competitive moat in the long run for us.

89.     Wang was also repeatedly asked about how Sea planned to balance growth versus profitability for Shopee:

[Analyst:] Number two, also related to Shopee.  Can you comment on the current strategy for Shopee going into the rest of the year?  Should we expect to see Shopee, reinvesting to grow more into the later part?  Or you will focus on further expanding on the margins?  What type of growth should we expect.  And if you plan to reinvest where will you spend money on?

\*     \*     \*

[Wang:] . . . In the immediate term, in terms of the investment in the market and growth trends you might see, a lot will depend on the specific

- 43 -

market conditions market-by-market and period to period. We remain very nimble and very focused from a bottom-up perspective, looking at each market conditions, both macro user behavior, competitive landscape, and other trends, seasonality, holiday season, et cetera. And also from a period-to-period in terms of week-by-week, day-by-day review of the markets to see what be the best investment and in what areas we should be making.

So overall, I think the long-term execution direction is very clear. In short term, we also closely monitor the market. ***I think our past track record has shown that we can execute growth and managing bottom line at the same time as well***.

\*       \*       \*

**[Analyst:]** . . . I think we still wanted to get more comfortable and the sense about the sustainable EBITDA margins and also how you would balance between reinvest strategically to drive your top line growth while also maintaining a certain expenses level and the margin level. So if you can elaborate what's your strategy over there will be helpful.

\*       \*       \*

**[Wang:]** . . . The question is, how do we maximize the long-term profitability and maximize the opportunity we can capture in this region and in all our markets. Because we really continue to see significant opportunity. So ***our focus is on the long term and not immediate margin expansion. But having the support of healthy margins also give us more resources to allocate across different markets and from period-to-period, into investing in different markets and to even further strengthen our ecosystem***. As I shared, both for our long-term goals of expanding the profitable TAM and build strengthening our competitive moat and also in the near term to respond to market dynamics within each market. So again, we're not particularly worried about the margin. ***I think it's more about how we build a healthy long-term ecosystem that will maximize the long-term profitable growth of our business***.

\*       \*       \*

**[Analyst:]** . . . I'm sort of for whatever reason, not very sure around the strategy for e-commerce and growth versus profitability. While I do appreciate that a lot of comments have been made in this call. But what I want to understand is that the focus would be more centered around sustenance of market share and defending share. Or the focus would probably be at some stage about stimulating the market to deliver growth and deliver market share growth.

\*       \*       \*

**[Wang:]** In terms of the Shopee strategy of growth versus profitability, as I mentioned earlier, I think at this point, longer term, ***we think we will continue to invest in the long-term growth opportunities being a profitable, sustainable way that also, hopefully, we can expand the profitable TAM for our region by focusing on user experience and the cost to service. But short term, in terms of the profitability versus growth, again, we already achieved profitability. We're not focused on trying to maximize profitability in every***

- 44 -

1
2

***market for every period***.  We are focusing on closely observing the market trends and allocate resources nimbly and adapt to the local comp market conditions from period-to-period, and from market-to-market.

3    90.    The statements detailed in ¶¶85-89 above were each false or misleading when

4    made.  The true facts which were known to or recklessly disregarded by Defendants

5    included:

6         (a)    Contrary to Defendants' statements in ¶¶86, 88-89 that Shopee could

7    achieve "profitable long-term growth," "execute growth and manag[e] bottom line at the

8    same time," and "maximize the long-term profitable growth of [the] business," and

9    downplaying its reliance on sales and marketing to achieve growth, Defendants knew that

10   Shopee's GMV growth depended on massive investments in sales and marketing expense,

11   and that Shopee was unable to grow while turning a profit.  *Supra*, ¶¶32, 50-51, 55, 57, 60-

12   62.  In fact, at the time these statements were made, Shopee had already experienced:

13   (1) deceleration in GMV in 3Q22 as it began cutting sales and marketing; (2) its first

14   profitable quarter at the expense of the largest GMV decline in the Company's history in

15   4Q22; and (3) additional undisclosed declines in GMV in 1Q23.  *Supra*, ¶¶32, 51, 55, 57, 60.

16   Further evidencing Defendants' knowledge that Shopee was unable to grow while sustaining

17   a profit, at the time of these statements, Defendants also discontinued quarterly disclosures

18   of GMV and orders – for the first time in the Company's history – to conceal further declines

19   in growth.  *Supra*, ¶¶32, 60.  Defendants would ultimately acknowledge in August 2023 that

20   Shopee could not grow and remain profitable at the same time, and that the Company's

21   renewed focus on growth required major re-investments in sales and marketing expenses that

22   would "impact [their] bottom line and may result in losses."  *Supra*, ¶61.  And as Defendants

23   would further admit in November 2023 when those losses actually materialized, any near-

24   term focus in growth, profitability, or market share gain necessarily "create[s] trade-offs for

25   another" (*supra*, ¶62);

26        (b)    Defendants' statements in ¶¶85, 87 refusing to disclose GMV growth

27   trends and stating that Shopee's GMV trends were "in line with the overall seasonality

28   trends" were materially misleading, as they omitted Shopee's ongoing trend of declining

- 45 -

1    GMV tied to declining sales and marketing spend.  *Supra*, ¶¶32, 51.  At the time these

2    statements were issued: (1) Shopee had already reported a deceleration in GMV with the

3    Company's smallest ever quarter-to-quarter GMV increase in 3Q22, as the Company scaled

4    back on shipping subsidies and other marketing expenses (*supra*, ¶¶32, 51, 55); (2) Shopee

5    subsequently reported the largest GMV decline in its history with further significant declines

6    in sales and market expense in 4Q22 (*supra*, ¶¶32, 51, 57); and (3) Shopee had experienced

7    further undisclosed declines in GMV in 1Q23 alongside further reductions in sales and

8    marketing expense (*supra*, ¶¶32, 51, 60), so Defendants – who "huddl[ed] every month to

9    discuss cashflow projections, along with their regular weekly meetings" and closely

10   monitored Shopee growth and operating costs in every market it operated (*infra*, ¶¶101, 107)

11   – were already aware of this ongoing trend and knew that the trend was materially related to

12   their reduced investment in marketing and sales, rendering their benign "seasonality trends"

13   explanation misleading.  Further, Defendants' positive statements about the Company's

14   growth prospects and ability to grow while remaining profitable (*e.g.*, "we can execute

15   growth and managing bottom line at the same time" (*supra*, ¶¶86, 88-89)) created a duty to

16   disclose Shopee's quarterly GMV for 1Q23 so as to avoid misleading investors.  Defendants'

