**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311
Facsimile: (602) 262-5747
Email: jgray@lewisroca.com

**SHEARMAN & STERLING LLP**
Adam S. Hakki (admitted *pro hac vice*)
Daniel C. Lewis (admitted *pro hac vice*)
Joshua T. Ebersole (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Email:  ahakki@shearman.com
        daniel.lewis@shearman.com
        joshua.ebersole@shearman.com

*Counsel for Defendant Sea Limited*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Sea Limited, et al.,<br><br>Defendants. | Case No. 2:23-CV-01455-DLR<br><br>Consolidated with:<br>Case No. CV-23-01889-PHX-DLR<br><br><br>**DECLARATION OF JOHN C. GRAY IN SUPPORT OF DEFENDANT SEA LIMITED'S MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

I, John C. Gray, declare:

1.      I am an active member of the Bar of the States of Arizona and California and am admitted to practice before this Court. I am Of Counsel with the law firm of Lewis Roca Rothgerber Christie LLP, and counsel for Defendant Sea Limited ("Sea" or the "Company").

2.      At the direction of Sea's counsel, a review was conducted of each of Sea's quarterly earnings releases and earnings call transcripts from the first quarter of 2019 through the third quarter of 2023, and *Free Fire* was discussed on every quarterly earnings call during that period.  Based on that same review, the *League of Legends* PC game was discussed on two of the earnings calls during that period, and was not specifically discussed in any of the quarterly earnings releases during the period. The earnings releases and earnings call transcripts (including the question-and-answer portion of the earnings calls) are publicly available at the following: https://www.sea.com/investor/quarterlyresults    (quarterly earnings press releases); https://seekingalpha.com/symbol/SE/earnings/transcripts    (quarterly earnings call transcripts).

3.      Attached hereto as Exhibit 1 is a true and correct copy of Sea's Form 20-F for the fiscal year ended December 31, 2022, filed with the SEC on April 06, 2023 ("2022 20-F").

4.      Attached hereto as Exhibit 2 is a true and correct copy of a Software License and Distribution Agreement and amendments thereto entered into between Garena Online Private Limited and Riot Games, Inc. in January 2010, and filed as Exhibit 10.8 to Form F-1 with the SEC on September 22, 2017 (the "License Agreement").

5.      Attached hereto as Exhibit 3 is a true and correct copy of Sea's Fourth Quarter and Full Year 2018 financial results, filed with the SEC on February 27, 2019 ("4Q18 Earnings").

6.      Attached hereto as Exhibit 4 is a true and correct copy of Sea's Fourth Quarter and Full Year 2021 financial results, filed with the SEC on March 01, 2022 ("4Q21 Earnings").

7.      Attached hereto as Exhibit 5 is a true and correct copy of the Consolidated Amended Class Action Complaint for Violations of the Securities Act of 1933 in the matter *In re Sea Limited Securities Litigation*, Docket No. 65 before Supreme Court of the State of New York, County of New York: Commercial Division ("Taylor Amended Complaint").

8.      Attached hereto as Exhibit 6 is a true and correct copy of the Sea earnings call transcript for the second quarter of 2022, dated August 16, 2022 ("2Q22 Call Tr."), prepared by S&P Global.

9.      Attached hereto as Exhibit 7 is a true and correct copy of a research report titled "e-Conomy SEA 2019," published on October 03, 2019, prepared by Google, Temasek, and Bain & Company, which is also publicly available at https://bain.cv/insights/e-conomy-sea-2019/ ("e-Conomy SEA 2019").

10.     Attached hereto as Exhibit 8 is a true and correct copy of the Sea earnings call transcript for the third quarter of 2022, dated November 15, 2022 ("3Q22 Call Tr."), prepared by S&P Global.

11.     Attached hereto as Exhibit 9 is a true and correct copy of Sea's Fourth Quarter and Full Year 2022 financial results, filed with the SEC on March 7, 2023 ("4Q22 Earnings").

12.     Attached hereto as Exhibit 10 is a true and correct copy of Sea's Third Quarter 2022 financial results, filed with the SEC on November 15, 2022 ("3Q22 Earnings").

13.     Attached hereto as Exhibit 11 is a true and correct copy of the Sea earnings call transcript for the fourth quarter of 2022, dated March 07, 2023 ("4Q22 Call Tr."), prepared by S&P Global.

14.     Attached hereto as Exhibit 12 is a true and correct copy of Sea's First Quarter 2023 financial results, filed with the SEC on May 16, 2023 ("1Q23 Earnings").

15.     Attached hereto as Exhibit 13 is a true and correct copy of the Sea earnings call transcript for the first quarter of 2023, dated May 16, 2023 ("1Q23 Call Tr."), prepared by S&P Global.

16.     Attached hereto as Exhibit 14 is a true and correct copy of Sea's Second Quarter 2023 financial results, filed with the SEC on August 15, 2023 ("2Q23 Earnings").

17.     Attached hereto as Exhibit 15 is a true and correct copy of the Sea earnings call transcript for the second quarter of 2023, dated August 15, 2023 ("2Q23 Call Tr."), prepared by S&P Global.

18.     Attached hereto as Exhibit 16 is a true and correct copy of the Tencent Holding Limited's earnings call transcript for the first quarter of 2023, dated May 17, 2023 ("Tencent 1Q23 Call Tr."), prepared by S&P Global.

19.     Attached hereto as Exhibit 17 is a true and correct copy of Tencent Holding Limited's First Quarter 2023 financial results, dated May 17, 2023, publicly available at https://static.www.tencent.com/uploads/2023/05/17/7b07c1a2b0befc1a89a6fc4219ed6cae.pdf ("Tencent 1Q23 Earnings").

20.     Attached hereto as Exhibit 18 is a true and correct copy of Sea's Form 20-F for the fiscal year ended December 31, 2021, filed with the SEC on April 22, 2022 ("2021 20-F").

21.     Attached hereto as Exhibit 19 is a true and correct copy of Form 144, Notice of Proposed Sale of Securities, dated June 30, 2023, filed with the SEC on behalf of David Jingye Chen ("Chen Form 144").

22.     Attached hereto as Exhibit 20 are true and correct copies of Schedule 13D filed with the SEC on behalf of Forrest Xiaodong Li on June 6, 2023, February 15, 2022, January 3, 2022, March 10, 2021, and March 23, 2020 ("Li Schedule 13D Filings").

23. Attached hereto as Exhibit 21 is a true and correct copy of Amazon.com, Inc.'s Third Quarter 2022 financial results, filed with the SEC on October 27, 2022 ("Amazon 3Q22 Earnings").

24. Attached hereto as Exhibit 22 is a true and correct copy of Alibaba Group Holding Limited's Third Quarter 2022 Earnings Announcement, filed with the SEC on November 17, 2022 ("Alibaba 3Q22 Earnings").

25. Attached hereto as Exhibit 23 is a true and correct copy of PDD Holdings' Third Quarter 2022 Unaudited Financial Results, filed with the SEC on November 28, 2022 ("PDD 3Q22 Earnings").

26. Pursuant to LRCiv 12.1(c) and the Court's July 24, 2023 Order (ECF Dkt. 5), I hereby certify that the parties conferred in good faith but were unable to agree that the Consolidated Amended Complaint is curable by a permissible amendment.

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed this 20th day of February 2024, in Chandler, Arizona.

*/s/ John C. Gray*

John C. Gray