# EXHIBIT 16

**S&P Global**
Market Intelligence

# Tencent Holdings Limited SEHK:700 FQ1 2023 Earnings Call Transcripts

## Wednesday, May 17, 2023 12:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2023- | | | -FQ2 2023- | -FY 2023- | -FY 2024- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 3.25 | 3.35 | ▲3.08 | 3.45 | 14.61 | 17.02 |
| **Revenue (mm)** | 145902.67 | 149986.00 | ▲2.80 | 149274.00 | 621654.29 | 690471.77 |

Currency: CNY
Consensus as of  May-17-2023 10:37 AM GMT



**Stock Price [CNY] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2022** | 2.57 | 2.90 | ▲1 12.84 % |
| **FQ3 2022** | 2.99 | 3.31 | ▲2 10.70 % |
| **FQ4 2022** | 3.03 | 3.04 | ▲3 0.33 % |
| **FQ1 2023** | 3.25 | 3.35 | ▲4 3.08 % |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................... | **3** |
| **Presentation** | ..................................................................... | **4** |
| **Question and Answer** | ..................................................................... | **9** |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

### EXECUTIVES

**Chi Ping Lau**
*President*

**Huateng Ma**
*Co-Founder, Chairman & CEO*

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

**Shek Hon Lo**
*CFO & Senior VP*

**Wendy Huang**
*Investor Relations Officer*

### ANALYSTS

**Alex C. Yao**
*JPMorgan Chase & Co, Research Division*

**Alicia Yap**
*Citigroup Inc., Research Division*

**Charlene Liu**
*HSBC, Research Division*

**Esme Pau**

**Hyungwook Choi**
*Daiwa Securities Co. Ltd., Research Division*

**Kenneth Fong**

**Robin Zhu**
*Sanford C. Bernstein & Co., LLC., Research Division*

**Ronald Keung**
*Goldman Sachs Group, Inc., Research Division*

**William Henry Packer**
*BNP Paribas Exane, Research Division*

**Yuan Liu**
*UBS Investment Bank, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Wendy Huang**
*Investor Relations Officer*

Good day, and good evening. Thank you for standing by. Welcome to Tencent Holdings Limited 2023 First Quarter Results Announcement Webinar. I'm Wendy Huang from Tencent IR team. [Operator Instructions] And please be advised that today's webinar is being recorded.

Before we start the presentation, we would like to remind you that it includes forward-looking statements, which are underlined by a number of risks and uncertainties that may not be realized in the future for various reasons. Information about general market conditions is coming from a variety of sources outside of Tencent.

This presentation also contains some unaudited non-IFRS financial measures that should be considered in addition to, but not as a substitute for, measures of the group's financial performance prepared in accordance with IFRS. For a detailed discussion of risk factors and non-IFRS measures, please refer to our disclosure documents on the IR section of our website.

Now let me introduce the management team on the call tonight. Our Chairman and CEO, Pony Ma, will kick off with a short overview. President, Martin Lau; and Chief Strategy Officer, James Mitchell, will provide a business review. Chief Financial Officer, John Lo, will conclude with financial discussion before we open the floor for questions. Now I will pass it to Pony.

**Huateng Ma**
*Co-Founder, Chairman & CEO*

Thank you, Wendy. Good evening. Thank you for joining us. During the first quarter, we resumed a double-digit revenue growth rate as our payment volumes benefited from and facilitated domestic consumption recovery. Our games revenue improved and our advertising revenue sustained rapid growth.

Our non-IFRS net profit increased at a faster pace, reflecting a positive revenue mix shift, operational efficiencies and an easy base period. We are investing in our AI capabilities and cloud infrastructure to embrace the opportunities brought by foundation models and expect AI to be a growth multiplier that enables us to better serve our users, customers and society at large.

Now let me go through the slide financial numbers for the quarter. Total revenue was RMB 150 billion, up 11% year-on-year and 3% quarter-on-quarter. Gross profit was RMB 68 billion, up 19% year-on-year and 10% quarter-on-quarter.

Non-IFRS operating profit was RMB 48 billion, up 32% year-on-year and 23% quarter-on-quarter. Non-IFRS net profit attributable to equity holders was RMB 33 billion, up 27% year-on-year and 10% quarter-on-quarter.

With our key services, we focused on upgrading our technologies and product innovations. Our franchise in Communications and Social Networks remain strong. Combined MAU of Weixin and WeChat grew 2% year-on-year to 1.3 billion, while QQ mobile device's MAU grew 6% year-on-year to CNY 597 million.

For games, we expand our leadership via extending popularity of established franchise and success of new released in China and international markets. For digital content, we retained our first place position by subscription accounts with high-quality content across video, music and literature.

In FinTech Services, commercial payment volume rebound sharply as consumption activities recovered in China. For cloud, we operate one of China's largest Infrastructure as a Service platforms and announced our high performance computing cluster in April, which will significantly enhance the efficiency of our foundation model chain.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We are the second biggest provider of PaaS in China by revenue, and we operate leading SaaS to, such as Tencent Meeting, the most widely used stand-alone video conferencing as apps.

I will now hand over to Martin and James for business review.

**Chi Ping Lau**
*President*

Thank you, Pony. Good evening, and good morning to everybody. For the first quarter of 2023, our total revenue was up 11% year-on-year. VAS represented 53% of our total revenue, within which Social Networks' subsegment was 21%, Domestic Game subsegment was 23% and international games was 9%.

Online Advertising was 14% of total revenue, and FinTech and Business Services was 32% of total revenue. For our value-added service segment, the revenue was RMB 79 billion, up 9% year-on-year. Social Networks' revenue was up 6% year-on-year to RMB 31 billion, reflecting growth of in-game item sales and music subscription revenue.

Our long-form video subscription revenue decreased 6% year-on-year due to delayed content releases during the first quarter. However, we have taken steps to address this situation, including, number one, enhancing our content to cater to evolving user demand.

