# EXHIBIT 20

Case 2:23-cv-01455-DLR   Document 42-20   Filed 02/20/24   Page 2 of 44

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---

## SCHEDULE 13D

Under the Securities Exchange Act of 1934
(Amendment No. 7)*

---

# Sea Limited
**(Name of Issuer)**

**Class A Ordinary Shares, par value US$0.0005 per share**
**(Title of Class of Securities)**

**81141R 100\*\***
**(CUSIP Number)**

**Forrest Xiaodong Li**
**Sea Limited**
**1 Fusionopolis Place, #17-10, Galaxis**
**Singapore 138522**
**+65 6270-8100**

*Copy to:*

**Yanjun Wang, Esq.**
**Sea Limited**
**1 Fusionopolis Place, #17-10, Galaxis**
**Singapore 138522**
**+65 6270-8100**
**(Name, Address and Telephone Number of Person Authorized to Receive Notices and Communications)**

**June 2, 2023**
**(Date of Event Which Requires Filing of this Statement)**

---

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of §§240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box. ☐

Note: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See Rule 13d-7 for other parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

**This CUSIP number applies to the Issuer's American depositary share, each representing one Class A ordinary share of the Issuer.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

Case 2:23-cv-01455-DLR   Document 42-20   Filed 02/20/24   Page 3 of 44

CUSIP NO.: 81141R 100

| (1) | NAME OF REPORTING PERSONS<br>Forrest Xiaodong Li ("Mr. Li") | | |
|---|---|---|---|
| (2) | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP*<br>(a) ☐    (b) ☒ | | |
| (3) | SEC USE ONLY | | |
| (4) | SOURCE OF FUNDS*<br>PF | | |
| (5) | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E)<br>☐ | | |
| (6) | CITIZENSHIP OR PLACE OF ORGANIZATION<br>Singapore | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | (7) | SOLE VOTING POWER<br>111,036,901 Shares | |
| | (8) | SHARED VOTING POWER<br>0 | |
| | (9) | SOLE DISPOSITIVE POWER<br>64,586,624 Shares | |
| | (10) | SHARED DISPOSITIVE POWER<br>0 | |
| (11) | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br>111,036,901 Shares[1] | | |
| (12) | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES*<br>☐ | | |
| (13) | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>18.1%[2] | | |
| (14) | TYPE OF REPORTING PERSON*<br>IN | | |

---

[1]  Mr. Li is deemed to beneficially own 65,509,108 Class A ordinary shares of par value US$0.0005 per share ("Class A Ordinary Shares") and 45,527,793 Class B ordinary shares of par value US$0.0005 per share ("Class B Ordinary Shares"). Class A Ordinary Shares and Class B Ordinary Shares are collectively referred to as "Shares." Each Class B Ordinary Share is convertible into one Class A Ordinary Share, whereas Class A Ordinary Shares are not convertible into Class B Ordinary Shares.

[2]  As a percentage of 568,758,842 total issued and outstanding Shares of the Issuer as of June 2, 2023, including 523,231,049 Class A Ordinary Shares and 45,527,793 Class B Ordinary Shares. Each Class A Ordinary Share is entitled to one vote per share, and each Class B Ordinary Share is entitled to 15 votes per share. Accordingly, and based on the foregoing, the Shares beneficially owned by Mr. Li represent approximately 59.9% of the aggregate voting power of the total issued and outstanding Shares of the Issuer.

2

CUSIP NO.: 81141R 100

| (1) | NAME OF REPORTING PERSONS<br>Blue Dolphins Venture Inc ("Blue Dolphins") | | |
|---|---|---|---|
| (2) | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP*<br>(a) ☐    (b) ☒ | | |
| (3) | SEC USE ONLY | | |
| (4) | SOURCE OF FUNDS*<br>AF | | |
| (5) | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E)<br>☐ | | |
| (6) | CITIZENSHIP OR PLACE OF ORGANIZATION<br>British Virgin Islands | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | (7) | SOLE VOTING POWER<br>45,527,793 Shares | |
| | (8) | SHARED VOTING POWER<br>0 | |
| | (9) | SOLE DISPOSITIVE POWER<br>45,527,793 Shares | |
| | (10) | SHARED DISPOSITIVE POWER<br>0 | |
| (11) | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br>45,527,793 Shares[3] | | |
| (12) | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES*<br>☐ | | |
| (13) | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>8.0%[4] | | |
| (14) | TYPE OF REPORTING PERSON*<br>CO | | |

(3)  Represents 45,527,793 Class B Ordinary Shares held by the Reporting Person.
(4)  As a percentage of 568,758,842 total issued and outstanding Shares of the Issuer as of June 2, 2023.

3

**Introductory Note**

This Amendment No. 7 to Schedule 13D (this "Amendment No. 7") amends and supplements the Schedule 13D filed with the Securities and Exchange Commission on November 3, 2017, as amended by Amendment No. 1 filed on March 14, 2019, Amendment No. 2 filed on March 15, 2020, Amendment No. 3 filed on March 10, 2021, Amendment No. 4 filed on January 3, 2022, Amendment No. 5 filed on February 15, 2022, and Amendment No. 6 filed on June 6, 2022 (the "Original Schedule 13D" and, together with this Amendment No. 7, this "Schedule 13D"), and is being filed on behalf of Mr. Li and Blue Dolphins in respect of the Class A ordinary shares, par value US$0.0005 per share (the "Class A Ordinary Shares"), and Class B ordinary shares, par value US$0.0005 per share (the "Class B Ordinary Shares" and, together with the Class A Ordinary Shares, the "Shares"), of Sea Limited, an exempted company incorporated with limited liability under the laws of the Cayman Islands (the "Issuer").

Unless otherwise stated herein, the Original Schedule 13D remains in full force and effect. All capitalized terms used in this Amendment No. 7 but not defined herein shall have the meanings ascribed to them in the Original Schedule 13D.

**Item 5. Interest in Securities of the Issuer.**

Item 5(a), (b) and (c) of the Original Schedule 13D is hereby amended and restated in its entirety as follows:

The below table sets forth Mr. Li and Blue Dolphins' beneficial ownership as of June 2, 2023, the latest practicable date for determining their beneficial ownership:

| Name of Reporting Person | Amount Beneficially Owned | Percent of Class | Number of shares as to which such person has: | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Sole Power to Vote or Direct the Vote | Shared Power to Vote or to Direct the Vote | Sole Power to Dispose or to Direct the Disposition of | Shared Power to Dispose or to Direct the Disposition of |
| Mr. Li | 111,036,901 Shares[1] | 18.1%[2] | 111,036,901 Shares | 0 | 64,586,624 Shares | 0 |
| Blue Dolphins | 45,527,793 Shares[3] | 8.0%[2] | 45,527,793 Shares | 0 | 45,527,793 Shares | 0 |

(1) The amount beneficially owned by Mr. Li includes (i) 45,527,793 Class B Ordinary Shares held by Blue Dolphins, (ii) 2,808,831 Class A Ordinary Shares beneficially owned by Mr. Li (including through an entity solely owned and controlled by Mr. Li), (iii) 16,250,000 Class A Ordinary Shares issuable upon exercise of options held by Mr. Li within 60 days from June 2, 2023, and (iv) an aggregate of 46,450,277 Class A Ordinary Shares over which Mr. Li has received irrevocable voting proxies from the respective owners of such shares (namely, certain directors and employees of the Issuer, certain affiliates of employees of the Issuer, Garena ESOP Program (PTC) Limited and a family member of Mr. Li), including 26,032,475 Class A Ordinary Shares issuable upon exercise of options within 60 days from June 2, 2023 and 1,069,960 Class A Ordinary Shares issuable upon vesting of restricted share units within 60 days from June 2, 2023.

(2) As a percentage of 568,758,842 total issued and outstanding Shares of the Issuer as of June 2, 2023, including 523,231,049 Class A Ordinary Shares and 45,527,793 Class B Ordinary Shares. Each Class A Ordinary Share is entitled to one vote per share, and each Class B Ordinary Share is entitled to 15 votes per share. Accordingly, and based on the foregoing, the Shares beneficially owned by Mr. Li represent approximately 59.9% of the aggregate voting power of the total issued and outstanding Shares of the Issuer.