17   omission of Shopee's GMV metric for 1Q23 – the first time the Company had not provided

18   quarterly data – was misleading because it obscured Shopee's ongoing trend of declining

19   GMV tied to declining sales and marketing spend, painting a misleading picture of Shopee's

20   growth and rendering investors unable to effectively evaluate Shopee's current GMV trends;

21   and

22          (c)     Contrary to Defendants' statements in ¶88 that analysts

23   "overemphasized subsidies shipping subsidies" in the discussion surrounding the Company's

24   strategy to defend Shopee's market share from TikTok, in reality, shipping subsidies and

25   other discounted promotions were key to staying competitive in the Southeast Asia e-

26   commerce industry.  Indeed, at the time of these statements BofA Global Research had

27   already published reports stating that: (1) TikTok was aggressively expanding in Southeast

28   Asia and that it "charges lower take-rate (c. 1%) and doesn't appear to have similar focus on

cost cutting given it remains in expansion mode"; and (2) that Shopee "scal[ing] back on offering discounts" had allowed TikTok "to capitalize on this and opportunistically expand[] in SE Asian markets." *Supra*, ¶¶52, 56, 59. Defendants acknowledged that they "track [their] peers" and "make sure that [Shopee's] service offerings remain competitive." *Supra*, ¶67. Moreover, these statements were issued halfway through 2Q23, so Defendants – who "huddl[ed] every month to discuss cashflow projections, along with their regular weekly meetings" and closely monitored Shopee growth and operating costs in every market it operated (*infra*, ¶¶101, 107) – were aware that Sea was already starting to reinstate free shipping offerings and ramp up their sales and marketing expense in response to TikTok's expansion. *Supra*, ¶¶51, 61.

91.     Between May 16, 2023 and June 30, 2023, Li and Chen collectively sold 310,000 shares of Sea ADSs for proceeds of over $18 million:

| Defendant | ADSs Sold | Average Price per ADS | Proceeds |
|---|---|---|---|
| Li | 60,000 | $66.27 | $3,976,000 |
| Chen | 250,000 | $56.88 | $14,220,000 |

Li and Chen collectively sold these 310,000 shares of Sea ADSs notwithstanding their duty to either abstain from insider selling or disclose the adverse information detailed in ¶¶70(b)-(c), 78(b)-(e), 83(b), 90 above.

# VI.     ADDITIONAL SCIENTER ALLEGATIONS

## A.     Sea's Fraudulent Conduct Required Li's Participation and Approval

92.     Sea's fraudulent conduct could not have been conceived or implemented without Sea's founder, CEO, and Chairman of the Board Li. Li's control over the Company was solidified with a voting bloc formed through: (a) a modification of Sea's common stock structure just before the Class Period; (b) his shell company, Blue Dolphins Venture Inc.; and (c) irrevocable proxy agreements he engineered with Defendant Gang Ye, Defendant David Jingye Chen, Group President Chris Zhimin Feng, and shareholder Tencent. Together, Li's actions guaranteed him ***nearly 60%*** of total voting power held during the

1    Class Period.  For comparison, Li's total voting power was ***more than 17 times*** the voting

2    power of the beneficial owner with the next highest total voting power.

3            93.    Sea's common stock is split into two classes: Class A common stock and

4    Class B common stock.  Prior to February 14, 2022, Sea's Class A common stock entitled

5    holders to one vote and Sea's Class B common stock entitled holders to three votes.  Upon

6    shareholder approval of a special resolution to amend and restate Sea's memorandum and

7    articles of association on February 14, 2022, Class B ordinary shares increased from three

8    votes per share to 15 votes per share on all matters subject to vote at general meetings of the

9    Company.  Sea's annual reports confirm that this change allowed Li to cement his control

10   over the Company.  Before the modification, Li held 37.7% of total voting power.  After the

11   modification took effect, Li's total voting power increased by 22.2%.

12           94.    Li secured ***95%*** of his voting power through Blue Dolphins Venture Inc., a

13   company he wholly owns.  As of March 15, 2023, Blue Dolphins held 45,527,793 Class B

14   Ordinary Shares, amounting to 8% of total Class A and Class B Ordinary Shares held and

15   56.7% of total voting power.

16           95.    Li secured the remainder of his voting power through irrevocable proxy

17   agreements he orchestrated with his fellow cofounders, Gang Ye and David Jingye Chen, as

18   well as Group President Chris Zhimin Feng ("Feng"), and shareholder Tencent.  As of

19   March 15, 2023, 35% of Ye's Class A Ordinary Shares were subject to an irrevocable proxy

20   with Li with regard to all matters subject to the vote of shareholders; 30% of Chen's Class A

21   Ordinary Shares were subject to an irrevocable proxy with Li with regard to all matters

22   subject to the vote of shareholders; and ***100%*** of Feng's Class A Ordinary Shares were

23   subject to an irrevocable proxy with Li with regard to all matters subject to the vote of

24   shareholders.

25           96.    As of the same date, Tencent held 104,264,743 Class A Ordinary Shares,

26   comprising 18.4% of total Class A and Class B Ordinary Shares held.  On September 5,

27   2022, Tencent granted an irrevocable proxy with respect to ***all*** of its Class A Ordinary Shares

28   to Sea's Board of Directors to vote on matters subject to the vote of shareholders of Sea.  Li

4856-2411-5607.v1

1   signed the September 5, 2022 agreement with Tencent "acting on behalf of the Board of
2   Directors of Sea Limited, pursuant to a resolution of the Board of Directors passed on
3   September 5, 2022." Board resolutions are not typically publically filed, and thus, Plaintiffs
4   will only be able to ascertain the scope of the September 5, 2022 resolution through
5   discovery.  Sea's Form 20-F for the fiscal year ended December 31, 2022 shows that "all
6   directors and executive officers as a group" held 72.2% of total voting power.  Therefore,
7   amongst all directors and executive officers, Li held **83%** of total voting power.
8   Accordingly, even without access to the text of the September 5, 2022 resolution, the fact
9   that Li held 83% of total voting power amongst all directors and executive officers suggests
10  that Li maintained significant influence over the Board such that he could direct how
11  Tencent's votes would be cast.