For example, we released our self-commissioned drama series, The Long Season, in April, which became the highest-rated domestic drama series in the past 5 years for the Douban review aggregator site. And number two, extending our collaboration with short-form video services, which should help long-form content reach more users and capture more monetization opportunities.

Music subscription revenue increased 30% year-on-year driven by growth in paying users and ARPU. We upgraded the listening experience and strengthened cooperation with labels and artists, which resulted in higher user engagement and paying propensity.

Domestic games revenue resumed growth to 6% year-on-year and reached RMB 35 billion. On top of solid performance from key titles such as Honour of Kings, DnF and CrossFire Mobile, new game Arena Breakout, which we released in third quarter last year also contributed notably to the growth.

International games revenue increased by 25% year-on-year or 18% in constant currency terms to RMB 13 billion. The robust performance of VALORANT as well as contributions from 2022 releases, NIKKE and Triple Match 3D, drove up revenue.

For Communications and Social Networks, Weixin video accounts consumption continued to grow with rapid increases in time spent and video views. In order to drive its continued organic growth, we are nurturing a healthy and active creator community.

First, in order to attract more creators and help them reach their target audience more efficiently, we have upgraded our onboarding programs with greater traffic incentives, wider creator coverage and more effective content creation tools. Second, we have enhanced the eCommerce infrastructure, enabling creators to be benefiting from sales commissions associated with e-commerce transactions.

For example, we enriched the customer management functionalities and video accounts shop, facilitating creators to better engage with customers and increase sales conversion. As a result, our creator community is increasingly vibrant. In the first quarter, daily active creators and daily video uploads more than doubled year-on-year, while the number of creators with over 10,000 followers more than tripled year-on-year.

On QQ, we deployed a new architecture to optimize development efficiency across operating systems on a unified code base. This new technology foundation also enhances user security with strengthened data encryption mechanisms and improved users graphical experience with more advanced rendering solutions. We believe this upgrade will enable faster innovation in QQ's user experience going forward.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving on to Domestic Games. Before discussing product and financial trends, I want to highlight that as a result of our continued and dedicated Minor protection program, users aged under 18 contributed less than 1% of total time spent and gross proceeds in the quarter.

Time spent and gross receipts from users aged under 18 reduced by 96% and 90% from 3 years ago, respectively. We'll continue to take our societal responsibility with regard to games content and Minor protection very seriously.

Looking into the performance of our most popular games, Honour of Kings launched highly appealing ShanHaiJing-themed outfits with targeted marketing programs during the Chinese New Year season, contributing to record high quarterly growth receipts.

CrossFire, a PC game we have operated since 2008, successfully attracted returning players with promotions targeting Internet cafes. CrossFire Mobile, which we'd launched in 2015, released a popular themed map, outfit and weapon items based on the virtual idol group created for the game. Both CrossFire and CrossFire Mobile achieved record high gross receipts in the quarter.

Additionally, new games we launched recently in high-potential genres have generated strong traction. The Fight of Golden Spatula, which has stayed as the #1 auto-battler game since launch in 2021 increased its gross receipts by more than 30% year-on-year in the quarter.

We recently launched a fast-paced game mode that appeals to returning and new players, driving average DAU to a record high of over 10 million in April 2023. With Arena Breakout, the most popular extraction shooter game in China, we have been nurturing a highly engaged user base since launch in July 2022 and stepped up marketing activities during the Chinese New Year.

In the first quarter, the title grew and achieved new milestones in DAU and gross receipts. We launched Metal Slug Awakening in April, moving a classic arcade game IP to a mobile and multiplayer experience. Metal Slug ranked #1 among new action games released year-to-date.

Now with that, I'll pass on to James.

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

Thank you, Martin, and good morning or afternoon or evening, everyone. For International Games, we increased gross receipts by a double-digit percentage year-on-year with strengthened performance through key titles. VALORANT grew its MAU year-on-year on a new map with a new agent and drove up its gross receipts by over 30% year-on-year with popular Japan-themed and Alien-themed weapon items in the quarter.

PUBG Mobile resumed sequential daily active user growth in the quarter after several quarters of decline, benefiting from new combat features and enhanced player-versus-player gameplay. We introduced a map editing tool to facilitate user-generated content, enhancing user engagement and longevity.

Our subsidiary, Miniclip launched Triple Match 3D in April last year, which has become a breakout success in the highly competitive match game genre. Leveraging creative gameplay and effective user acquisition, Triple Match 3D is the only title released within the last 2 years, which has broken into the top 10 games in the match genre, driving Miniclip's gross receipts to a record high in the quarter.

Turning to Online Advertising. Revenue was RMB 21 billion in the first quarter, up 17% year-on-year. As a reminder, during the same period last year, our revenue included a several percentage point contribution from the Beijing Winter Olympics. The rapid year-on-year revenue growth was supported by the new revenue stream from Video Accounts ads, solid demand for Mini Program ads and the continued recovery of our mobile ad network.

Sequentially, revenue declined 15% due to adverse seasonality. Ad spend grew year-on-year across most categories benefiting from the consumption recovery in China. For example, fast-moving consumer goods advertisers increased spending to capture retail sales growth. Travel advertisers increased spending due to rebounding off-line activities.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And large e-commerce platforms increasingly recognize us as a key user acquisition channel, who is spending with us accordingly. We upgraded our machine learning advertising platform to deliver higher conversions for advertisers. For example, we help our advertisers dynamically feature their most relevant products inside their advertisements by applying our deep learning model to the standard product unit attributes we have aggregated within our SPU database.

Advertising on Weixin properties, which contribute over half of our total advertising revenue, outgrew the overall ad business. Video Accounts revenue ramped up as we attracted new advertisers and incremental spending from existing advertisers. The average revenue per 1,000 impressions of Video Accounts ads sustained at a premium level versus revenue per 1,000 impressions from other short-form video platforms.