(3) Represents 45,527,793 Class B Ordinary Shares held by Blue Dolphins.

Changes in the Reporting Persons' beneficial ownership during the 60-day period prior to June 2, 2023 (the date of event of this Amendment No. 7) included:

(i) vesting of Mr. Li's options to purchase 250,000 Class A Ordinary Shares under the 2009 share incentive plan of the Issuer (as amended, the "share incentive plan") on April 30, 2023;

(ii) the expected vesting of Mr. Li's options to purchase 250,000 Class A Ordinary Shares under the share incentive plan on July 31, 2023, which is within 60 days from June 2, 2023, the date on which Mr. Li is deemed to have obtained

sec.gov/Archives/edgar/data/1703399/00011046592306851/tm2317916d1_sc13da.htm

beneficial ownership of such 250,000 Class A Ordinary Shares;

---

4

Case 2:23-cv-01455-DLR   Document 42-20   Filed 03/20/24   Page 8 of 44

(iii)   sale of 10,000 American Depositary Shares of the Issuer (each representing one Class A Ordinary Share of the Issuer, the "ADS") beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$88.1 per share in open market transactions pursuant to a Rule 10b5-1 Sales Plan (the "Plan") on April 4, 2023;

(iv)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$84.0 per share in open market transactions pursuant to the Plan on April 6, 2023;

(v)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$83.5 per share in open market transactions pursuant to the Plan on April 11, 2023;

(vi)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$83.3 per share in open market transactions pursuant to the Plan on April 13, 2023;

(vii)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$83.2 per share in open market transactions pursuant to the Plan on April 18, 2023;

(viii)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$79.0 per share in open market transactions pursuant to the Plan on April 20, 2023;

(ix)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$76.0 per share in open market transactions pursuant to the Plan on April 25, 2023;

(x)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$74.3 per share in open market transactions pursuant to the Plan on April 27, 2023;

(xi)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$75.3 per share in open market transactions pursuant to the Plan on May 2, 2023;

(xii)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$75.0 per share in open market transactions pursuant to the Plan on May 4, 2023;

(xiii)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$83.1 per share in open market transactions pursuant to the Plan on May 9, 2023;

(xiv)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$86.2 per share in open market transactions pursuant to the Plan on May 11, 2023;

(xv)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$79.0 per share in open market transactions pursuant to the Plan on May 16, 2023;

(xvi)   sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$71.6 per share in open market transactions pursuant to the Plan on May 18, 2023;

(xvii)    sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$66.9 per share in open market transactions pursuant to the Plan on May 23, 2023;

(xviii)    sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$63.0 per share in open market transactions pursuant to the Plan on May 25, 2023;

(xix)    sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$60.9 per share in open market transactions pursuant to the Plan on May 30, 2023;

(xx)    sale of 10,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$56.2 per share in open market transactions pursuant to the Plan on June 1, 2023; and

(xxi)    changes in the number of Class A Ordinary Shares subject to the irrevocable voting proxies granted by certain directors and employees of the Issuer.

**Item 7. Material to be Filed as Exhibits.**

Exhibit 99.1    Joint Filing Agreement, dated March 23, 2020, by and among the Reporting Persons (incorporated by reference to Exhibit 99.1 from the Reporting Persons' Schedule 13D Amendment No. 2 filed with the SEC on March 23, 2020)

---

6

**SIGNATURE**

After reasonable inquiry and to the best of its knowledge and belief, the undersigned certify that the information set forth in this statement is true, complete and correct.

Dated: June 6, 2023

| | |
|---|---|
| Forrest Xiaodong Li | /s/ Forrest Xiaodong Li |

Blue Dolphins Venture Inc

By:      /s/ Forrest Xiaodong Li
Name:    Forrest Xiaodong Li
Title:     Director

*[Signature Page to Schedule 13D/A]*

SC 13D/A 1 tm226816d1_sc13da.htm SC 13D/A

<div style="text-align:center">

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---

## SCHEDULE 13D
Under the Securities Exchange Act of 1934
(Amendment No. 5)*

---

### Sea Limited
**(Name of Issuer)**

**Class A Ordinary Shares, par value US$0.0005 per share**
**(Title of Class of Securities)**

**81141R 100\*\***
**(CUSIP Number)**

**Forrest Xiaodong Li**
**Sea Limited**
**1 Fusionopolis Place, #17-10, Galaxis**
**Singapore 138522**
**+65 6270-8100**

*Copy to:*

**Yanjun Wang, Esq.**
**Sea Limited**
**1 Fusionopolis Place, #17-10, Galaxis**
**Singapore 138522**
**+65 6270-8100**
**(Name, Address and Telephone Number of Person Authorized to Receive Notices and Communications)**

**February 14, 2022**
**(Date of Event Which Requires Filing of this Statement)**

---

</div>

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of §§240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box. ☐

Note: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See Rule 13d-7 for other parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

**This CUSIP number applies to the Issuer's American depositary share, each representing one Class A ordinary share of the Issuer.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

CUSIP NO.: 81141R 100

| (1) | NAME OF REPORTING PERSONS<br>Forrest Xiaodong Li ("Mr. Li") | | |
|---|---|---|---|
| (2) | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP*<br>(a) ☐      (b) ☒ | | |
| (3) | SEC USE ONLY | | |
| (4) | SOURCE OF FUNDS*<br>PF | | |
| (5) | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E)<br>☐ | | |
| (6) | CITIZENSHIP OR PLACE OF ORGANIZATION<br>Singapore | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | (7) | SOLE VOTING POWER<br>96,675,135 Shares | |
| | (8) | SHARED VOTING POWER<br>0 | |
| | (9) | SOLE DISPOSITIVE POWER<br>58,776,624 Shares | |
| | (10) | SHARED DISPOSITIVE POWER<br>0 | |
| (11) | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br>96,675,135 Shares[1] | | |
| (12) | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES*<br>☐ | | |
| (13) | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br>16.4%[2] | | |
| (14) | TYPE OF REPORTING PERSON*<br>IN | | |

(1) Mr. Li is deemed to beneficially own 51,147,342 Class A ordinary shares of par value US$0.0005 per share ("Class A Ordinary Shares") and 45,527,793 Class B ordinary shares of par value US$0.0005 per share ("Class B Ordinary Shares"). Class A Ordinary Shares and Class B Ordinary Shares are collectively referred to as "Shares." Each Class B Ordinary Share is convertible into one Class A Ordinary Share, whereas Class A Ordinary Shares are not convertible into Class B Ordinary Shares.

(2) As a percentage of 557,737,960 total issued and outstanding Shares of the Issuer as of February 14, 2022, including 512,210,167 Class A Ordinary Shares and 45,527,793 Class B Ordinary Shares. Each Class A Ordinary Share is entitled to one vote per share, and each Class B Ordinary Share is entitled to 15 votes per share. Accordingly, and based on the foregoing, the Shares beneficially owned by Mr. Li represent approximately 59.8% of the aggregate voting power of the total issued and outstanding Shares of the Issuer.

2

CUSIP NO.: 81141R 100

| (1) | NAME OF REPORTING PERSONS Blue Dolphins Venture Inc ("Blue Dolphins") | | |
|---|---|---|---|
| (2) | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP* (a) ☐      (b) ☒ | | |
| (3) | SEC USE ONLY | | |
| (4) | SOURCE OF FUNDS* AF | | |
| (5) | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E) ☐ | | |
| (6) | CITIZENSHIP OR PLACE OF ORGANIZATION British Virgin Islands | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | (7) | SOLE VOTING POWER 45,527,793 Shares | |
| | (8) | SHARED VOTING POWER 0 | |
| | (9) | SOLE DISPOSITIVE POWER 45,527,793 Shares | |
| | (10) | SHARED DISPOSITIVE POWER 0 | |
| (11) | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON 45,527,793 Shares[3] | | |
| (12) | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES* ☐ | | |
| (13) | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) 8.2%[4] | | |
| (14) | TYPE OF REPORTING PERSON* CO | | |

---

(3)    Represents 45,527,793 Class B Ordinary Shares held by the Reporting Person.

(4)    As a percentage of 557,737,960 total issued and outstanding Shares of the Issuer as of February 14, 2022.