12      97.   Indeed, before the Company went public in October 2017, Tencent granted Li
13  an irrevocable proxy on September 1, 2017 with respect to its Class B ordinary shares for
14  any matters concerning the size and/or composition of the Board that required a shareholder
15  vote.  For all other matters that required a shareholder vote, Tencent granted Li an
16  irrevocable proxy with respect to a certain number of Tencent's Class B ordinary shares such
17  that Tencent's total voting power would not exceed 29% of the total voting power of all
18  outstanding shares immediately after the initial public offering.  The provisions of this
19  agreement were in place for over four years until the parties terminated the proxy on
20  February 14, 2022. Li and Tencent's longstanding proxy agreement demonstrates that Li has
21  exerted significant control over Tencent's voting power since the Company went public.  It
22  follows, then, that after the September 1, 2017 proxy agreement was terminated on
23  February 14, 2022, Li would continue to wield personal influence when Tencent granted an
24  irrevocable proxy to the Board in September 2022.

25      98.   Li's voting power gives him significant control over the Company, such that
26  the high-level, Company-wide decisions involved in the fraud alleged herein could not have
27  been made without his participation and approval.  According to Sea's Form 20-F for the
28  fiscal year ended December 31, 2022: "***Our founder has control over key decision making***

1 ┃ *as a result of his control of a majority of the voting power of our outstanding share capital*
2 ┃ *and has substantial influence over our company*."  (Emphasis in original.)

3 ┃       **B.**    **The Fraud Involved Sea's Core Businesses and the Individual**
                  **Defendants Are High-Level Executives Who Were Directly Involved**
4 ┃                   **in or Informed of Sea's Operations and Performance Metrics**

5 ┃       99.    As the Company's three founders, Individual Defendants Li (CEO and Board
6 ┃ Chairman), Ye (Director and COO), and Chen (CPO of Shopee) occupied some of Sea's
7 ┃ highest positions.  The other Individual Defendants, Hou (CFO) and Wang (Chief Corporate
8 ┃ Officer, General Counsel, and Company Secretary), were similarly high-ranking executives.
9 ┃ Thus, the Individual Defendants were responsible for, and remained well informed of, issues
10 ┃ critical to the Company's success.

11 ┃       100.    The fraud alleged herein involves the operations and prospects of Sea's two
12 ┃ main business segments, Garena and Shopee, and thus, a strong inference arises that
13 ┃ Defendants were aware of, or recklessly disregarded, the true facts contradicting their false
14 ┃ and misleading statements.  As Sea's original business, Garena was historically "the cash
15 ┃ cow that fuels the other two parts of the company" and "the gasoline for the Shopee and
16 ┃ SeaMoney motors."  Shopee rose to prominence just before the Class Period began, and it is
17 ┃ currently one of the largest online shopping platforms in Southeast Asia.  For fiscal 2022,
18 ┃ Garena and Shopee combined produced ***91.1%*** of Sea's total revenue.

19 ┃       101.    Defendants' knowledge of financial forecasts and ongoing business trends is
20 ┃ further evidenced by their participation in regular Sea meetings.  According to *Bloomberg*,
21 ┃ around March 2022, Li and his senior team "began huddling every month to discuss
22 ┃ cashflow projections, along with their regular weekly meetings.  They spun through 200
23 ┃ different versions of financial forecasts in 2022, Li said [during an] interview, akin to
24 ┃ rewriting the budget every two days."  As chairman of the Board, Sea's Ninth Amended and
25 ┃ Restated Memorandum and Articles of Association require Li to call and preside over every
26 ┃ general meeting, convene extraordinary general meetings of the Company upon request, and
27 ┃ preside over every meeting of the Board of Directors, demonstrating his direct involvement
28 ┃ with Sea's financial forecasts and performance metrics.

102.    In addition to Li's mandatory presence and active participation in Company meetings, Li touted his personal engagement with local partners on multiple occasions leading up to and during the Class Period.  For instance, on the Company's November 15, 2022 earnings call, Li described his recent trip to Brazil in which he was "meeting with local sellers and buyers."  In an interview with *Bloomberg*, Li explained that "he's splitting his time between Singapore and California to stay close to the 'mind-blowing' artificial intelligence revolution that's taking place in Silicon Valley."  As discussed in ¶46, *supra*, Li himself served as Garena's signatory to the November 2018 master license agreement between Garena and Tencent required Garena to maintain "accurate records, contracts, accounts, and other information or materials relating to the publication, distribution, and operation of the Localized Games and the Gross Revenues generated therefrom."  That Li plays a dominant role in so many of Sea's business ventures underscores his scienter.

103.    Li also displayed his knowledge of the Company's key metrics through internal memoranda he drafted and disseminated to Sea employees during the Class Period.  These internal memoranda detailed new budgetary restraints, layoffs, salary freezes, revenue updates, and explanations of the Company's financial welfare.  Notably, many of the decisions described in the internal memoranda – in particular, the drastic cost-cutting measures – appear to have been unilaterally decided upon by Li.  One *Bloomberg* article described how in 2022, while Li was "laid up in bed with Covid, fretting about the future of his company," he "propped himself up on a pillow to hammer out the latest in a series of memos that would change the course of his business."

104.    Through his internal memoranda, Li evinced personal knowledge of Sea's performance metrics by providing updates to the Company's employees.  For example, in the memorandum Li sent to Shopee employees on September 15, 2022, he stated, "I am writing to you today to explain what is happening, and also talk about what we need to do in the next 12-18 months."  He concluded his September 15, 2022 memorandum by noting, "You will hear from me more frequently over the next few months.  I will do my best to keep you updated on our situation and what we see happening in the world."  Indeed, on March 20,

2023, Li addressed Sea employees once again reporting that "revenue, gross profit, and net income have all increased quarter-on-quarter, and our cash balance, excluding cash consideration used to repurchase outstanding convertible bonds, has increased from last quarter." He closed his March 20, 2023 memorandum by sharing, "I plan to travel more to meet you in your markets," further demonstrating Li's direct involvement with Sea's key businesses.

    **C.**    **Market Research Analysts Frequently Asked Questions About, and Defendants Frequently Evinced Personal Knowledge by Commenting on, Sea's Key Metrics**

    105.    On quarterly earnings calls with analysts and investors, Li, Hou, and Wang frequently discussed and held themselves out as knowledgeable about Garena's and Shopee's key metrics. Indeed, Li, Hou, and Wang provided updates and/or fielded analyst questions about Garena's and Shopee's key performance metrics and the Company's pivot to profitability (*i.e.*, the subjects of the fraud alleged herein) on *every* earnings call during the Class Period. Defendants also repeatedly assured investors that they were "closely monitor[ing]" trends in these key metrics – and that they would "fine-tune" operations accordingly.