The content platforms, our music ad revenue, grew rapidly year-on-year driven by the monetization of ad-supported music content as well as live concert sponsorships. Our long-form video ad revenue declined year-on-year due to fewer releases of popular content.

Our mobile ad network revenue increased robustly year-on-year. On the supply side, we increased ad inventory in high conversion rate properties, such as the smartphone manufacturers' app stores. On the demand side, we attracted higher spending through return on investment-focused advertisers, such as eCommerce platforms.

Looking at FinTech and Business Services, segment revenue was RMB 49 billion, up 14% year-on-year. For FinTech Services revenue resumed double-digit year-on-year growth benefiting from the recovery of payment activities. Off-line payment transactions rebounded more sharply than online as categories such as retail, travel and dining services benefited from people going outs and about more frequently. Meanwhile, year-on-year revenue growth in wealth management and consumer loans continued at healthy rates.

For Business Services, year-on-year revenue growth turned positive in the first quarter, benefiting from stabilization for our cloud services after a period of extensive restructuring, plus the initial contributions from technology support fees that we've begun generating under Video Accounts live streaming eCommerce transactions.

Business Services gross margin and gross profit increased notably year-on-year as we reduced loss-making activities and optimized costs and as we began the live streaming eCommerce monetization.

Within cloud services, our Smart Transportation solutions are assisting the digitalization of large-scale transportation projects. For example, we leveraged our expertise in areas such as cloud infrastructure, digital mapping and 3D rendering for smart highway projects in Sichuan and metro systems in Guangzhou.

And now I'll pass to John.

**Shek Hon Lo**
*CFO & Senior VP*

Thank you, James. Hello, everyone. For the first quarter of 2023, total revenue was RMB 150 billion, up 11% year-on-year. Gross profit was RMB 68.2 billion, up 19% year-on-year. Net ad gains were RMB 0.9 billion, down 93% year-on-year. Operating profit was RMB 40.4 billion, up 9% year-on-year.

Net finance costs were RMB 2.6 billion, up 37% year-on-year due to increased interest expense. Share of profit of associates and joint venture was RMB 0.1 billion compared to a share of loss of RMB 6.3 billion for the first quarter of 2022. On a non-IFRS basis, share of loss was RMB 0.1 billion, improving from share of loss of RMB 2.2 billion last year. This was driven by improved ability of certain domestic associated due to the revenue growth and cross control measures.

Income tax expenses increased by 118% year-on-year to RMB 11.5 billion due to pretax profit growth, increased reporting tax provision and a onetime deferred tax adjustment related to an overseas subsidiary. IFRS net profit attributable to equity holders was RMB 25.8 billion, up 10% year-on-year. Diluted EPS was RMB 2.639, up 10%.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now I will share our non-IFRS financial figures. Operating profit was RMB 48.4 billion, up 32% year-on-year. Net profit attributable to equity holders was RMB 32.5 billion, up 27% year-on-year. Diluted EPS was RMB 3.353, up 28% year-on-year.

Moving on to gross margins. Overall gross margin was 45.5%, up 3.4 percentage points year-on-year. By segment, gross margin for VAS was 53.9%, up 3.5 percentage points year-on-year, driven by high-margin games revenue rebound. Gross margin for Online Advertising was 41.7%, up 5 percentage points year-on-year, thanks to strong demand for Video Accounting fee ads leading to higher revenue growth with low rate incremental -- gross margin for FinTech and Business Services was 34.5%, up 2.9 percentage points year-on-year. This was due to efficiency improvements and initial revenues from technology support fee for live streaming eCommerce and Video Accounts.

On operating expenses, selling and marketing expenses were RMB 7 billion, representing 4.7% of revenues. This reflects a year-on-year decline of 13% primarily due to reduced marketing spend. R&D expenses were RMB 15.2 billion, down 1% year-on-year. G&A expenses, including -- excluding R&D, were RMB 9.4 billion, down 16% year-on-year. This reflects reduction in staff costs, including those relating to share-based compensation. At quarter end, we had approximately 106,000 employees, down 9% year-on-year or 2% quarter-on-quarter.

Let's look at our operating net margin ratios. For the first quarter 2023, non-IFRS operating margin was 32.3%, up 5.3 percentage points year-on-year. Non-IFRS net margin was 22.3%, up 2.9 percentage points year-on-year.

To conclude, I will highlight some key cash flow and balance sheet metrics. Total CapEx was RMB 4.4 billion, down 37% year-on-year. Within total CapEx, operating CapEx was RMB 1 billion, down 81% year-on-year reflecting our efforts to optimize spending and improve utilization of servers and equipment.

Nonoperating CapEx rose by 91% year-on-year to RMB 3.4 billion due to ongoing construction projects. Free cash flow for the quarter was RMB 51.8 billion, up 240% year-on-year. This strong growth was driven by higher operating cash flow, thanks to our games revenue rebound as well as decreased free -- payments for CapEx and media content.
Net cash position was RMB 31.5 billion compared to net debt of RMB 14.8 billion in the previous quarter. The sequential improvement was due to strong free cash flow generation. Thank you.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Wendy Huang**
*Investor Relations Officer*

[Operator Instructions] First question comes from Alicia Yap from Citigroup. Alicia, can you speak up?

**Alicia Yap**
*Citigroup Inc., Research Division*

Yes. Management can you hear me?

**Wendy Huang**
*Investor Relations Officer*

We can't hear you clearly. Maybe you turn up the volume.

**Alicia Yap**
*Citigroup Inc., Research Division*

Okay. Can you hear me better now?

**Wendy Huang**
*Investor Relations Officer*

Yes, it's much better now.

**Alicia Yap**
*Citigroup Inc., Research Division*

Okay. Congrats on the solid set of results. First question related to your gaming business. It is delighted to see a number of the old franchise title regained strong popularity and also achieve a record growth of receipts during the quarter. So based on your observation and what you have seen from your gained performance, are there any notable differences in user gameplay behavior? Or the spending frequency or the willingness pattern that you could highlight that are quite different from what we saw during the pre-pandemic period? Just wondering if some of these robust game activity that you experienced during the quarter is more attributed to your effective promotional campaign. Or this is more the entire industry phenomenon?