3

**Introductory Note**

This Amendment No. 5 to Schedule 13D (this "Amendment No. 5") amends and supplements the Schedule 13D filed with the Securities and Exchange Commission on November 3, 2017, as amended by Amendment No. 1 filed on March 14, 2019, Amendment No. 2 filed on March 15, 2020, Amendment No. 3 filed on March 10, 2021, and Amendment No. 4 filed on January 3, 2022 (the "Original Schedule 13D" and, together with this Amendment No. 5, this "Schedule 13D"), and is being filed on behalf of Mr. Li and Blue Dolphins in respect of the Class A ordinary shares, par value US$0.0005 per share (the "Class A Ordinary Shares"), and Class B ordinary shares, par value US$0.0005 per share (the "Class B Ordinary Shares" and, together with the Class A Ordinary Shares, the "Shares"), of Sea Limited, an exempted company incorporated with limited liability under the laws of the Cayman Islands (the "Issuer").

Unless otherwise stated herein, the Original Schedule 13D remains in full force and effect. All capitalized terms used in this Amendment No. 5 but not defined herein shall have the meanings ascribed to them in the Original Schedule 13D.

**Item 4. Purpose of Transaction.**

Item 4 of the Schedule 13D is hereby deleted in its entirety and substituted with the following:

The information set forth or incorporated by reference in Items 3, 5 and 6 of this Schedule 13D is hereby incorporated by reference in this Item 4.

The Reporting Persons acquired the Class B Ordinary Shares over which they have sole dispositive power prior to the Issuer's initial public offering, which acquisition was financed by the personal funds of Mr. Li. These shares were acquired for investment purposes.

Mr. Li acquired the Class A Ordinary Shares over which he has sole dispositive power through the exercise of options or vesting of restricted share units granted under the 2009 share incentive plan of the Issuer. The option exercise price was financed by the personal funds of Mr. Li. The other Shares covered by this Schedule 13D are deemed beneficially owned by Mr. Li due to irrevocable voting proxies granted by various shareholders to Mr. Li.

At the annual general meeting of shareholders of the Company held on February 14, 2022 in Singapore (the "AGM"), the Company's shareholders approved as a special resolution that the Company's Eighth Amended and Restated Memorandum and Articles of Association be amended and restated by their deletion in their entirety and by the substitution in their place of the Company's Ninth Amended and Restated Memorandum and Articles of Association to increase the voting power of each Class B Ordinary Share from three (3) votes to fifteen (15) votes on all matters subject to vote at general meetings of the Company and to reflect other relevant changes (the "Special Resolution").

Immediately upon the Special Resolution being approved by the shareholders at the AGM, each of Tencent Holdings Ltd. and its affiliates ("Tencent") converted all the Class B Ordinary Shares held or beneficially owned by it to Class A Ordinary Shares. Upon effectiveness of such conversion by Tencent, all outstanding Class B Ordinary Shares are currently beneficially owned by Mr. Li, the Issuer's founder, Chairman and CEO. At the same time, the Irrevocable Proxy between Tencent and Mr. Li dated September 1, 2017 was also terminated.

Other than as set forth in this Schedule 13D, the Reporting Persons have no present plans or proposals which relate to or would result in any of the matters set forth in clauses (a) through (j) of Item 4 of Schedule 13D; provided that the Reporting Persons may, at any time, review or reconsider their position with respect to the Issuer and reserve the right to develop such plans or proposals.

4

**Item 5. Interest in Securities of the Issuer.**

Item 5(a), (b) and (c) of the Original Schedule 13D is hereby amended and restated in its entirety as follows:

The below table sets forth Mr. Li and Blue Dolphins' beneficial ownership as of February 14, 2022, the latest practicable date for determining their beneficial ownership:

| | | | Number of shares as to which such person has: | | | |
|---|---|---|---|---|---|---|
| Name of Reporting Person | Amount Beneficially Owned | Percent of Class | Sole Power to Vote or Direct the Vote | Shared Power to Vote or to Direct the Vote | Sole Power to Dispose or to Direct the Disposition of | Shared Power to Dispose or to Direct the Disposition of |
| Mr. Li | 96,675,135 Shares[1] | 16.4%[2] | 96,675,135 Shares | 0 | 58,776,624 Shares | 0 |
| Blue Dolphins | 45,527,793 Shares[3] | 8.2%[2] | 45,527,793 Shares | 0 | 45,527,793 Shares | 0 |

(1)  The amount beneficially owned by Mr. Li includes (i) 45,527,793 Class B Ordinary Shares held by Blue Dolphins, (ii) 648,831 Class A Ordinary Shares beneficially owned by Mr. Li (including through an entity solely owned and controlled by Mr. Li), (iii) 12,600,000 Class A Ordinary Shares issuable upon exercise of options held by Mr. Li within 60 days from February 14, 2022, and (iv) an aggregate of 37,898,511 Class A Ordinary Shares over which Mr. Li has received irrevocable voting proxies from the respective owners of such shares (namely, certain directors and employees of the Issuer, certain affiliates of employees of the Issuer, Garena ESOP Program (PTC) Limited and a family member of Mr. Li), including 19,532,365 Class A Ordinary Shares issuable upon exercise of options within 60 days from February 14, 2022 and 242,097 Class A Ordinary Shares issuable upon vesting of restricted share units within 60 days from February 14, 2022.

(2)  As a percentage of 557,737,960 total issued and outstanding Shares of the Issuer as of February 14, 2022, including 512,210,167 Class A Ordinary Shares and 45,527,793 Class B Ordinary Shares. Each Class A Ordinary Share is entitled to one vote per share, and each Class B Ordinary Share is entitled to 15 votes per share. Accordingly, and based on the foregoing, the Shares beneficially owned by Mr. Li represent approximately 59.8% of the aggregate voting power of the total issued and outstanding Shares of the Issuer.

(3)  Represents 45,527,793 Class B Ordinary Shares held by Blue Dolphins.

Changes in the Reporting Persons' beneficial ownership during the 60-day period prior to February 14, 2022 (the date of event of this Amendment No. 5) included:

(i)      sale of 20,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$220.1 per share in open market transactions pursuant to the Plan on December 21, 2021;

(ii)      vesting of 135 restricted share units granted to Mr. Li under the 2009 share incentive plan of the Issuer on January 31, 2022; and

(iii)      changes in the number of Class A Ordinary Shares subject to the irrevocable voting proxies granted by certain directors and employees of the Issuer, certain affiliates of employees, Garena ESOP Program (PTC) Limited and a family member of Mr. Li.

**Item 7. Material to be Filed as Exhibits.**

Exhibit 99.1      Joint Filing Agreement, dated March 23, 2020, by and among the Reporting Persons (incorporated by reference to Exhibit 99.1 from the Reporting Persons' Schedule 13D Amendment No. 2 filed with the SEC on March 23, 2020)

5

Case 2:23-cv-01455-DLR    Document 42-30    Filed 02/20/24    Page 17 of 44

**SIGNATURE**

After reasonable inquiry and to the best of its knowledge and belief, the undersigned certify that the information set forth in this statement is true, complete and correct.