    106.    For instance, throughout the Class Period, Li, Hou, and Wang repeatedly acknowledged that Defendants closely tracked Garena user engagement and monetization metrics and trends for specific games on a granular basis:

- "Free Fire experienced ongoing moderation in engagement and monetization. Still, relatively to the industry overall, Free Fire's performance remains robust." (November 15, 2022 conference call for 3Q22 earnings);

- "We are also pleased that Arena of Valor delivered solid growth in active users and bookings for the third quarter. It has been encouraging to see the game's resurgence once again and the strong support from a resilient core user base." (November 15, 2022 conference call for 3Q22 earnings);

- "Arena of Valor showed strong performance, especially during the Lunar New Year period." (May 16, 2023 conference call for 1Q23 earnings);

- "In April, we also observed a positive user trends with Free Fire achieving a new peak in monthly active users in the last 8 months period . . . . We will continue to monitor closely for trends going forward." (May 16, 2023 conference call for 1Q23 earnings);

- 52 -

- "I will continue to observe the trends going forward. Moreover, we also mentioned that our second largest game Arena of Valor also enjoyed a very strong performance in the past quarter. In fact, it was a new high, both in terms of quarterly active user base and bookings." (May 16, 2023 conference call for 1Q23 earnings);

- "During the second quarter, both quarterly active users and quarterly paying users grew quarter-on-quarter as Free Fire shows sustained signs of improvement in user retention and engagement. Bookings for the game also grew quarter-on-quarter for the first time in the past 7 quarters. These recent trends are encouraging signs of a Free Fire stabilizing and while remaining one of the largest mobile games worldwide, and we continue to closely monitor if this is the beginning of a longer-term stabilization of the game." (August 15, 2023 conference call for 2Q23 earnings); and

- "Adjusted EBITDA was $239 million, with quarter-on-quarter growth partly driven by the sequential increase in Free Fire bookings, which has higher margins." (August 15, 2023 conference call for 2Q23 earnings).

107.   Wang also repeatedly acknowledged that Defendants closely monitored operating costs, margins, GMV, market conditions, and the competitive environment in each market that Shopee operated in:

- "[W]e have shown ability to achieve very high margin for the business before, and we'll continue to be very – watching our margin closely to improve our efficiency." (March 7, 2023 conference call for FY22 earnings);

- "For each market at any period of time, we'll assess the market condition the natural user growth rates, the competitive landscape, our operational cost structure in that market, and then we'll assess what would be a reasonable profit margin we could achieve in that market versus the growth we want to achieve in the market." (March 7, 2023 conference call for FY22 earnings);

- "[S]ome of our measures that we are focused on such as cost structure improvement, logistics improvement, seller management, better consumer services and better buyer experience, all will improve the efficiency of any investment we make into our ecosystem and also improve the profitability as well as growth." (March 7, 2023 conference call for FY22 earnings);

- "We are focusing on closely observing the market trends and allocate resources nimbly and adapt to the local comp market conditions from period-to-period, and from market-to-market." (May 16, 2023 conference call for 1Q23 earnings);

- "We remain very nimble and very focused from a bottom-up perspective, looking at each market conditions, both macro user behavior, competitive landscape, and other trends, seasonality, holiday season, etc. And also from a period-to-period in terms of week-by-week, day-by-day review of the markets to see what be the best investment and in what areas we should be making. So overall, I think the long-term execution direction is very clear. In short term, we also closely monitor the market." (May 16, 2023 conference call for 1Q23 earnings); and

- "[W]e look at 3 key operational factors: growth, current profitability and market share gain.  While all are important and positively correlated in the long run, near-term focus on one can create trade-offs for another." (November 14, 2023 conference call for 3Q23 earnings).

108.    The Individual Defendants' admitted "day-by-day" visibility into granular performance metrics for Garena and Shopee provided them detailed insight into the Company's operations and financial performance, supporting a strong inference that they issued the false and misleading statements alleged above with scienter.  Further, if the Individual Defendants did not have detailed, up-to-date knowledge of these metrics, then they acted recklessly in holding themselves out as knowledgeable about Garena's and Shopee's key metrics and discussing them in communications with investors.

### D.    Defendants' Obfuscation of Declining and Slowing Shopee Growth by Withholding Quarterly GMV and Orders Figures in 1Q23 and 2Q23 Further Supports a Strong Inference of Scienter

109.    For every quarter of Sea's history as a public company until 1Q23, Defendants touted Shopee's GMV and gross orders as "key" metrics that provided investors with insight into Shopee's growth.  *Supra*, ¶¶32, 51.  However, as Shopee's growth began to decelerate during the Class Period, Defendants sought to conceal the negative trend by manipulating the Company's disclosures and withholding quarterly GMV and order information.   Wang revealed on the Company's March 7, 2023 earnings call for 4Q22 that GMV was down roughly 5% quarter-over-quarter and 1.5% year-over-year, but simultaneously announced that the Company planned to "discontinue any quarter-on-quarter disclosure of operating metrics like GMV and orders and we'll move to an annual disclosure in line with global peers."  As an article in *Seeking Alpha* observed on March 8, 2023:

> We are unsure why management would think investors wouldn't want to know how its GMV growth could progress from here.  Because, as far as we are concerned, ***it's one of the key metrics we look at for high-growth e-commerce companies***.  Unless Sea Limited believes that it has captured most of the market share in its [total addressable market], then taking out GMV as a critical operating metric might make sense.  But, management clearly thinks Sea Limited is still in the early stages of its growth phase . . . .  Also, it might be helpful to consider that Shopify Inc. (SHOP) still reports quarterly GMV growth numbers.  It makes sense, isn't it?  As a high-growth company, Shopify wants to continue showing investors that its GMV growth can grow faster than the market average, even as it seeks improved operating leverage. ***We believe it's critical.  Because if Sea Limited wants investors to give it a***

1

2

***high-growth multiple, it will need to demonstrate a good balance between growth and profitability***.

Thus, the strongest inference from the Company's decision to stop reporting these key metrics is that Defendants knew Shopee's growth rate would decline and stagnate over the next few quarters and wanted to conceal the deceleration from investors.  Indeed, Defendants revealed that their purported reason for discontinuing quarterly GMV and orders in 1Q23 – to stay "in line with global peers" – was a pretext by resuming quarterly GMV and order disclosure just two quarters later, in 3Q23, when the metrics began increasing again.  This selective disclosure of key metrics further evidences Defendants' efforts to mislead and conceal the truth of the deceleration in Sea's business from investors.