Second question is on your Business Services. So wondering what's management view on the recent price cut action by the major peers and how would that affect Tencent's planned initiative and also industry landscape.

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

Yes. Thank you for the questions, Alicia. So on the game business, not to be a down shake, but we feel very strongly that what you referred to as old games are, in fact, evergreen games. And if you look at our game portfolio, many of the biggest, most successful titles, including Honour of Kings, League of Legends, CrossFire, CrossFire Mobile, Peacekeeper Elite, PUBG Mobile, Arena Breakout in a competitive games, often team-based competitive games that are designed to be balanced, fair and playable for years or for decades. And that is the reality that we're seeing across the industry with other similar team-based competitive games, and that is the reality we have really sought to nurture with these big evergreen games.

So in terms of why the games performed well in the first quarter, then -- we believe it comes down largely to appealing content. We released appealing content. Players responded to that appealing content by investing in some cases, more time and in other cases, more money or both. Hence, the more money translates into more growth in receipts and, therefore, more revenue.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In terms of whether there were special promotional campaigns, we always promote the virtual outfits. I think over time, we've become progressively better at promoting the right virtual outfits at the right time of the calendar year. So the business has become more akin to luxury goods and that there are certain virtual outfits we promote to tie in to the Lunar New Year. There are others we promote to tie in to the May Day holidays into the summer period and so on and so forth. But that's an ongoing trend as opposed to a single quarter phenomenon.

And then in terms of how user behavior has changed from pre-COVID to today, we don't see a dramatic change. I think it's probably fair to say that in the 3 years since China went into COVID, despite mixed economic trends, purchasing power has generally increased. The removal of the minor game players skews up the spending power from those who are still playing games and who are older. So therefore, it's natural that there's more ability to spend more on high-quality content now than it was the case 3 years ago. So that's in terms of the games and particularly the evergreen games. There's many other kinds of games, including content-driven games, and we're seeking to reinforce our position in those other kinds of games. But the big games that we really talked about this quarter were typically these Evergreen games.

On the Business Services side and specifically cloud and the impact of price cuts, the impact of these price cuts on Tencent as a whole is not notable. As you know, cloud only represents a mid-single-digit percentage of our total revenue. Within that, the price cuts only apply to Infrastructure as a Service, which is a subset of that mid-single digits.

And then even within Infrastructure as a Service, if you look at the price cuts that have been widely announced in the industry in recent weeks, they apply to long-term prepaid contracts. And those long-term prepaid contracts are generally entered into by small- and medium-sized businesses, but not by larger enterprises. So this is an industry where over time, the input costs of servers and bandwidth and so forth are generally falling and it makes sense that the participants in the industry pass on those falling input costs into falling pricing to their customers. But the percentage of our revenue that is impacted by this particular round of price adjustments is in the few basis points range. So it's not a major moving part for Tencent as a whole. What's more important for us is just continuing to double down on our competitive strengths within cloud and continue to provide the best possible service to our customers, of which price is one, but not the only facet. Thank you.

**Wendy Huang**
*Investor Relations Officer*

We will take the next question from Alex C. Yao from JPMorgan.

**Alex C. Yao**
*JPMorgan Chase & Co, Research Division*

Congrats on a strong quarter. I have 2 questions. Number one is on the balance sheet that -- current deferred revenue increased sharply by 18% year-on-year this quarter. This is a big change compared to the trend in the past several quarters. Can you elaborate the reason? And should we expect a strong VAS and the gaming revenue in the next perhaps 2 to 3 quarters?

And then the second question is around the FinTech development. We noticed you guys recently launched installment loan product to selected Weixin payment users. Can you discuss how fast will you roll out the product to the rest of the Weixin Pay users and how should we think about the financial impact on your FinTech segment?

**Shek Hon Lo**
*CFO & Senior VP*

Yes. Firstly, I would like to explain a little bit about what is inside the deferred revenue. Actually, there are a lot of components, including the virtual game items, including business cooperation agreements, prepaid advertising, prepaid [ cards ], prepaid tokens, a lot of different type of prepaids in there.

So in terms of year-on-year growth, I think it's more due to the fact that the online games actually doing very well in terms of the cash consumption. However, well, if you look at the -- we should look at the total

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

deferred revenue rather than just the current deferred revenue because it represents some of the items that might extend beyond one year. So if you look at the total deferred revenue, actually, it dropped by 1%. And on a quarter-on-quarter basis, it increased by 17% due to the reasons that I have mentioned.

And I think for PCA, it's quite natural that it will drop quarter-over-quarter because it is amortized according to the original contract. And in terms of the prepaid advertising, actually, it dropped partly due to seasonality and partly due to the PCA amortization that I've just mentioned. So if you look at the deferred revenue, I suggest we should add the 2 up to arrive at the actual deferred revenue for the whole company.

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

In terms of installment loan product, that's actually tied to consumption. So this is more like if somebody buys an item of high value, then it actually allows the user to select -- to pay for the item on an installment basis. And this is a product which we are pilot testing right now, and we're not in a hurry to roll that out on a broad basis. And this is a product which is designed alongside with some principles, which we design our FinTech products.

Number one, it's actually sort of in due compliance of the regulatory authorities' regulation. And number two, this is something which our users want. So it is designed with a very key focus on generating user value because users when they want to buy an item, and it's a clear consumption need and if they have the creditworthiness, right, then we are in a good position to give them an installment loan. And in some cases, the merchants actually want to see that happen as well.