Dated: February 15, 2022

| | |
|---|---|
| Forrest Xiaodong Li | /s/ Forrest Xiaodong Li |

Blue Dolphins Venture Inc                         By:    /s/ Forrest Xiaodong Li

                                                         Name: Forrest Xiaodong Li

                                                         Title:   Director

*[Signature Page to Schedule 13D/A]*

Case 2:23-cv-01455-DLR   Document 42-30   Filed 02/20/24   Page 18 of 44

SC 13D/A 1 tm221268d1_sc13da.htm SCHEDULE 13D/A

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---

## SCHEDULE 13D

Under the Securities Exchange Act of 1934
(Amendment No. 4)*

---

# Sea Limited
**(Name of Issuer)**

**Class A Ordinary Shares, par value US$0.0005 per share**
**(Title of Class of Securities)**

**81141R 100****
**(CUSIP Number)**

**Forrest Xiaodong Li**
**Sea Limited**
**1 Fusionopolis Place, #17-10, Galaxis**
**Singapore 138522**
**+65 6270-8100**

*Copy to:*

**Yanjun Wang, Esq.**
**Sea Limited**
**1 Fusionopolis Place, #17-10, Galaxis**
**Singapore 138522**
**+65 6270-8100**
**(Name, Address and Telephone Number of Person Authorized to Receive Notices and Communications)**

**January 3, 2022**
**(Date of Event Which Requires Filing of this Statement)**

---

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of §§240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box. ☐

Note: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See Rule 13d-7 for other parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

**This CUSIP number applies to the Issuer's American depositary share, each representing one Class A ordinary share of the Issuer.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

Case 2:23-cv-01455-DLR    Document 42-30    Filed 02/20/24    Page 20 of 44

CUSIP NO.: 81141R 100

| (1) | NAME OF REPORTING PERSONS Forrest Xiaodong Li ("Mr. Li") | | |
|---|---|---|---|
| (2) | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP* (a) ☐    (b) ☒ | | |
| (3) | SEC USE ONLY | | |
| (4) | SOURCE OF FUNDS* PF | | |
| (5) | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E) ☐ | | |
| (6) | CITIZENSHIP OR PLACE OF ORGANIZATION Singapore | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | (7) | SOLE VOTING POWER 96,638,894 Shares | |
| | (8) | SHARED VOTING POWER 46,573,653 Shares[1] | |
| | (9) | SOLE DISPOSITIVE POWER 58,776,624 Shares | |
| | (10) | SHARED DISPOSITIVE POWER 0 | |
| (11) | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON 143,212,547 Shares[2] | | |
| (12) | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES* ☐ | | |
| (13) | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11) 24.2%[3] | | |
| (14) | TYPE OF REPORTING PERSON* IN | | |

---

(1)     Represents 46,573,653 Class B ordinary shares of par value US$0.0005 per share ("Class B Ordinary Shares") of the Issuer that are subject to an Irrevocable Proxy (as defined below) with respect to all matters that require shareholder vote granted by Tencent to Mr. Li. Please refer to Items 4 and 6 for more information about the Irrevocable Proxy.

(2)     Mr. Li is deemed to beneficially own 51,111,101 Class A ordinary shares of par value US$0.0005 per share ("Class A Ordinary Shares") and 92,101,446 Class B Ordinary Shares. Class A Ordinary Shares and Class B Ordinary Shares are collectively referred to as "Shares." Each Class B Ordinary Share is convertible into one Class A Ordinary Share, whereas Class A Ordinary Shares are not convertible into Class B Ordinary Shares.

(3)     As a percentage of 557,737,960 total issued and outstanding Shares of the Issuer as of December 31, 2021, including 409,762,257 Class A Ordinary Shares and 147,975,703 Class B Ordinary Shares. Each Class A Ordinary Share is entitled to one vote per share, and each Class B Ordinary Share is entitled to three votes per share. Accordingly, and based on the foregoing, the Shares beneficially owned by Mr. Li represent approximately 36.9% of the aggregate voting power of the total issued and outstanding Shares of the Issuer.

Case 2:23-cv-01455-DLR   Document 12-30   Filed 02/20/24   Page 21 of 44

2

12/26/23, 2:02 PM
Case 2:23-cv-01455-DLR Document 42-30 Filed 03/20/24 Page 22 of 44
sec.gov/Archives/edgar/data/1703399/000110465922000442/tm221268d1_sc13da.htm

CUSIP NO.: 81141R 100

| (1) | NAME OF REPORTING PERSONS<br><br>Blue Dolphins Venture Inc ("Blue Dolphins") | | |
|---|---|---|---|
| (2) | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP*<br><br>(a) ☐    (b) ☒ | | |
| (3) | SEC USE ONLY | | |
| (4) | SOURCE OF FUNDS*<br><br>AF | | |
| (5) | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E)<br><br>☐ | | |
| (6) | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>British Virgin Islands | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | (7) | SOLE VOTING POWER<br><br>45,527,793 Shares | |
| | (8) | SHARED VOTING POWER<br><br>0 | |
| | (9) | SOLE DISPOSITIVE POWER<br><br>45,527,793 Shares | |
| | (10) | SHARED DISPOSITIVE POWER<br><br>0 | |
| (11) | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>45,527,793 Shares [4] | | |
| (12) | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES*<br><br>☐ | | |
| (13) | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br><br>8.2%[5] | | |
| (14) | TYPE OF REPORTING PERSON*<br><br>CO | | |

(4)    Represents 45,527,793 Class B Ordinary Shares held by the Reporting Person.
(5)    As a percentage of 557,737,960 total issued and outstanding Shares of the Issuer as of December 31, 2021.

3

**Introductory Note**

This Amendment No. 4 to Schedule 13D (this "Amendment No. 4") amends and supplements the Schedule 13D filed with the Securities and Exchange Commission on November 3, 2017, as amended by Amendment No. 1 filed on March 14, 2019, Amendment No. 2 filed on March 15, 2020 and Amendment No. 3 filed on March 10, 2021 (the "Original Schedule 13D" and, together with this Amendment No. 4, this "Schedule 13D"), and is being filed on behalf of Mr. Li and Blue Dolphins in respect of the Class A ordinary shares, par value US$0.0005 per share (the "Class A Ordinary Shares"), and Class B ordinary shares, par value US$0.0005 per share (the "Class B Ordinary Shares" and, together with the Class A Ordinary Shares, the "Shares"), of Sea Limited, an exempted company incorporated with limited liability under the laws of the Cayman Islands (the "Issuer").

Unless otherwise stated herein, the Original Schedule 13D remains in full force and effect. All capitalized terms used in this Amendment No. 4 but not defined herein shall have the meanings ascribed to them in the Original Schedule 13D.

**Item 4. Purpose of Transaction.**

Item 4 of the Schedule 13D is hereby deleted in its entirety and substituted with the following:

The information set forth or incorporated by reference in Items 3, 5 and 6 of this Schedule 13D are hereby incorporated by reference in this Item 4.

The Reporting Persons acquired the Class B Ordinary Shares over which they have sole dispositive power prior to the Issuer's initial public offering, which acquisition was financed by the personal funds of Mr. Li. These shares were acquired for investment purposes.

Mr. Li acquired the Class A Ordinary Shares over which he has sole dispositive power through the exercise of options or vesting of restricted share units granted under the 2009 share incentive plan of the Issuer. The option exercise price was financed by the personal funds of Mr. Li. The other Shares covered by this Schedule 13D are deemed beneficially owned by Mr. Li due to irrevocable voting proxies granted by various shareholders to Mr. Li.

On January 3, 2022, New York time, the Issuer issued a press release (the "Press Release") to announce that it would hold its annual general meeting of shareholders on February 14, 2022 (the "AGM"). The Issuer proposes to amend and restate its currently effective memorandum and articles of association (the "Current Articles") to increase the voting power of each Class B Ordinary Share from three (3) votes to fifteen (15) votes on all matters subject to vote at general meetings of the Company and to reflect other relevant changes (the new memorandum and articles of association being referred to as the "New Articles"). The proposal will be submitted to the AGM for shareholders to approve as a special resolution (the "Special Resolution").

According to the Press Release, each of Tencent Holdings Ltd. and its affiliates ("Tencent") has submitted to the Issuer its irrevocable notice that it will convert all the Class B ordinary shares held or beneficially owned by it to Class A ordinary shares, in accordance with the terms of the New Articles, subject to and effective immediately upon the Special Resolution being approved by the shareholders at the AGM and the substitution of the Current Articles with the New Articles. Upon effectiveness of such conversion by Tencent, all outstanding Class B ordinary shares will be beneficially owned by Mr. Li, the Issuer's founder, Chairman and CEO. Tencent has also agreed with Mr. Li to terminate its Irrevocable Proxy with Mr. Li dated September 1, 2017, subject to and immediately effective upon Tencent's conversion of its Class B ordinary shares as described above. Please refer to Item 6 for more details of the Irrevocable Proxy. In relation to such termination, the New Articles will also no longer contain a requirement that the Class B ordinary shares beneficially owned by Mr. Li shall be subject to automatic conversion upon termination of the Proxy. Both Mr. Li and, according to the Press Release, Tencent, as shareholders of all currently outstanding Class B ordinary shares, have provided their consents to the Special Resolution in accordance with the terms of the Current Articles.