### E.   Individual Defendants Li and Hou Signed Sarbanes-Oxley Certifications Attesting that They Personally Supervised Sea's Controls and Procedures

110.   The Sarbanes-Oxley ("SOX") certifications[18] signed by Defendants Li and Hou further evidence scienter.  Li and Hou signed SOX certifications filed with Sea's Form 20-F for FY22 representing that they were both "responsible for establishing and maintaining disclosure controls and procedures . . . and internal control over financial reporting" and that the Company's financial disclosures fairly and accurately presented its financial condition.  In Sea's Form 20-F for FY22, the "Controls and Procedures" section states:

> Our disclosure controls and procedures are also designed to ensure that information required to be disclosed is accumulated and communicated to management, including the Group Chief Executive Officer and Group Chief Financial Officer, to allow timely decisions regarding required disclosures.

111.   Certifications pursuant to SOX are not directed solely at ensuring numerical accuracy and preventing dishonest accounting practices, and any interpretation restricting the statute's scope to these purposes would be artificially narrow and inconsistent with the remedial purpose of the statute.  The SEC interprets the fair presentation of companies'

---

[18]   Exchange Act Rules 13a-14(a) and 15(d)-14(a), as adopted pursuant to §302 of the Sarbanes-Oxley Act of 2002, require an issuer's principal executive and financial officers to certify that: (a) the information contained in the issuer's annual reports is accurate and reliable; and (b) they have taken certain actions with respect to establishing and maintaining disclosure controls and procedures for the collection and reporting of financial and other information.

4856-2411-5607.v1

1  financial results to include any additional disclosure necessary to provide investors with a

2  materially accurate and complete picture of an issuer's financial condition.  Here, the

3  inference of Li's and Hou's scienter is enhanced by the SOX-mandated certifications they

4  signed, which acknowledged their responsibility to investors for establishing and

5  maintaining controls to ensure that material information about Sea was made known to them

6  and that the Company's disclosure related controls were operating effectively.

7                    **F.      Insider Stock Sales Support a Motive to Commit Fraud**

8              112.   Due to Sea's status as a foreign private issuer ("FPI"), it is unknown precisely

9  how many Company insiders traded Sea securities during the Class Period and in what

10  amounts.  Under the Exchange Act, FPIs are exempt from certain disclosure requirements

11  applicable to U.S. domestic issuers.  Notably, company insiders of FPIs are not required to

12  file SEC Forms 3 or 4 disclosing their stock ownership and trading activities.  Therefore,

13  Plaintiff's investigation into Sea's insider sales is limited to information disclosed in

14  Schedules 13D (forms that investors who hold more than 5% of a company's shares are

15  required to file), and Forms 144 (forms investors file to notice the sale of restricted

16  securities).  According to Plaintiff's review of Schedules 13D and Forms 144 filed by Sea

17  insiders, the Individual Defendants collectively sold at least $27,906,000 during the Class

18  Period while Sea's shares traded at artificially-inflated levels.

19             113.   Defendant Li was motivated to engage in the alleged fraud and artificially

20  inflate the price of Sea ADS in order to sell 180,000 ADSs of Sea stock for ***$13,686,000*** in

21  insider trading proceeds.  From April 4, 2023 to June 1, 2023, Li sold – via an entity solely

22  owned and controlled by him – the following Sea ADSs:

| Transaction Date | ADSs Sold | Share Price | Proceeds |
|---|---|---|---|
| 04/04/2023 | 10,000 | $88.10 | $881,000 |
| 04/06/2023 | 10,000 | $84.00 | $840,000 |
| 04/11/2023 | 10,000 | $83.50 | $835,000 |
| 04/13/2023 | 10,000 | $83.30 | $833,000 |
| 04/18/2023 | 10,000 | $83.20 | $832,000 |
| 04/20/2023 | 10,000 | $79.00 | $790,000 |

| Transaction Date | ADSs Sold | Share Price | Proceeds |
|---|---|---|---|
| 04/25/2023 | 10,000 | $76.00 | $760,000 |
| 04/27/2023 | 10,000 | $74.30 | $743,000 |
| 05/02/2023 | 10,000 | $75.30 | $753,000 |
| 05/04/2023 | 10,000 | $75.00 | $750,000 |
| 05/09/2023 | 10,000 | $83.10 | $831,000 |
| 05/11/2023 | 10,000 | $86.20 | $862,000 |
| 05/16/2023 | 10,000 | $79.00 | $790,000 |
| 05/18/2023 | 10,000 | $71.60 | $716,000 |
| 05/23/2023 | 10,000 | $66.90 | $669,000 |
| 05/25/2023 | 10,000 | $63.00 | $630,000 |
| 05/30/2023 | 10,000 | $60.90 | $609,000 |
| 06/01/2023 | 10,000 | $56.20 | $562,000 |

114.   Li's insider selling was unusual and suspicious in both timing and amount. Indeed, in stark contrast to Li's Class Period Sales, during the equivalent pre-Class Period interval, Li did not sell a *single* share of his holdings, as shown in the chart below.  The amount and timing of Li's sales supports a strong inference that Li timed his respective trading with knowledge of the alleged fraud and sought to capture the stock's artificially inflated trading price before the market learned of the truth concealed by the fraud. Tellingly, the majority of Li's sales occurred shortly before the truth began to be revealed to the market in May 2023, and completely halted prior to the further revelations in August 2023:



115.    Li's fellow co-founder David Jingye Chen was similarly motivated to engage in the alleged fraud.  On June 30, 2023, Chen took advantage of the artificial inflation in Sea's stock caused by Defendants' fraud and filed a Form 144 noticing the sale of 250,000 shares of his Sea stock, for proceeds of ***$14,220,000***.[19]

116.    Defendants Li and Chen each had a 10b5-1 trading plan in place during the Class Period, but these plans do not rebut a strong inference of scienter.  Chen adopted a new plan during the Class Period.  Thus, when Chen made the decision to trade, he was aware of and participating in the Company's fraud.  It does not appear that Li has publically reported his 10b5-1 plan adoption date.

117.    A Rule 10b5-1 plan moves the relevant date at which the insider possessed material nonpublic information from the date of the trade to the date of the plan's adoption.

---

[19]  Pursuant to 17 CFR § 230.144(h)(3), a Form 144 is to be filed "concurrently" with the execution of the sale of securities, and the person filing the notice "shall have a bona fide intention to sell the securities . . . within a reasonable time" after filing the Form.

1    However, this mechanism is frequently manipulated to conceal intentionally timed trades

2    which earn abnormal returns for privileged insiders.