And then in terms of risk management, we are actually very focused on risk management in these products. And that's why we are pilot testing it and want to understand all the credit performance first before we roll it out on a gradual basis. And over time, we would want to work with licensed financial institutions in terms of expanding this product. So overall, I think this is consistent with our gradual expansion of our range of financial value-added services to our users as well as to merchants that are using our payment platform. But at the same time, we have very strong focus on the factors that I talked about as well as self-restraint in terms of the overall scale growth because we felt this is actually the ultimate risk control mechanism.

Now if we grow this product on a gradual basis, while at the same time, we accumulated a lot of experience and know-how, then the risk management will be done at high-quality way. And this is how we want to manage our financial products going forward.

**Wendy Huang**
*Investor Relations Officer*

We will take the next question from Ronald Keung from Goldman Sachs.

**Ronald Keung**
*Goldman Sachs Group, Inc., Research Division*

I guess first question maybe on the macro and the advertising side that how was our view on the consumption outlook from here now that we've passed the 2 quarters of reopening thus far? If we look at the ad revenue and Video Accounts kind of contribution adding, should we think of a kind of 2-year CAGR growth rate? Should we see further improvement in the rest of 2023 as eCommerce and other parts of the business ramp up?

And then a second question, just want to hear how we think about the foundation model AI landscape. If you could share some of where Tencent sees to be and to see kind of where will kind of we see this foundation model mostly be of commercial value to our business, knowing the different regulations, any kind of different players trying to come in and availability of infrastructure and chips, how do we see this business driving our future multiple drivers and the cloud growth into the second half and next year?

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So Ronald, on the advertising question, we believe China is experiencing a broad-based consumption upturn. The upturn is not uniform across every category, but it's more pronounced for everyday low ticket price items, more patch sheet for high-ticket price items. Now in terms of how that translates into our advertising revenue, we're experiencing strength basically across the board.

So fast-moving consumer goods, eCommerce, finance, online services, health care, travel, all behaving robustly on the weaker side. There are no categories that are notably weak at this point in time. And there are categories such as automobiles or electronic products where the end demand is erratic, but what we can see is that companies in those categories are still very keen to drive sales. And so one of the ways they do that is by advertising on our platform.

On your question about the 2-year CAGR, I believe that in the first quarter, the 2-year CAGR for our advertising revenue was minus 2%. So while we don't give guidance, I think the answer to your question, logically should be in the affirmative. As a reminder, in the course of 2021, we began that year with -- our biggest advertiser category was education-related spending, which dropped very sharply during the course of the year. We also lost several important advertising formats such as the full screen ads in our ad network during the course of the year. So the 2-year comparison does get relatively easier for the industry and for us as we move forward over the coming months. So I hope that's helpful on the advertising side.

**Chi Ping Lau**
*President*

On the AI and foundation model side, I think you actually asked a lot of questions and it's actually very difficult to answer one by one, but I'll try to pick on some of the key items. So in terms of going forward, we do believe that, number one, there's going to be many models in the market going forward. For the large companies, I think each one of us would have a foundation model. And the model will be supporting our own use cases as well as offer it to the market both on a 2C basis as well as on a 2B basis.

And at the same time, there will be many start-ups, which will be creating their own models, some of them may be general foundation models. Some of them may be more industry and vertical models and they will be coming with new applications. I think overall, it's going to be a very vibrant industry from a model availability perspective. And then in terms of applications, I think there will be a lot of different applications.

Overall, the user to machine interactions, in particular, search and information generation and those type of applications would actually be more disruptive. And at the same time, there will be more of a rush of applications appearing in those use cases. So general search, vertical search, in terms of content aggregation, a lot of these kind of applications, we see new disruptors coming into play.

In terms of the user-to-user interaction type of services like social network and short video network and games, long lead content, there will be -- a lot of usages that helps to increase the quality of content, the efficiency at which the content are created as well as lowering the cost of content creation. And that will be net beneficiary to these applications.

Now in terms of -- you asked about regulation. We felt the government's general stance is like it's supportive of regulation, but the industry has to be regulated. And I think this is not something that's specific to China, even around the world. And you look at the U.S., there's a lot of public discussion about having regulation and even the founder of OpenAI has been testifying and asking for regulation in the industry.

So I think that is something which is necessary, but we felt under the right regulation and regulatory framework, then the government stance is supportive of innovation and the industry will actually have room for healthy growth. And that availability of chips at this point in time, chips are largely available and there are some workarounds of GPUs that would -- can be sold in China. And I think everybody is actually trying to get supplies. There may be short-term shortages here and there, and everybody is actually clamoring for allocation. But over time, these chips will be available and all the players who want to build foundation models will be able to get the chips to build the models.

**Wendy Huang**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Investor Relations Officer*

We will take the next question from Kenneth Fong from Credit Suisse.

**Kenneth Fong**

Congrats on the strong results. I have 2 questions. The first one is regarding the gap between revenue and earning growth. I noticed that in our quarter, our earnings have outpaced top line growth meaningfully on the back of Video Account monetization, operating leverage as well as cost optimization. How should we think about this gap over the next 2 quarters, consider all these moving parts and drivers?

And my second question is related to the tax. effective tax rate is quite high this quarter, driven by one-off deferred tax of overseas subsidiaries. But we didn't seem to find adjustment in the non-GAAP net profit. So how should we think about this one-off impact in our adjusted net profit, if any?

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

Yes. Thank you, Kenneth. So as you observed, the gap between revenue growth and non-IFRS net income growth was unusually wide this quarter on a year-on-year basis. On the other hand, if you look at the 2-year CAGR, then the revenue growth and the operating profit -- non-IFRS operating profit growth is basically identical on a 2-year CAGR. So what's the right message to take for looking forward, it's somewhere in between, meaning that the breadth of the gap this quarter between revenue and non-IFRS profit growth was abnormally large because of the low base non-IFRS profit in the same quarter a year ago. And we do expect that gap to narrow as the base effect normalizes.