The foregoing description of the Proxy Termination Agreement does not purport to be complete and is subject to, and qualified in its entirety by, the full text of such agreement, which is attached as an exhibit hereto and incorporated herein by reference.

4

Other than as set forth in this Schedule 13D, the Reporting Persons have no present plans or proposals which relate to or would result in any of the matters set forth in clauses (a) through (j) of Item 4 of Schedule 13D; provided that the Reporting Persons may, at any time, review or reconsider their position with respect to the Issuer and reserve the right to develop such plans or proposals.

**Item 5. Interest in Securities of the Issuer.**

Item 5(a), (b) and (c) of the Original Schedule 13D is hereby amended and restated in its entirety as follows:

The below table sets forth Mr. Li and Blue Dolphins' beneficial ownership as of December 31, 2021, the latest practicable date for determining their beneficial ownership:

| | | | Number of shares as to which such person has: | | | |
|---|---|---|---|---|---|---|
| Name of Reporting Person | Amount Beneficially Owned | Percent of Class | Sole Power to Vote or Direct the Vote | Shared Power to Vote or to Direct the Vote | Sole Power to Dispose or to Direct the Disposition of | Shared Power to Dispose or to Direct the Disposition of |
| Mr. Li | 143,212,547 Shares[1] | 24.2%[2] | 96,638,894 Shares | 46,573,653 Shares[3] | 58,776,624 Shares | 0 |
| Blue Dolphins | 45,527,793 Shares[4] | 8.2%[2] | 45,527,793 Shares | 0 | 45,527,793 Shares | 0 |

(1) The amount beneficially owned by Mr. Li includes (i) 45,527,793 Class B Ordinary Shares held by Blue Dolphins, (ii) 648,696 Class A Ordinary Shares beneficially owned by Mr. Li (including through an entity solely owned and controlled by Mr. Li), (iii) 12,600,000 Class A Ordinary Shares issuable upon exercise of options held by Mr. Li within 60 days from December 31, 2021, (iv) 135 Class A Ordinary Shares issuable upon vesting of restricted share units held by Mr. Li within 60 days from December 31, 2021, (v) an aggregate of 37,862,270 Class A Ordinary Shares over which Mr. Li has received irrevocable voting proxies from the respective owners of such shares (namely, certain directors and employees of the Issuer, certain affiliates of employees of the Issuer, Garena ESOP Program (PTC) Limited and a family member of Mr. Li), including 19,656,773 Class A Ordinary Shares issuable upon exercise of options within 60 days from December 31, 2021 and 1,032,760 Class A Ordinary Shares issuable upon vesting of restricted share units within 60 days from December 31, 2021, and (v) 46,573,653 Class B Ordinary Shares held by Tencent for which it has given Mr. Li an irrevocable proxy to vote such Shares under the General Proxy (as defined in Item 6) (such Class B Ordinary Shares exclude those shares covered solely by an irrevocable proxy giving Mr. Li the voting rights over matters relating to the Issuer's board size and composition under the Board Proxy (as defined in Item 6)).

(2) As a percentage of 557,737,960 total issued and outstanding Shares of the Issuer as of December 31, 2021, including 409,762,257 Class A Ordinary Shares and 147,975,703 Class B Ordinary Shares. Each Class A Ordinary Share is entitled to one vote per share, and each Class B Ordinary Share is entitled to three votes per share. Accordingly, and based on the foregoing, the Shares beneficially owned by Mr. Li represent approximately 36.9% of the aggregate voting power of the total issued and outstanding Shares of the Issuer.

(3) Represents 46,573,653 Class B Ordinary Shares that are subject to an irrevocable proxy with respect to all matters that require shareholder vote granted by Tencent to Mr. Li.

(4) Represents 45,527,793 Class B Ordinary Shares held by Blue Dolphins.

The parties to the Irrevocable Proxy may be deemed to be a "group" pursuant to Rule 13d-5 of the Exchange Act. If the parties to the Irrevocable Proxy are deemed to be a group, the members of such group would be the Reporting Persons and Tencent.

Changes in the Reporting Persons' beneficial ownership during the 60-day period prior to January 3, 2022 (the date of event of this Amendment No. 4) included:

(i)     sale of 20,000 American Depositary Shares of the Issuer (each representing one Class A Ordinary Share of the Issuer, the "ADS") beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$342.1 per share in open market transactions pursuant to a Rule 10b5-1 Sales Plan (the "Plan") on November 9, 2021;

(ii)     sale of 20,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$332.8 per share in open market transactions pursuant to the Plan on November 16, 2021;

<div style="padding-left:2em;">

(iii)      sale of 20,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$284.1 per share in open market transactions pursuant to the Plan on November 23, 2021;

(iv)      sale of 20,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$260.1 per share in open market transactions pursuant to the Plan on December 2, 2021;

(v)      sale of 20,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$254.2 per share in open market transactions pursuant to the Plan on December 7, 2021;

(vi)      sale of 20,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$220.6 per share in open market transactions pursuant to the Plan on December 15, 2021;

(vii)      sale of 20,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$220.1 per share in open market transactions pursuant to the Plan on December 21, 2021; and

(viii)      changes in the number of Class A Ordinary Shares subject to the irrevocable voting proxies granted by certain directors and employees of the Issuer, certain affiliates of employees, Garena ESOP Program (PTC) Limited and a family member of Mr. Li.

</div>

**Item 6.  Contracts, Arrangements, Understandings or Relationships with Respect to Securities of the Issuer**

Item 6 of the Original Schedule 13D is hereby amended and supplemented by adding the following:

Item 4 above summarizes certain provisions of the Proxy Termination Agreement and is incorporated herein by reference. A copy of the agreement is attached as an exhibit to this Schedule 13D and incorporated herein by reference.

**Item 7. Material to be Filed as Exhibits.**

Exhibit 99.1      Joint Filing Agreement, dated March 23, 2020, by and among the Reporting Persons (incorporated by reference to Exhibit 99.1 from the Reporting Persons' Schedule 13D Amendment No. 2 filed with the SEC on March 23, 2020)

Exhibit 99.2      Termination Agreement, dated January 3, 2022 by and among Mr. Li, on the one hand, and Tencent Holdings Limited, Tencent Limited and Tencent Growthfund Limited, on the other hand.

<div style="text-align:center;">6</div>

12/26/23, 2:02 PM
Case 2:23-cv-01455-DLR Document 42-30 Filed 02/20/24 Page 27 of 44
sec.gov/Archives/edgar/data/1703399/000110465922000442/tm221268d1_sc13da.htm

**SIGNATURE**

After reasonable inquiry and to the best of its knowledge and belief, the undersigned certify that the information set forth in this statement is true, complete and correct.

Dated: January 3, 2022

Forrest Xiaodong Li                                           /s/ Forrest Xiaodong Li

Blue Dolphins Venture Inc                              By:    /s/ Forrest Xiaodong Li
                                                                          Name: Forrest Xiaodong Li
                                                                          Title:  Director

*[Signature Page to Schedule 13D/A]*

SC 13D/A 1 tm219270d1_sc13da.htm SC 13D/A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---

# SCHEDULE 13D
Under the Securities Exchange Act of 1934
(Amendment No. 3)*

---

# Sea Limited
**(Name of Issuer)**

**Class A Ordinary Shares, par value US$0.0005 per share**
**(Title of Class of Securities)**

**81141R 100\*\***
**(CUSIP Number)**

**Forrest Xiaodong Li**
**Sea Limited**
**1 Fusionopolis Place, #17-10, Galaxis**
**Singapore 138522**
**+65 6270-8100**

*Copy to:*

**Yanjun Wang, Esq.**
**Sea Limited**
**1 Fusionopolis Place, #17-10, Galaxis**
**Singapore 138522**
**+65 6270-8100**
**(Name, Address and Telephone Number of Person Authorized to Receive Notices and Communications)**

**March 1, 2021**
**(Date of Event Which Requires Filing of this Statement)**

---

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of §§240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box. ☐

Note: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See Rule 13d-7 for other parties to whom copies are to be sent.