3         118.   Indeed, a July 2008 academic study suggests that returns on stock sales made

4    pursuant to pre-arranged trading plans pursuant to Rule 10b5-1 significantly exceed market

5    returns.  The academic study found that trades under 10b5-1 plans beat the market by over

6    6% during a period of six months, while executives at the same companies who traded

7    without 10b5-1 plans beat the market by only 1.9%.  The study concluded that executives

8    abuse the Rule by, for example, effecting sales pursuant to such plans before adverse news

9    disclosures.   This manipulation occurs with such frequency that the SEC adopted

10   amendments to the Rule in December 2022 to heighten the requirements for these plans and

11   thus enhance investor protections against insider trading.

12   **VII.   LOSS CAUSATION**

13        119.   The market for Sea ADSs was open, well-developed, and efficient during the

14   Class Period.  Throughout the Class Period, Sea ADSs traded at artificially inflated prices as

15   a direct result of Defendants' materially false and misleading statements and omissions of

16   material fact, which were widely disseminated to the securities market, investment analysts,

17   and the investing public.  Plaintiff and other members of the Class purchased or otherwise

18   acquired Sea ADSs relying upon the integrity of the market price of Sea ADSs and market

19   information relating to Sea, and have been damaged thereby.

20        120.   When the relevant truth and its impact on Sea's financial results and prospects

21   entered the market through a series of partial disclosures, the price of Sea ADSs significantly

22   dropped, as the artificial inflation came out of the stock price over time.  As a result of their

23   purchases of Sea ADSs during the Class Period, Plaintiff and other members of the Class

24   suffered economic loss (*i.e.*, damages), under the federal securities laws.

25        121.   The corrective impact of the initial disclosures alleged herein, however, was

26   tempered by Defendants' ongoing misleading statements and omissions that continued to

27   conceal the true nature of Defendants' fraud.  Each partial disclosure did not on its own fully

28   remove the inflation from Sea's ADS price because it only partially revealed the nature and

1   extent of the fallout from Defendants' previously concealed misconduct.  Defendants'

2   ongoing misrepresentations and omissions maintained the price of Sea ADSs at artificially

3   inflated levels.

4       122.   The disclosures that corrected the market price of Sea ADSs are detailed

5   below.  These stock price declines were due to firm-specific, fraud-related disclosures and

6   not the result of market, industry, or firm-specific, non-fraud factors.

7       **A.      May 2023 Loss Event**

8       123.   On May 16, 2023, before the market opened, Sea issued a press release and

9   convened a conference call for the Company's financial results for the first quarter ended

10  March 31, 2023.  The 1Q23 press release revealed significant declines in Garena's bookings,

11  paying users, and GAAP revenue, and stagnation in Shopee's GAAP revenue:

12  - Sea as a group posted a total net income of $87.3 million (down from $422.8 million the prior quarter);

13
14  - Garena reported GAAP revenue of $539.7 million (down from $948.9 million the prior quarter), $462.3 million in bookings (down from $543.6 million the prior quarter), and 37.6 million QPUs (down from 43.6 million the prior quarter); and

15

16  - Shopee reported GAAP revenue of $2.1 billion for 1Q23 (no change from the prior quarter), and did not disclose GMV or gross orders.

17  The press release also revealed that while 1Q23 (*i.e.*, the Company's first quarter without

18  *League of Legends* and *Teamfight Tactics*) saw an increase in Garena's quarterly active users

19  (QAUs) for the first time in six quarters, quarterly paying users (QPUs) fell significantly by

20  six million.  This resulted in a paying user ratio of only 7.7% – the lowest paying user ratio

21  reported by Garena since the first quarter of 2019 – with Defendants acknowledging

22  Garena's "weakening in monetization, mainly as a result of lower paying user ratio" on the

23  conference call.  While the press release omitted Shopee's quarterly GMV and gross orders

24  in 1Q23 for the first time in Sea's history, Defendants acknowledged on the conference call

25  that GMV had actually dropped from 4Q22 to 1Q23 – but wouldn't say by how much.[20]  As

26

27  [20]  Defendants vaguely stated that "the general [GMV] trend Q-on-Q, observed for this
28  quarter versus last quarter is in line as what we observed in Q1 last year versus Q4 2021."
    By way of reference, GMV declined by approximately $800 million from 4Q21 to 1Q22.

1   shown in the chart below, the price of Sea ADSs declined in response to the disclosures

2   about Garena and Shopee, falling $15.62 per share (-18%) on May 16, 2023, on abnormally

3   high volume, as compared to a -1% decline in the NYSE.



Sea's ADS Price Performance

124.    That same day, *Reuters* published an article titled "Sea's rising tide gets a

harsh reality check," which tied the drop in Sea's ADS price to the disappointing earnings

and lower gaming revenues following the loss of *League of Legends*:

> The $41 billion Southeast Asian internet giant retreated from overseas
> markets, slashed marketing spend, and shed thousands of jobs.  Still, that
> wasn't enough for the company to meet earnings estimates on Tuesday.  A
> subsequent 18% drop in its U.S. shares is a reality check for founder and boss
> Forrest Li who is trying to shore up faith that the company's newfound
> profitable status is sustainable.
>
> While Singapore-headquartered Sea posted positive earnings for a
> second consecutive quarter, the $87 million net profit was about one third of
> what analysts had pencilled in.  It blamed the miss on a $118 million goodwill
> impairment charge from a prior acquisition.  Revenue from its gaming unit
> tumbled 52% while e-commerce grew by a similar amount.

4856-2411-5607.v1

125.    However, the price of Sea ADSs remained artificially inflated as Defendants continued to mislead the market, causing the ADSs to continue to trade at artificially inflated prices.

**B.      August 2023 Loss Event**

126.    On August 15, 2023, before the market opened, Sea issued a press release and convened a conference call for the Company's financial results for the second quarter ended June 30, 2023.  The 2Q23 press release revealed continued stagnation in Shopee's GAAP revenue and significant declines in Adjusted EBITDA, as the Company started to "reaccelerate investments in growth" for Shopee.  Shopee reported GAAP revenue of $2.1 billion for 1Q23 (no change from the prior quarter), Adjusted EBITDA of $150.3 million (down from $207.7 million the prior quarter), sales and marketing expenses of $431.9 million (up from $338.2 million the prior quarter), and did not disclose GMV or gross orders.