On the other hand, we believe we are a structurally more cost-conscious, more efficient company going forward than we were in the past, which would be helpful for margins. And many of our newer revenue streams, such as Video Accounts, such as monetization of the eCommerce live streaming, such as the Mini Program and Mini game revenue is coming in at relatively high gross margins, which is a positive margin mix shift for us versus in previous years. And we've been generally subject to negative margin mix shifts.

So overall, I think that we can aspire to potentially grow profits in line with or faster than revenue. But the delta between profit growth and revenue growth was unusually wide in the first quarter because of the base effect and some of the other factors that we mentioned.

**Shek Hon Lo**
*CFO & Senior VP*

Yes. The deferred tax adjustment is not non-IFRS adjustment. The -- we usually look at the effective tax rate on a yearly basis rather than on a quarterly basis as there are bits and pieces of true-up happening from time to time, including, say, for instance, the time there might be some withholding tax in order as we want to remit more money out of the country as well as adjustment on some of the deferred tax in here. But to give you an overall view of the effective tax rate, we expect that on a non-IFRS basis in the course of 2023, it will be in the range of 18% to 20%.

**Wendy Huang**
*Investor Relations Officer*

Thank you, Ken. Our next question will be from Esme Pau from Macquarie.

**Esme Pau**

Congrats on the solid results. So I do have a follow-up question on generative AI. So I think in the previous question, you very helpfully explained the use cases and also monetization strategy. So just a follow-up in March. So the media reported that we may have already started developing the HunyuanAide. So keen to hear more updates on the potential product launch? And [indiscernible] follow-up in relation to the training data of Hunyuan. Does that encapsulate open Internet data? And also what's the impact on interoperability and also digital walled gardens?

**Chi Ping Lau**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*President*

Okay. So in terms of our foundation model building exercise Hunyuan and the -- I think the headline is that we are making good progress. And if you look into the different components, right, so the model building is actually progressing well. I think you mentioned about data and data collection is basically across the entire Internet. And with specific addition of the data in China. And in terms of data in China, it's on high-quality public data as well as high-quality public data within our content ecosystem. As you know, we have actually a lot of contents that are in-house and that is quite unique addition to the overall data.

In terms of the training, we are scaling up our training organization and the entire production line of training. And in terms of infrastructure, it's a core strength for us, given our cloud business. And we have also recently, as Pony mentioned, announced our high-performance computing cluster based on NVIDIA H800 GPUs. And so that would actually give us an additional efficiency in terms of the training.

And I think one key strength for us is obviously the use cases, right? We have different products teams already planning some interesting offerings alongside with their products. So overall, I think it's actually making good progress. And we continue to believe that AI is growth multiplier for the industry and in particular, for Tencent because as we mentioned last time, our core user-to-user services is not subject to disruption, but can benefit greatly from being enhanced by foundation models because it can actually help these services to generate content, appealing content on large scale at the low cost.

And all these are helpful to improve the quality of the service, improve monetization and also lower the cost. And then foundation models also facilitates our introduction of user-to-machine services. For example, it provides a new angle for us to provide to our search, both within Weixin and on our browsers as well as if you look forward, a bit longer, right, there could be interesting digital assistance that can be launched in our services. And of course, cloud is actually very important as well because we felt that the Weixin foundation model over time can actually provide very compelling services on the cloud for our enterprise clients and also enable our PaaS and SaaS to be more competitive.

**Wendy Huang**
*Investor Relations Officer*

Thank you, Esme. Next question comes from William Packer from BNP.

**William Henry Packer**
*BNP Paribas Exane, Research Division*

Firstly, last quarter, you provided a helpful update on develops around the domestic regulatory backdrop. Specifically, could you update us on recent news flow around domestic gaming, short-form video and FinTech? And as a follow-up, the domestic gaming momentum improved markedly in the quarter, with comps easing over the course of the year and new content coming to the market, could we expect growth to accelerate and potentially to return to double digits for that business line?

**Chi Ping Lau**
*President*

Okay. In terms of the regulatory environment, I think on the overall basis, regulatory environment continues to trend toward normalized regulation and the government is actually very focused on economic development as well as supporting healthy development of the digital economy and industry. Some new -- the latest news [ Friday ] on April 28, President Xi chaired a meeting of the Politburo. And he called for promoting regulated, healthy development of platform companies and encouraging innovation of leading platform companies. I think this is a very significant continuation of the expression of support for the overall industry.

And in terms of the different industries that you talk about, right, in terms of domestic gaming, I would say, it continues a status of normalized regulation and game licenses have been approved on a regular basis. And that's part of the reason why we're seeing a pretty good traction on the overall gaming industry in China.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In terms of short-form video, I think there has not been much update and it's not a focus of regulatory action so far. In terms of FinTech, I would say the industry is starting to move into the process of normalization of regulation.

And if you look at the entire history, right, in the year of 2021, the PBOC started requiring self-review of FinTech services by platform companies for the entire industry and it also conducted a routine inspection on Tenpay, which was widely reported. Through that process, we have been fully cooperative, and we have proactively adjusted our operations accordingly -- according to the requirement of PBOC.

So I think the inspection now is approaching and conclusion of the inspection results are in the process of being finalized. When such results are concluded and released, then we believe we would then see the regulators will be focused on normalized regulation, and they will also devote more resources in supporting the development and innovation in the overall industry. So that's the regulatory update, both on a macro basis and with respect to the different industries.

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

And Will, on games, I recognize your question was primarily around the domestic China game business. But if you take a step back, then our global game revenue grew at a low double-digit rate year-on-year in the quarter, which was gratifying. And we believe that the industry globally has now worked through some transitional challenges, including sort of post-COVID hangover in the West, including the lack of new game licenses in China. And as a result, the industry can revert closer to its historic high single-digit growth rate, CAGR. And whether we outperform or underperform the overall industry will be largely a function of the quality of the content we can bring to bear.