*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

**This CUSIP number applies to the Issuer's American depositary share, each representing one Class A ordinary share of the Issuer.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

Case 2:23-cv-01455-DLR Document 42-30 Filed 03/20/24 Page 29 of 44

CUSIP NO.: 81141R 100

| (1) | NAME OF REPORTING PERSONS<br><br>Forrest Xiaodong Li ("Mr. Li") | | |
|---|---|---|---|
| (2) | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP*<br><br>(a) ☐　(b) ☒ | | |
| (3) | SEC USE ONLY | | |
| (4) | SOURCE OF FUNDS*<br><br>PF | | |
| (5) | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E)<br><br>☐ | | |
| (6) | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>Singapore | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | (7) | SOLE VOTING POWER<br><br>91,250,784 Shares | |
| | (8) | SHARED VOTING POWER<br><br>46,573,653 Shares[1] | |
| | (9) | SOLE DISPOSITIVE POWER<br><br>59,596,219 Shares | |
| | (10) | SHARED DISPOSITIVE POWER<br><br>0 | |
| (11) | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>137,824,437 Shares[2] | | |
| (12) | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES*<br><br>☐ | | |
| (13) | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br><br>25.1%[3] | | |
| (14) | TYPE OF REPORTING PERSON*<br><br>IN | | |

----

(1)　　Represents 46,573,653 Class B ordinary shares of par value US$0.0005 per share ("Class B Ordinary Shares") of the Issuer that are subject to an irrevocable proxy with respect to all matters that require shareholder vote granted by Tencent to Mr. Li.

(2)　　The Reporting Person is deemed to beneficially own 45,722,991 Class A ordinary shares of par value US$0.0005 per share ("Class A Ordinary Shares") and 92,101,446 Class B Ordinary Shares. Class A Ordinary Shares and Class B Ordinary Shares are collectively referred to as "Shares." Each Class B Ordinary Share is convertible into one Class A Ordinary Share, whereas Class A Ordinary Shares are not convertible into Class B Ordinary Shares.

(3)　　As a percentage of 519,588,563 total issued and outstanding Shares of the Issuer as of March 5, 2021, including 367,412,860 Class A Ordinary Shares and 152,175,703 Class B Ordinary Shares. Each Class A Ordinary Share is entitled to one vote per share, and each Class B Ordinary Share is entitled to three votes per share. Accordingly, and based on the foregoing, the

Case 2:23-cv-01455-DLR Document 42-30 Filed 03/20/24 Page 31 of 44

Shares beneficially owned by the Reporting Person represent approximately 37.7% of the aggregate voting power of the total issued and outstanding Shares of the Issuer.

---

2

CUSIP NO.: 81141R 100

| (1) | NAME OF REPORTING PERSONS<br><br>Blue Dolphins Venture Inc ("Blue Dolphins") | | |
|-----|------|------|------|
| (2) | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP*<br><br>(a) ☐     (b) ☒ | | |
| (3) | SEC USE ONLY | | |
| (4) | SOURCE OF FUNDS*<br><br>AF | | |
| (5) | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E)<br><br>☐ | | |
| (6) | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>British Virgin Islands | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | (7) | SOLE VOTING POWER<br><br>45,527,793 Shares | |
| | (8) | SHARED VOTING POWER<br><br>0 | |
| | (9) | SOLE DISPOSITIVE POWER<br><br>45,527,793 Shares | |
| | (10) | SHARED DISPOSITIVE POWER<br><br>0 | |
| (11) | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>45,527,793 Shares[4] | | |
| (12) | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES*<br><br>☐ | | |
| (13) | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br><br>8.8%[5] | | |
| (14) | TYPE OF REPORTING PERSON*<br><br>CO | | |

---

(4)      Represents 45,527,793 Class B Ordinary Shares held by the Reporting Person.

(5)      As a percentage of 519,588,563 total issued and outstanding Shares of the Issuer as of March 5, 2021.

3

**Introductory Note**

This Amendment No. 3 to Schedule 13D (this "Amendment No. 3") amends and supplements the Schedule 13D filed with the Securities and Exchange Commission on November 3, 2017, as amended by Amendment No. 1 filed on March 14, 2019 and Amendment No. 2 filed on March 15, 2020 (the "Original Schedule 13D", and together with this Amendment No. 3, this "Schedule 13D"), and is being filed on behalf of Mr. Li and Blue Dolphins in respect of the Class A ordinary shares, par value US$0.0005 per share (the "Class A Ordinary Shares"), and Class B ordinary shares, par value US$0.0005 per share (the "Class B Ordinary Shares" and, together with the Class A Ordinary Shares, the "Shares"), of Sea Limited, a limited liability company organized and existing under the laws of the Cayman Islands (the "Issuer").

Unless otherwise stated herein, the Original Schedule 13D remains in full force and effect. All capitalized terms used in this Amendment No. 3 but not defined herein shall have the meanings ascribed to them in the Original Schedule 13D.

**Item 3. Source and Amount of Funds or Other Consideration.**

The second paragraph of Item 3 of the Original Schedule 13D is hereby amended and restated in its entirety as follows:

The Reporting Persons acquired the Class B ordinary shares over which they have sole dispositive power prior to the Issuer's initial public offering, which acquisition was financed by the personal funds of Mr. Li. These shares were acquired for investment purposes.

Mr. Li acquired the Class A ordinary shares over which he has sole dispositive power through the exercise of options or vesting of restricted share units granted under the 2009 share incentive plan of the Issuer. The option exercise price was financed by the personal funds of Mr. Li. The other Shares covered by this Schedule 13D are deemed beneficially owned by Mr. Li due to irrevocable voting proxies granted by various shareholders to Mr. Li.

**Item 5. Interest in Securities of the Issuer.**

Item 5(a), (b) and (c) of the Original Schedule 13D is hereby amended and restated in its entirety as follows:

The below table sets forth Mr. Li and Blue Dolphins' beneficial ownership as of March 5, 2021, the latest practicable date for determining their beneficial ownership:

| | | | Number of shares as to which such person has: | | | |
|---|---|---|---|---|---|---|
| Name of Reporting Person | Amount Beneficially Owned | Percent of Class | Sole Power to Vote or Direct the Vote | Shared Power to Vote or to Direct the Vote | Sole Power to Dispose or to Direct the Disposition of | Shared Power to Dispose or to Direct the Disposition of |
| Mr. Li | 137,824,437 Shares[1] | 25.1%[2] | 91,250,784 Shares | 46,573,653 Shares[3] | 59,596,219 Shares | 0 |
| Blue Dolphins | 45,527,793 Shares[4] | 8.8%[2] | 45,527,793 Shares | 0 | 45,527,793 Shares | 0 |

(1)     The amount beneficially owned by Mr. Li includes (i) 45,527,793 Class B Ordinary Shares held by Blue Dolphins, (ii) 668,291 Class A Ordinary Shares beneficially owned by Mr. Li (including through an entity solely owned and controlled by Mr. Li), (iii) 13,400,000 Class A Ordinary Shares issuable upon exercise of options held by Mr. Li within 60 days from March 5, 2021, (iv) 135 Class A Ordinary Shares issuable upon vesting of restricted share units held by Mr. Li within 60 days from March 5, 2021, (v) an aggregate of 31,654,565 Class A Ordinary Shares over which Mr. Li has received irrevocable voting proxies from the respective owners of such shares (namely, certain directors and employees of the Issuer, certain affiliates of employees of the Issuer, Garena ESOP Program (PTC) Limited and a family member of Mr. Li), including 15,714,464 Class A Ordinary Shares issuable upon exercise of options within 60 days from March 5, 2021 and 769,351 Class A Ordinary Shares issuable upon vesting of restricted share units within 60 days from March 5, 2021, and (vi) 46,573,653 Class B Ordinary Shares held by Tencent for which it has given Mr. Li an irrevocable proxy to vote such

12/26/23, 2:05 PM
Case 2:23-cv-01455-DLR    Document 42-30    Filed 03/20/24    Page 34 of 44
sec.gov/Archives/edgar/data/1703399/000110465921034437/tm219270d1_sc13da.htm

Shares under the General Proxy (as defined in Item 6) (such Class B Ordinary Shares exclude those shares covered solely by an irrevocable proxy giving Mr. Li the voting rights over matters relating to the Issuer's board size and composition under the Board Proxy (as defined in Item 6)).