127.    On the conference call, Defendants surprised investors by acknowledging that the pivot to profitability was not a sustainable or viable strategy and explaining that the Company would have to invest heavily in marketing and sales costs to prevent erosion of Shopee's market share:

> [W]e have started and will continue to ramp up our investments in growing the e-commerce business across our markets.  Such investments will have impact on our bottom line and may result in losses for Shopee and our group as a whole in certain periods.  However, this does not change our unwavering emphasis on self-sufficiency and improving cost efficiency as a key competitive moat.

Defendants also acknowledged that they had "started to ramp up investments in free shipping again to capture more of the growth opportunities."  As shown in the chart below, the price of Sea ADSs declined in response to the disclosures about Shopee, falling $16.32 per share (-29%), on August 15, 2023, on abnormally high volume, as compared to a -1% decline in the NYSE.

4856-2411-5607.v1

1
2
3
4
5
6
7
8
9
10
11
12



13    128.    That same day, *Reuters* published an article titled "Shopee-owner Sea signals

14  growth over profits after weak Q2 performance," which tied the drop in Sea's ADS price to

15  the disappointing earnings and need for Sea to increase Shopee capital expenditures to

16  protect growth:

17         Technology firm Sea Ltd (SE.N) signaled on Tuesday it will boost
18         investments in its core e-commerce business which may lead to losses in some
           quarters, pivoting its strategy after months of cost cuts and weak performance
           in the second quarter.
19
                  U.S.-listed shares of the company were down over 21% in early
20         trading.

21    129.    However, the price of Sea ADSs remained artificially inflated as the full

22  impact of Defendants' prior failure to disclose the unsustainability of the pivot to

23  profitability was not fully revealed to the market until the following quarter.

24    **C.    November 2023 Loss Event**

25    130.    On November 14, 2023, before the market opened, Sea issued a press release

26  and convened a conference call for the Company's financial results for the third quarter

27  ended September 30, 2023.  The 3Q23 press release further revealed the impact of the

28  unsustainable pivot to profitability, with Sea and Shopee incurring significant losses:

- Sea as a group posted a total net loss of $(144.0) million (down from a $331 million net profit the prior quarter); and

- Shopee reported an Adjusted EBITDA loss of $($346.5) million (down from a positive $150.3 million gain the prior quarter), and sales and marketing expenses of $861.5 million (up from $431.9 million the prior quarter).

Defendants acknowledged on the conference call that the Company's massive reinvestment in Shopee growth was aimed at protecting their market share due to "intensified competition in [their] markets." As shown in the chart below, the price of Sea ADSs declined in response to the disclosures about Shopee, falling $10.16 per share (-22%), on November 14, 2023, on abnormally high volume, as compared to a 2% increase in the NYSE.



131. That same day, *Investor's Business Daily* published an article titled "Sea Ltd. Stock Plunges As Company Posts Surprise Loss," which tied the drop in ADS price to the Company's surprise loss caused by the Company's increased costs to stave off competitors:

SE stock fell more than 20% Tuesday after Sea Ltd. (SE) reported third quarter results showing an unexpected loss. The Singapore-based internet services company said it is investing more, as the firm faces off with e-commerce competitors.

- 64 -

For the quarter ended Sept. 30, Sea reported a loss of 26 cents per share on $3.31 billion in sales.  On average, analysts polled by FactSet expected Sea to earn 12 cents per share on $3.17 billion in sales.

## VIII.   APPLICABILITY OF THE PRESUMPTION OF RELIANCE

132.   Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- Sea ADSs traded in an efficient market;

- the Company's ADSs are liquid and were heavily traded during the Class Period;

- the Company's ADSs were traded on the NYSE and were covered by multiple analysts; and

- Plaintiff and members of the Class purchased, acquired, and/or sold Sea ADSs between the time Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

133.   Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

134.   Plaintiff and the members of the Class are also entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## IX.   CLASS ACTION ALLEGATIONS

135.   Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Sea ADSs during the Class Period (the "Class") and were damaged thereby.  Excluded from the Class are Defendants, officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

136.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Sea ADSs were actively traded on the NYSE. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Sea or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

137.    Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

138.    Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

139.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations, prospects, and/or management of Sea;

- whether statements made by Defendants to the investing public during the Class Period omitted material facts necessary to make the statements made neither false nor misleading;

- whether Defendants acted knowingly or with reckless disregard for the truth;

- whether the prices of Sea ADSs during the Class Period were artificially inflated because of Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

4856-2411-5607.v1

1   140.   A class action is superior to all other available methods for the fair and
2   efficient adjudication of this controversy since joinder of all members is impracticable.
3   Furthermore, as the damages suffered by individual Class members may be relatively small,
4   the expense and burden of individual litigation make it impossible for members of the Class
5   to individually redress the wrongs done to them.   There will be no difficulty in the
6   management of this action as a class action.

7   **X.    CAUSES OF ACTION**

**COUNT I**
**For Violation of §10(b) of the Exchange Act and**
**Rule 10b-5 Promulgated Thereunder**
**Against Sea, Li, Wang, and Chen**

11   141.   Plaintiff repeats and realleges each and every allegation set forth above as if
12   fully set forth herein.

13   142.   This Count is based upon §10(b) of the Exchange Act, 15 U.S.C. §78j(b), and
14   SEC Rule 10b-5 promulgated thereunder.

15   143.   Pursuant to the above wrongful course of conduct, Sea, Li, Wang, and Chen
16   participated directly or indirectly in the preparation and/or issuance of the quarterly and
17   annual reports, SEC filings, press releases, and other documents described above, such as
18   statements made to securities analysts and the media that were designed to influence the
19   market for Sea ADSs.  Such reports, filings, releases, and statements were materially false
20   and  misleading  in  that  they  failed  to  disclose  material  adverse  information  and
21   misrepresented the truth about Sea's finances and business prospects.

22   144.   By virtue of their ownership and/or positions at Sea, Li, Wang, and Chen had
23   actual knowledge of the materially false and misleading statements and material omissions
24   alleged herein and intended thereby to deceive Plaintiff and the other members of the Class,
25   or, in the alternative, Li, Wang, and Chen acted with reckless disregard for the truth in that
26   they failed or refused to ascertain and disclose such facts as would reveal the false and
27   misleading nature of the statements made, although such facts were readily available to Li,

28

4856-2411-5607.v1

1    Wang, and Chen.  Said acts and omissions were committed willfully or with reckless
2    disregard for the truth.

3        145.   Information showing that Li, Wang, and Chen acted knowingly or with
4    reckless disregard for the truth is peculiarly within Li's and Wang's knowledge and control.
5    As executive officers of Sea, Li, Wang, and Chen had knowledge of the details of Sea's
6    internal affairs.