But generally speaking, over time, we have been able to outgrow this global game industry growth rate of high single digits through a combination of operating some of the biggest, best, most evergreen games that I talked about earlier as well as housing some of the most successful and creative studios in the game industry as well as operating high-growth game platforms, such as our emerging Mini game platform. So for all those reasons, we think that there's everything to play for and that the industry is back on a growth track globally and we should work towards growing with or faster than the industry globally. Thank you.

**Wendy Huang**
*Investor Relations Officer*

Thank you. We will take the next question from Charlene Liu from HSBC.

**Charlene Liu**
*HSBC, Research Division*

I would like to ask about overseas M&A. Clearly, we have seen really strong numbers in the international game segment in Q1. I'd like to get an update from the management on M&A strategy for this segment and your view on competitive landscape, especially after some of the M&A activities from our competitors and how should we think about growth for the rest of the year? I have one follow-up on advertising.

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

So thank you for the question, Charlene. The competitive landscape for acquisitions of game companies outside China has been fairly stable for the past few years. And while there are a number of companies that are acquisitive in the space, often their objectives do not overlap with our objectives, meaning they may be companies with a big console installed base and they're trying to acquire game studios to supercharge that console installed base or there may be companies, which are valued on near-term earnings and they're trying to bolt on additional earnings versus in our case, we're not married to any single hardware device. And so we've been acquisitive with mobile game studios, acquisitive with PC game studios, periodically active with console game studios as well.

And in addition, we're very willing to look forward 3 or 5 or 7 years when we do these investments and acquisitions. And so it's often the case that we're looking at a company that has released a successful

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

niche game the previous year. And we know for a certainty that, that company's revenue will be declining for the next couple of years because it will be digesting the success of the first game. And in many cases, we know the company will be loss making for a period of time because we're scaling up the team to work on a much bigger sequel, but we don't get to have the bigger revenue from the bigger sequel.

And that fits us. It doesn't fit everyone. And therefore, there are certain studios that naturally come to us and certain studios that naturally go elsewhere, which is fine. So I wouldn't say that we've seen a dramatic change in the game industry acquisitive landscape so far. Now of course, depending on whether certain big deals, one particular very big deal goes through or not, then we could see more change in the future, and we'll need to be active and reactive around that.

**Charlene Liu**
*HSBC, Research Division*

That's good to know. And my second question on advertising. Earlier, management team mentioned that Weixin contributed over half of the total ad revenue. Can the management elaborate on revenue contribution by app products, for example, in the previous quarter in the first quarter, across Moments, Video Accounts, ad network, et cetera? And going forward, how should we think about revenue mix across these products and GPM trend?

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

Well, in terms of the revenue position, we won't be super specific. But Weixin, as we said, is the majority, within that Moments is historically the largest contributor. Mini programs and official accounts are substantially smaller and roughly similar to each other and Video Accounts have sort of leapfrogged over Mini programs and official accounts because there's a lot of inventory in Video Accounts and has very high revenue per 1,000 impressions in Video Accounts.

In Outside Weixin, then the biggest set of properties is the mobile ad network, which has had quite a pronounced bounce back in the last 6 to 9 months. And then beyond that, there's a drop off to the long-form video, music, news and some smaller properties around QQ and Qzone. So that's the composition.

In terms of the margin profile, then basically all of the owned and operated properties with the exception of long-form video, the high gross margin versus long-form video and the ad network are inherently much lower gross margin.

**Wendy Huang**
*Investor Relations Officer*

Thank you, Charlene. Next we will take the question from John Choi from Daiwa.

**Hyungwook Choi**
*Daiwa Securities Co. Ltd., Research Division*

I have a question on -- a follow-up on the gaming side. I think if you look at domestic games, this quarter, we've seen a very strong game revenue due to existing -- I think, James, you mentioned evergreen. But as we go into the second quarter, second half, we do have much more gaming -- new game launches for the domestic market. So I mean, can you kind of elaborate the growth trends? In terms of the revenue growth, as we head into the second half, should we be seeing accelerating growth on back of that? And just a quick some housekeeping question. This quarter, I think we noticed very strong operating cash flow of more than RMB 60 billion, but also the investing outflow cash flow was RMB 65 billion. So any color there?

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

So on games, I'm not necessarily going to answer your question because we don't provide guidance as to whether revenue lines are accelerating or decelerating beyond observing. But firstly, the strength in the first quarter was partly due to what I referred to as evergreen games. But we also saw very good growth

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

from a number of games released in the last 1 to 2 years. And it's often the pattern with us that when the quarter we release a game, it generates relatively little monetization. And of course, that monetization doesn't translate into our P&L because of our deferral policy.

But then over subsequent quarters, if it's a good game, we see the monetization improving, we see the revenue -- the deferral starting to flow through into reported revenue. If it's a really good game, we see the daily active user count increasing. And so recently, a number of games have fit that profile, including the Arena Breakout, which is the leading extraction shooter game in China, where we've seen good growth in DAU and in monetization as players become familiar with this new type of games that didn't exist before.

We've seen very good growth in terms of both users and monetization from the Auto-Chess game, Golden Spatula, that has over 10 million daily active users, which is rare for a new game in China and a very rare for a game to build to that level over the course of 2 years as opposed to get that level very quickly and then fade away. And also quite good trends in the first quarter for our League of Legends Wild Rift mobile game.

Now obviously, looking through the rest of this year, we have a number of big games that we intend to release domestically that we're excited about. But again, with some of those games, they'll monetize well from day 1. With others, they'll monetize more gradually over time.

**Shek Hon Lo**
*CFO & Senior VP*

In respect of the net cash flow using investing activities of RMB 65 billion, actually it's a little bit tricky because it usually increase some items which is pretty normal in nature. Say, for instance, out of that RMB 65 billion, RMB 50 billion is related to net fixed-term deposit placement. And other than that, items just like CapEx, media content and M&A and each of those items are maybe around RMB 44 point-something billion each.

**Wendy Huang**
*Investor Relations Officer*

Next, we will take the question from Jerry Liu from UBS.