(2)     As a percentage of 519,588,563 total issued and outstanding Shares of the Issuer as of March 5, 2021, including 367,412,860 Class A Ordinary Shares and 152,175,703 Class B Ordinary Shares. Each Class A Ordinary Share is entitled to one vote per share, and each Class B Ordinary Share is entitled to three votes per share. Accordingly, and based on the foregoing, the Shares beneficially owned by Mr. Li represent approximately 37.7% of the aggregate voting power of the total issued and outstanding Shares of the Issuer.

(3)     Represents 46,573,653 Class B Ordinary Shares that are subject to an irrevocable proxy with respect to all matters that require shareholder vote granted by Tencent to Mr. Li.

(4)     Represents 45,527,793 Class B Ordinary Shares held by Blue Dolphins.

4

The parties to the Irrevocable Proxy may be deemed to be a "group" pursuant to Rule 13d-5 of the Exchange Act. If the parties to the Irrevocable Proxy are deemed to be a group, the members of such group would be the Reporting Persons and Tencent.

Changes in the Reporting Persons' beneficial ownership during the 60-day period prior to March 1, 2021 (the date of event of this Amendment No. 3) included:

(i)      vesting of 135 restricted share units granted to Mr. Li under the 2009 share incentive plan of the Issuer on January 31, 2021;

(ii)     the expected vesting of 5,000,000 options and 135 restricted shares units on April 30, 2021 pursuant to the share incentive awards to Mr. Li under the 2009 share incentive plan of the Issuer, which is within 60 days from March 1, 2021, the date on which Mr. Li acquired beneficial ownership of such 5,000,135 Class A Ordinary Shares;

(iii)    sale of 8,000 American Depositary Shares of the Issuer (each representing one Class A Ordinary Share of the Issuer, the "ADS") beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$199.0 per share in open market transactions pursuant to a Rule 10b5-1 Sales Plan (the "Plan") on January 6, 2021;

(iv)     sale of 8,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$226.4 per share in open market transactions pursuant to the Plan on January 13, 2021;

(v)      sale of 8,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$229.1 per share in open market transactions pursuant to the Plan on January 19, 2021;

(vi)     sale of 8,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$222.9 per share in open market transactions pursuant to the Plan on January 28, 2021;

(vii)    sale of 8,000 ADSs beneficially owned by an entity solely owned and controlled by Mr. Li at an average price of US$237.7 per share in open market transactions pursuant to the Plan on February 2, 2021; and

(viii)   changes in the number of Class A ordinary shares subject to the irrevocable voting proxies granted by certain directors and employees of the Issuer, certain affiliates of employees, Garena ESOP Program (PTC) Limited and a family member of Mr. Li.

**Item 7. Material to be Filed as Exhibits.**

Exhibit 99.1      Joint Filing Agreement dated March 23, 2020 by and among the Reporting Persons (incorporated by reference to Exhibit 99.1 from the Reporting Persons' Schedule 13D Amendment No. 2 filed with the SEC on March 23, 2020)

5

**SIGNATURE**

After reasonable inquiry and to the best of its knowledge and belief, the undersigned certify that the information set forth in this statement is true, complete and correct.

Dated: March 10, 2021

| | |
|---|---|
| Forrest Xiaodong Li | /s/ Forrest Xiaodong Li |

Blue Dolphins Venture Inc

By:     /s/ Forrest Xiaodong Li
Name:   Forrest Xiaodong Li
Title:   Director

*[Signature Page to Schedule 13D/A]*

Case 2:23-cv-01455-DLR   Document 42-30   Filed 02/26/24   Page 37 of 44

SC 13D/A 1 tm2013483d1_sc13da.htm SC 13D/A

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---

## SCHEDULE 13D
Under the Securities Exchange Act of 1934
(Amendment No. 2)*

---

# Sea Limited
**(Name of Issuer)**

**Class A Ordinary Shares, par value US$0.0005 per share**
**(Title of Class of Securities)**

**81141R 100\*\***
**(CUSIP Number)**

**Forrest Xiaodong Li**
**Sea Limited**
**1 Fusionopolis Place, #17-10, Galaxis**
**Singapore 138522**
**+65 6270-8100**

*Copy to:*

**Yanjun Wang, Esq.**
**Sea Limited**
**1 Fusionopolis Place, #17-10, Galaxis**
**Singapore 138522**
**+65 6270-8100**
**(Name, Address and Telephone Number of Person Authorized to Receive Notices and Communications)**

**March 1, 2020**
**(Date of Event Which Requires Filing of this Statement)**

---

If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of §§240.13d-1(e), 240.13d-1(f) or 240.13d-1(g), check the following box. ☐

Note: Schedules filed in paper format shall include a signed original and five copies of the schedule, including all exhibits. See Rule 13d-7 for other parties to whom copies are to be sent.

\*The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

\*\*This CUSIP number applies to the Issuer's American depositary share, each representing one Class A ordinary share of the Issuer.

The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).

Case 2:23-cv-01455-DLR   Document 42-30   Filed 02/26/24   Page 38 of 44

CUSIP NO.: 81141R 100

| (1) | NAME OF REPORTING PERSONS<br><br>Forrest Xiaodong Li ("Mr. Li") | | |
|---|---|---|---|
| (2) | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP*<br><br>(a) ☐  (b) ☒ | | |
| (3) | SEC USE ONLY | | |
| (4) | SOURCE OF FUNDS*<br><br>PF | | |
| (5) | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E)<br><br>☐ | | |
| (6) | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>Singapore | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | (7) | SOLE VOTING POWER<br><br>78,443,885 Shares | |
| | (8) | SHARED VOTING POWER<br><br>46,573,653 Shares[1] | |
| | (9) | SOLE DISPOSITIVE POWER<br><br>55,587,679 Shares | |
| | (10) | SHARED DISPOSITIVE POWER<br><br>0 | |
| (11) | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>125,017,538 Shares[2] | | |
| (12) | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES*<br><br>☐ | | |
| (13) | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br><br>25.4%[3] | | |
| (14) | TYPE OF REPORTING PERSON*<br><br>IN | | |

---

(1)     Represents 46,573,653 Class B ordinary shares of par value US$0.0005 per share ("Class B Ordinary Shares") of the Issuer that are subject to an irrevocable proxy with respect to all matters that require shareholder vote granted by Tencent to Mr. Li.

(2)     The Reporting Person is deemed to beneficially own 32,916,092 Class A ordinary shares of par value US$0.0005 per share ("Class A Ordinary Shares") and 92,101,446 Class B Ordinary Shares. Class A Ordinary Shares and Class B Ordinary Shares are collectively referred to as "Shares." Each Class B Ordinary Share is convertible into one Class A Ordinary Share, whereas Class A Ordinary Shares are not convertible into Class B Ordinary Shares.

(3)     As a percentage of 466,076,180 total issued and outstanding Shares of the Issuer as of March 15, 2020, including 313,900,477 Class A Ordinary Shares and 152,175,703 Class B Ordinary Shares. Each Class A Ordinary Share is entitled to one vote per share, and each Class B Ordinary Share is entitled to three votes per share. Accordingly, and based on the foregoing, the

Case 2:23-cv-01455-DLR    Document 42-30    Filed 02/26/24    Page 40 of 44

Shares beneficially owned by the Reporting Person represent approximately 38.8 % of the aggregate voting power of the total issued and outstanding Shares of the Issuer.