7        146.   Sea, Li, Wang, and Chen are directly and indirectly liable for the wrongs
8    complained of herein.  Because of their positions of control and authority, Li, Wang, and
9    Chen were able to and did, directly or indirectly, control the content of the statements of Sea.
10   As officers of a publicly held company, Li, Wang, and Chen had a duty to disseminate
11   timely, accurate, and truthful information with respect to Sea's businesses, operations, future
12   financial condition, and future prospects.  As a result of Sea's, Li's, Wang's, and Chen's
13   misconduct, the market price of Sea's ADSs was artificially inflated throughout the Class
14   Period.  Unaware of the adverse facts concerning Sea's business and financial condition
15   which were concealed by Sea, Li, Wang, and Chen, Plaintiff and other members of the Class
16   purchased or otherwise acquired Sea ADSs at artificially inflated prices and in doing so
17   relied upon the price of the ADSs, the integrity of the market for the ADSs, and/or upon
18   statements disseminated by Sea, Li, and Wang, and were damaged thereby.

19       147.   During the Class Period, Sea ADSs were traded on an active and efficient
20   market.  Plaintiff and the other members of the Class, relying on the materially false and
21   misleading statements described herein, which Sea, Li, Wang, and Chen made, issued, or
22   caused to be disseminated, or relying upon the integrity of the market, purchased or
23   otherwise acquired Sea ADSs at prices artificially inflated by Sea's, Li's, Wang's, and
24   Chen's wrongful conduct.  Had Plaintiff and the other members of the Class known the truth,
25   they would not have purchased or otherwise acquired said Sea ADSs, or would not have
26   purchased or otherwise acquired them at the inflated prices paid.  At the time of the
27   purchases and/or acquisitions by Plaintiff and the Class, the true value of Sea ADSs was
28   substantially lower than the prices paid by members of the Class.  The market price of Sea

1 ADSs declined upon public disclosure of the facts alleged herein to the injury of Plaintiff and

2 other Class members.

3      148.   By reason of the conduct alleged herein, Sea, Li, Wang, and Chen knowingly

4 or recklessly, directly or indirectly, have violated §10(b) of the Exchange Act, 15 U.S.C.

5 §78j(b), and SEC Rule 10b-5 promulgated thereunder.

6      149.   As a direct and proximate result of Sea's, Li's, Wang's, and Chen's wrongful

7 conduct, Plaintiff and the other members of the Class suffered damages in connection with

8 their respective purchases, acquisitions and/or sales of Sea ADSs during the Class Period, as

9 the truth about Sea's operations and prospects began to be disclosed to the investing public.

**COUNT II**
**For Violation of §20(a) of the Exchange Act**
**Against All Defendants**

12      150.   Plaintiff repeats and realleges each and every allegation set forth above as if

13 fully set forth herein.

14      151.   During the Class Period, the Individual Defendants participated in and oversaw

15 the operation and management of Sea, and conducted and participated, directly and

16 indirectly, in the conduct of Sea's business affairs.  The Individual Defendants exercised

17 control over Sea's operations and possessed the power to control, and did control, the

18 specific activities which comprise the primary violations about which Plaintiff and the other

19 members of the Class complain.

20      152.   The Individual Defendants acted as controlling persons of Sea within the

21 meaning of §20(a) of the Exchange Act.  By virtue of their senior management positions as

22 officers and/or directors of Sea, their participation in and awareness of the Company's

23 operations, and their personal knowledge of the statements filed by the Company with the

24 SEC and/or disseminated to the investing public, these defendants had the power to influence

25 and control and did influence and control, directly or indirectly, Sea's decision-making,

26 including the content and dissemination of the allegedly false and misleading statements and

27 other acts in furtherance of a fraudulent scheme.

4856-2411-5607.v1

153.    In particular, as the CEO (Li), CFO (Hou), Chief Corporate Officer (Wang), COO (Ye), and CPO of Shopee (Chen), each of the Individual Defendants had direct or supervisory responsibility over the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular business and/or operating practices and expenditures and deficient control environment giving rise to the securities violations alleged in Count I, and exercised that power.

154.    Sea had the power to control and influence the Individual Defendants and other Company executives through its power to hire, fire, supervise, and otherwise control the actions of its employees and their salaries, bonuses, incentive compensation, and other employment considerations.  By virtue of the foregoing, Sea had the power to influence and control, and did influence and control, directly or indirectly, the decision-making of the Individual Defendants including the content of their public statements.

155.    As a direct and proximate result of the Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases and/or acquisitions of Sea's ADSs during the Class Period when the relevant truth was revealed.

156.    By reason of the foregoing, the defendants in this count violated §20(a) of the Exchange Act.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1.    Declaring this action to be a class action properly maintained pursuant to Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure and certifying Plaintiff as Class Representative and Robbins Geller Rudman & Dowd LLP as Class Counsel;

2.    Awarding compensatory damages in favor of Plaintiff and the other members of the Class against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

4856-2411-5607.v1

1    3.    Awarding Plaintiff and the Class their reasonable costs and expenses incurred

2  in this action, including reasonable attorneys' fees, accountants' fees, and experts' fees, and

3  other costs and disbursements; and

4    4.    Awarding Plaintiff and other members of the Class such other injunctive or

5  equitable relief, including disgorgement and/or the imposition of a constructive trust, that

6  may be deemed just and proper by the Court.

7                          **JURY DEMAND**

8    Plaintiff hereby demands a trial by jury.

9  DATED: December 22, 2023          ROBBINS GELLER RUDMAN
                                        & DOWD LLP
10                                     TOR GRONBORG
                                       J. MARCO JANOSKI GRAY
11                                     T. ALEX B. FOLKERTH

12

13                                           s/ Marco Janoski
                                       _____
                                          J. MARCO JANOSKI GRAY
14
                                       655 West Broadway, Suite 1900
15                                     San Diego, CA  92101
                                       Telephone:  619/231-1058
16                                     619/231-7423 (fax)
                                       torg@rgrdlaw.com
17                                     mjanoski@rgrdlaw.com
                                       afolkerth@rgrdlaw.com
18
                                       Lead Counsel for Lead Plaintiff
19
                                       ZIMMERMAN REED, LLP
20                                     HART L. ROBINOVITCH
                                       14648 N. Scottsdale Road, Suite 130
21                                     Scottsdale, AZ  85254
                                       Telephone:  480/348-6400
22                                     480/348-6415 (fax)
                                       hart.robinovitch@zimmreed.com
23
                                       Local Counsel for Lead Plaintiff
24

25

26

27

28

                                  - 71 -