**Yuan Liu**
*UBS Investment Bank, Research Division*

Yes, I wanted to go back to the advertising business and ask about eCommerce. So first, eCommerce as a category has been an area of strength. So I just wanted to ask whether we think some of this is share gains, Tencent is taking in the ad industry from other players? And second of all, how do we think about the development of eCommerce, especially within Video Accounts? I remember previously, we talked about how this is something that, that could take some time to ramp up. But I'm also seeing that in the first quarter, we started to generate more technology fees from eCommerce live streaming in Video Accounts. So I'm wondering if we could see more ramp-up of eCommerce-related monetization here.

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

Yes. So in terms of the big eCommerce companies advertising with Tencent, then we're certainly experiencing share gains. I think that those share gains arise for a number of reasons. One is changing perceptions about sort of ecosystem competition, meaning in the past, there were some companies that chose not to advertise with us because they viewed us as an ecosystem rival and they may have reassessed that perspective over time.

And then secondly, we're deploying much more sophisticated machine learning now to our advertising targeting that is particularly beneficial for big eCommerce companies with a gigantic range of SKUs because now we can ingest those SKUs and then display the right SKU to the right user within the eCommerce companies' advertisements. So that's on the eCommerce companies advertising with us.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Chi Ping Lau**
*President*

So in terms of eCommerce in relation to live streaming and Video Accounts, we felt there's actually a very big opportunity. And part of it is already proven in the other short video companies. When you have short video, you can actually lead to live streaming and live streaming can lead to eCommerce transactions. But in addition to that, we felt that we can have some unique value-added component that we can provide to the merchants because we have private domain. We also have Mini programs, which can actually allow us to connect with the Video Accounts. And as you know, there's actually a very big transaction ecosystem that's already happening on Mini programs. And if we can actually start connecting that with Video Accounts and live streaming, then it would actually make the overall eCommerce ecosystem much more vibrant.

And we also have payments, which is a very important enabler. So when we have all these additional components added to the Video Accounts and live streaming, we felt there's actually a very large headroom for us to grow in eCommerce. But we want to do it on a gradual basis so that we can build the infrastructure right, we can actually provide the best balance between user experience as well as the ROI for the merchants. And at the same time, most importantly, we actually want to make sure that the transaction ecosystem is actually of high quality.

So instead of having a lot of onetime buyers of low-quality products or certain products which are very high margin for the merchants and they basically sort of spend all the money on advertising instead of on the product quality, we actually want to make sure that the ecosystem is built right so that it delivers the right value for the users as well as for the merchants and the overall transaction ecosystem is healthy. So that will take some time, but we felt if we do all these right, there's actually a very long runway for us to grow this part of the business.

**Wendy Huang**
*Investor Relations Officer*

Thank you, Jerry. We will take the last question from Robin Zhu from Bernstein.

**Robin Zhu**
*Sanford C. Bernstein & Co., LLC., Research Division*

I guess 2 questions, if I may. One, just on your operating expenses, I mean, you're clearly showing impressive cost discipline and with operating expenses trending the way they have. Just curious to hear your thoughts on at what point does the company pivot more towards spending on growth, whether it's on new games, whether it's on AI and kind of related services and/or what's in your mind is the trigger to kind of go back on the front foot and spend more if the consumption recovery to date hasn't done that already?

And the second question on gaming. James, you mentioned a while back that macro was having an impact on kind of willingness to pay and gaming ARPU as a result. Just curious to hear your thoughts on whether the recovery in Q1 is pent-up demand and, therefore, would there be questions about sustainability? And how the recoveries looks between kind of games -- high ARPU games where whales dominate versus these large DAU games where everyone kind of buy skins and ARPU is generally lower?

**James Gordon Mitchell**
*Chief Strategy Officer & Senior EVP*

So on the second question, we saw quite a broad-based recovery for our game business. I think out of our top 15 games, 12 of them were up year-on-year. So this wasn't a matter of 1 or 2 games bouncing while the others languished.

Our overall portfolio uplifted and whether that's due to pent-up demand or just underlying demand, time would tell. But I explained earlier why I think it's underlying demand. On the operating expenses, then there will be situations, whether it'd be a new game launch or buying and then depreciating GPUs for our

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

large language model where we need to invest and we will invest aggressively. But that said, I think that we will also keep operating expenses under quite tight control going forward.

And one reason it's because we've become structurally more efficient. Second reason is that, generally, we're mix shifting toward inherently higher margin activities as with bulk those up while exiting some inherently low-margin activities. And more broadly, you spoke about when do we need to pivot to investing for growth. And I think actually, if you dig into our range of businesses, there's a number of emerging growth drivers, be it the Video Accounts advertising monetization, be it the eCommerce live streaming monetization, be it the Mini Program and Mini games. And what's interesting is each of those are very sizable opportunities, which are becoming meaningful and have very long runways to expand over time.

But in none of those, do we need to spend a great deal of extra money to make them more popular. We aren't incurring gigantic subsidies on providing community group buying food solutions. We aren't inducing users who would otherwise be on another short video service to install Video Accounts and spend time on Video Accounts instead. We're just providing what we think are very attractive and somewhat differentiated experiences to users within our bigger apps, particularly Weixin. And letting users over time, you discover those, enjoy those, socialize those and spend more time and ultimately more money on those.

So I don't think that we're in a sort of nongrowth mode. And at some point in the future, we need to flick a switch and dramatically increase sales and marketing or subsidies to go back to growth mode. I think we're in growth mode right now. It's just that the nature of our growth drivers is that they do not require heavy subsidies. They do not require heavy sales and marketing activity. Thank you.

**Wendy Huang**
*Investor Relations Officer*
Thank you, Robin. We are now ending the webinar. Thank you all for joining our results call. If you wish to check out our press release and other financial information, please visit the IR section of our company website at www.tencent.com. The replay of this revenue will also be available soon. Thank you and see you next quarter.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.