---

2

---

Case 2:23-cv-01455-DLR Document 42-30 Filed 02/26/24 Page 41 of 44

CUSIP NO.: 81141R 100

| (1) | NAME OF REPORTING PERSONS<br><br>Blue Dolphins Venture Inc ("Blue Dolphins") | | |
|---|---|---|---|
| (2) | CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP*<br><br>(a) ☐    (b) ☒ | | |
| (3) | SEC USE ONLY | | |
| (4) | SOURCE OF FUNDS*<br><br>AF | | |
| (5) | CHECK IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT TO ITEMS 2(D) OR 2(E)<br><br>☐ | | |
| (6) | CITIZENSHIP OR PLACE OF ORGANIZATION<br><br>British Virgin Islands | | |
| NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH | (7) | SOLE VOTING POWER<br><br>45,527,793 Shares | |
| | (8) | SHARED VOTING POWER<br><br>0 | |
| | (9) | SOLE DISPOSITIVE POWER<br><br>45,527,793 Shares | |
| | (10) | SHARED DISPOSITIVE POWER<br><br>0 | |
| (11) | AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON<br><br>45,527,793 Shares[4] | | |
| (12) | CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES*<br><br>☐ | | |
| (13) | PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW (11)<br><br>9.8%[5] | | |
| (14) | TYPE OF REPORTING PERSON*<br><br>CO | | |

_____
(4)      Represents 45,527,793 Class B Ordinary Shares held by the Reporting Person.
(5)      As a percentage of 466,076,180 total issued and outstanding Shares of the Issuer as of March 15, 2020.

3

Case 2:23-cv-01455-DLR    Document 42-30    Filed 02/26/24    Page 42 of 44

**Introductory Note**

This Amendment No. 2 to Schedule 13D (this "Amendment No. 2") amends and supplements the Schedule 13D filed with the Securities and Exchange Commission on November 3, 2017, as amended by Amendment No. 1 to the Initial Filing filed on March 14, 2019 (the "Original Schedule 13D"), and is being filed on behalf of Mr. Li and Blue Dolphins in respect of the Class A ordinary shares, par value US$0.0005 per share (the "Class A Ordinary Shares"), and Class B ordinary shares, par value US$0.0005 per share (the "Class B Ordinary Shares" and, together with the Class A Ordinary Shares, the "Shares"), of Sea Limited, a limited liability company organized and existing under the laws of the Cayman Islands (the "Issuer").

Unless otherwise stated herein, the Original Schedule 13D remains in full force and effect. All capitalized terms used in this Amendment No. 2 but not defined herein shall have the meanings ascribed to them in the Original Schedule 13D.

**Item 5. Interest in Securities of the Issuer.**

Item 5(a) and (b) of the Original Schedule 13D is hereby amended and restated in its entirety as follows:

The below table sets forth Mr. Li and Blue Dolphins' beneficial ownership as of March 15, 2020, the latest practicable date for determining their beneficial ownership:

| Name of Reporting Person | Amount Beneficially Owned | Percent of Class | Number of shares as to which such person has: | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Sole Power to Vote or Direct the Vote | Shared Power to Vote or to Direct the Vote | Sole Power to Dispose or to Direct the Disposition of | Shared Power to Dispose or to Direct the Disposition of |
| Mr. Li | 125,017,538 Shares[1] | 25.4%[2] | 78,443,885 Shares | 46,573,653 Shares[3] | 55,587,679 Shares | 0 |
| Blue Dolphins | 45,527,793 Shares[4] | 9.8%[2] | 45,527,793 Shares | 0 | 45,527,793 Shares | 0 |

(1)   The amount beneficially owned by Mr. Li includes (i) 45,527,793 Class B Ordinary Shares held by Blue Dolphins, (ii) 459,750 Class A Ordinary Shares beneficially owned by Mr. Li, (iii) 9,600,000 Class A Ordinary Shares issuable upon exercise of options held by Mr. Li within 60 days from March 15, 2020, (iv) 136 Class A Ordinary Shares issuable upon vesting of restricted share units held by Mr. Li within 60 days from March 15, 2020, (v) an aggregate of 22,856,206 Class A Ordinary Shares held by the directors and employees of the Issuer and Garena ESOP Program (PTC) Limited that have given Mr. Li an irrevocable proxy to vote such shares, including 16,581,313 Class A Ordinary Shares issuable upon exercise of options within 60 days from March 15, 2020 and 472,350 Class A Ordinary Shares issuable upon vesting of restricted shares and restricted share units within 60 days from March 15, 2020, and (vi) 46,573,653 Class B Ordinary Shares held by Tencent for which it has given Mr. Li an irrevocable proxy to vote such Shares under the General Proxy (as defined in Item 6) (such Class B Ordinary Shares exclude those shares covered solely by an irrevocable proxy giving Mr. Li the voting rights over matters relating to the Issuer's board size and composition under the Board Proxy (as defined in Item 6)).

(2)   As a percentage of 466,076,180 total issued and outstanding Shares of the Issuer as of March 15, 2020, including 313,900,477 Class A Ordinary Shares and 152,175,703 Class B Ordinary Shares. Each Class A Ordinary Share is entitled to one vote per share, and each Class B Ordinary Share is entitled to three votes per share. Accordingly, and based on the foregoing, the Shares beneficially owned by Mr. Li represent approximately 38.8% of the aggregate voting power of the total issued and outstanding Shares of the Issuer.

(3)   Represents 46,573,653 Class B Ordinary Shares that are subject to an irrevocable proxy with respect to all matters that require shareholder vote granted by Tencent to Mr. Li.

(4)   Represents 45,527,793 Class B Ordinary Shares held by Blue Dolphins.

The parties to the Irrevocable Proxy may be deemed to be a "group" pursuant to Rule 13d-5 of the Exchange Act. If the parties to the Irrevocable Proxy are deemed to be a group, the members of such group would be the Reporting Persons and Tencent.

4

Changes in the Reporting Persons' beneficial ownership during the 60-day period prior to March 15, 2020 included:

(i)                vesting of 135 restricted share units granted to Mr. Li under the 2009 share incentive plan of the Issuer on January 31, 2020;

(ii)              the expected vesting of 5 million options and 136 restricted shares units on April 30, 2020 pursuant to the share incentive awards to Mr. Li under the 2009 share incentive plan of the Issuer, which is within 60 days from March 15, 2020;

(iii)            sale of 16,000 American Depositary Shares of the Issuer (each representing one Class A Ordinary Share of the Issuer, the "ADS") beneficially owned by Mr. Li at an average price of US$40.6 per share in open market transactions pursuant to a Rule 10b5-1 Sales Plan (the "Plan") on January 15, 2020;

(iv)             sale of 16,000 ADSs beneficially owned by Mr. Li at an average price of US$44.6 per share in open market transactions pursuant to the Plan on January 23, 2020;

(v)               sale of 16,000 ADSs beneficially owned by Mr. Li at an average price of US$45.1 per share in open market transactions pursuant to the Plan on January 30, 2020;

(vi)             sale of 16,000 ADSs beneficially owned by Mr. Li at an average price of US$46.2 per share in open market transactions pursuant to the Plan on February 5, 2020;

(vii)           sale of 16,000 ADSs beneficially owned by Mr. Li at an average price of US$46.8 per share in open market transactions pursuant to the Plan on February 12, 2020;

(viii)         sale of 16,000 ADSs beneficially owned by Mr. Li at an average price of US$51.8 per share in open market transactions pursuant to the Plan on February 21, 2020;

(ix)             sale of 16,000 ADSs beneficially owned by Mr. Li at an average price of US$48.1 per share in open market transactions pursuant to the Plan on February 24, 2020;

(x)               sale of 16,000 ADSs beneficially owned by Mr. Li at an average price of US$52.0 per share in open market transactions pursuant to the Plan on March 5, 2020;

(xi)             sale of 16,000 ADSs beneficially owned by Mr. Li at an average price of US$43.5 per share in open market transactions pursuant to the Plan on March 13, 2020; and

(xii)           changes in the number of shares subject to the irrevocable voting proxies granted by the directors and employees of the Issuer and Garena ESOP Program (PTC) Limited to Mr. Li.

## Item 7. Material to be Filed as Exhibits.

Exhibit 99.1         Joint Filing Agreement dated March 23, 2020 by and among the Reporting Persons

<div align="center">5</div>

Case 2:23-cv-01455-DLR   Document 42-30   Filed 02/26/24   Page 44 of 44

**SIGNATURE**

After reasonable inquiry and to the best of its knowledge and belief, the undersigned certify that the information set forth in this statement is true, complete and correct.

Dated: March 23, 2020

| | |
|---|---|
| Forrest Xiaodong Li | /s/ Forrest Xiaodong Li |
| | |
| Blue Dolphins Venture Inc | By: /s/ Forrest Xiaodong Li |
| | Name: Forrest Xiaodong Li |
| | Title: Director |

*[Signature Page to Schedule 13D/A]*