# EXHIBIT 23

EX-99.1 2 tm2231418d1_ex99-1.htm EXHIBIT 99.1

**Exhibit 99.1**

### PDD Announces Third Quarter 2022 Unaudited Financial Results

SHANGHAI, November 28, 2022 (GLOBE NEWSWIRE) – PDD (the "Company") (NASDAQ: PDD), today announced its unaudited financial results for the third quarter ended September 30, 2022.

**Third Quarter 2022 Highlights**

- **Total revenues** in the quarter were RMB35,504.3 million (US$[1]4,991.1 million), an increase of 65% from RMB21,505.8 million in the same quarter of 2021.

- **Operating profit** in the quarter was RMB10,436.6 million (US$1,467.2 million), an increase of 388% from RMB2,139.3 million in the same quarter of 2021. **Non-GAAP[2] operating profit** in the quarter was RMB12,301.5 million (US$1,729.3 million), an increase of 277% from RMB3,260.7 million in the same quarter of 2021.

- **Net income attributable to ordinary shareholders** in the quarter was RMB10,588.6 million (US$1,488.5 million), an increase of 546% from RMB1,640.0 million in the same quarter of 2021. **Non-GAAP net income attributable to ordinary shareholders** in the quarter was RMB12,447.2 million (US$1,749.8 million), an increase of 295% from RMB3,150.2 million in the same quarter of 2021.

"We continued to deepen our value creation in the third quarter," said Mr. Lei Chen, Chairman and Chief Executive Officer of PDD. "We will increase our R&D investment to further enhance the supply chain efficiency and agricultural digital inclusion."

"Investment in certain projects was affected in the third quarter," said Ms. Jun Liu, VP of Finance of PDD. "We will continue to step up our investment in R&D and create long-term value through innovations."

---

[1] This announcement contains translations of certain Renminbi (RMB) amounts into U.S. dollars (US$) at a specified rate solely for the convenience of the reader. Unless otherwise noted, the translation of RMB into US$ has been made at RMB7.1135 to US$1.00, the noon buying rate in effect on September 30, 2022 as set forth in the H.10 Statistical Release of the Federal Reserve Board.

[2] The Company's non-GAAP financial measures exclude share-based compensation expenses, fair value change of long-term investments, and interest expenses related to the convertible bonds' amortization to face value and gain or loss on extinguishment. See "Reconciliation of Non- GAAP Measures to The Most Directly Comparable GAAP Measures" set forth at the end of this press release.

1

**Third Quarter 2022 Unaudited Financial Results**

**Total revenues** were RMB35,504.3 million (US$4,991.1 million), an increase of 65% from RMB21,505.8 million in the same quarter of 2021. The increase was primarily due to an increase in revenues from online marketing services and transaction services, offset by the decrease of revenues from merchandise sales.

- **Revenues from online marketing services and others** were RMB28,425.6 million (US$3,996.0 million), an increase of 58% from RMB17,946.5 million in the same quarter of 2021.

- **Revenues from transaction services** were RMB7,022.3 million (US$987.2 million), an increase of 102% from RMB3,477.1 million in the same quarter of 2021.

- **Revenues from merchandise sales** were RMB56.4 million (US$7.9 million), a decrease of 31% from RMB82.1 million in the same quarter of 2021.

**Total costs of revenues** were RMB7,414.1 million (US$1,042.3 million), an increase of 13% from RMB6,558.6 million in the same quarter of 2021. The increase mainly came from increased fulfillment fees and payment processing fees.

**Total operating expenses** were RMB17,653.6 million (US$2,481.7 million), an increase of 38% from RMB12,807.8 million in the same quarter of 2021.

- **Sales and marketing expenses** were RMB14,048.8 million (US$1,975.0 million), an increase of 40% from RMB10,050.6 million in the same quarter of 2021, mainly due to increased spending in promotion and advertising activities.

- **General and administrative expenses** were RMB906.6 million (US$127.4 million), an increase of 171% from RMB334.8 million in the same quarter of 2021, primarily due to an increase in staff related costs.

- **Research and development expenses** were RMB2,698.2 million (US$379.3 million), an increase of 11% from RMB2,422.4 million in the same quarter of 2021. The increase was primarily due to an increase in headcount and the recruitment of more experienced R&D personnel.

**Operating profit** in the quarter was RMB10,436.6 million (US$1,467.2 million), an increase of 388% from RMB2,139.3 million in the same quarter of 2021. **Non-GAAP operating profit** in the quarter was RMB12,301.5 million (US$1,729.3 million), an increase of 277% from RMB3,260.7 million in the same quarter of 2021.

**Net income attributable to ordinary shareholders** in the quarter was RMB10,588.6 million (US$1,488.5 million), an increase of 546% from RMB1,640.0 million in the same quarter of 2021. **Non-GAAP net income attributable to ordinary shareholders** in the quarter was RMB12,447.2 million (US$1,749.8 million), an increase of 295% from RMB3,150.2 million in the same quarter of 2021.

2

2/19/24, 3:51 PM
Case 2:23-cv-01455-DLR   Document 42-23   Filed 02/26/24   Page 4 of 15
sec.gov/Archives/edgar/data/1737806/000110465922122478/...d1_ex99-1.htm

**Basic earnings per ADS** was RMB8.38 (US$1.18) and **diluted earnings per ADS** was RMB7.34 (US$1.03), compared with basic earnings per ADS of RMB1.31 and diluted earnings per ADS of RMB1.15 in the same quarter of 2021. **Non-GAAP diluted earnings per ADS** was RMB8.62 (US$1.21), compared with RMB2.18 in the same quarter of 2021.

**Net cash flow provided by operating activities** was RMB11,651.8 million (US$1,638.0 million), compared with RMB8,736.6 million in the same quarter of 2021, mainly due to the increase in net income and the changes in working capitals.

**Cash, cash equivalents and short-term investments** were RMB137.8 billion (US$19.4 billion) as of September 30, 2022, compared with RMB92.9 billion as of December 31, 2021.

3

2/19/24, 3:51 PM
Case 2:23-cv-01455-DLR   Document 42-23   Filed 12/26/22   Page 5 of 15
sec.gov/Archives/edgar/data/1737806/000110465922122478/tm2231418d1_ex99-1.htm

## Conference Call

The Company will host a conference call to discuss the earnings at 7:30 AM U.S. Eastern Time on Monday, November 28, 2022 (8:30 PM Beijing/Hong Kong Time on Monday, November 28, 2022).

The conference call will be webcast live at https://investor.pddholdings.com/investor-events. The webcast will be available for replay at the same website following the conclusion of the call.

## Use of Non-GAAP Financial Measures

In evaluating the business, the Company considers and uses non-GAAP measures, such as non-GAAP operating profit and non-GAAP net income attributable to ordinary shareholders, as supplemental measures to review and assess operating performance. The presentation of these non-GAAP financial measures is not intended to be considered in isolation or as a substitute for the financial information prepared and presented in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The Company's non-GAAP financial measures exclude share-based compensation expenses, fair value change of long-term investments, and interest expenses related to the convertible bonds' amortization to face value and gain or loss on extinguishment.

The Company presents these non-GAAP financial measures because they are used by management to evaluate operating performance and formulate business plans. The Company believes that the non-GAAP financial measures help identify underlying trends in its business by excluding the impact of share-based compensation expenses, fair value change of long-term investments, and interest expenses related to the convertible bonds' amortization to face value and gain or loss on extinguishment, which are non-cash charges. The Company also believes that the non-GAAP financial measures could provide further information about the Company's results of operations, and enhance the overall understanding of the Company's past performance and future prospects.

The non-GAAP financial measures are not defined under U.S. GAAP and are not presented in accordance with U.S. GAAP. The non-GAAP financial measures have limitations as analytical tools. The Company's non-GAAP financial measures do not reflect all items of income and expenses that affect the Company's operations and do not represent the residual cash flow available for discretionary expenditures. Further, these non-GAAP measures may differ from the non-GAAP information used by other companies, including peer companies, and therefore their comparability may be limited. The Company compensates for these limitations by reconciling the non-GAAP financial measures to the nearest U.S. GAAP performance measure, all of which should be considered when evaluating performance. The Company encourages you to review the Company's financial information in its entirety and not rely on a single financial measure.

For more information on the non-GAAP financial measures, please see the table captioned "Reconciliation of Non-GAAP Measures to The Most Directly Comparable GAAP Measures" set forth at the end of this press release.

4

**Safe Harbor Statements**

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "aims," "future," "intends," "plans," "believes," "estimates," "confident," "potential," "continue" or other similar expressions. Among other things, the business outlook and quotations from management in this announcement, as well as the Company's strategic and operational plans, contain forward-looking statements. The Company may also make written or oral forward-looking statements in its periodic reports to the U.S. Securities and Exchange Commission (the "SEC"), in its annual report to shareholders, in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Statements that are not historical facts, including but not limited to statements about the Company's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. A number of factors could cause actual results to differ materially from those contained in any forward-looking statement, including but not limited to the following: the Company's growth strategies; its future business development, results of operations and financial condition; its ability to understand buyer needs and provide products and services to attract and retain buyers; its ability to maintain and enhance the recognition and reputation of its brand; its ability to rely on merchants and third-party logistics service providers to provide delivery services to buyers; its ability to maintain and improve quality control policies and measures; its ability to establish and maintain relationships with merchants; trends and competition in China's and global e-commerce markets; changes in its revenues and certain cost or expense items; the expected growth of China's and global e-commerce markets; PRC governmental policies and regulations relating to the Company's industry, and general economic and business conditions globally and in China and assumptions underlying or related to any of the foregoing. Further information regarding these and other risks is included in the Company's filings with the SEC. All information provided in this press release and in the attachments is as of the date of this press release, and the Company undertakes no obligation to update any forward-looking statement, except as required under applicable law.

5

**About PDD**

PDD is a multinational commerce group that owns and operates a portfolio of businesses. PDD aims to bring more businesses and people into the digital economy so that local communities and small businesses can benefit from the increased productivity and convenience through new opportunities.

For more information, please visit www.pddholdings.com.

**For investor and media inquiries, please contact:**

investor@pddholdings.com
media@pddholdings.com

6

PDD
CONDENSED CONSOLIDATED BALANCE SHEETS
(Amounts in thousands of Renminbi ("RMB") and U.S. dollars ("US$"))

| | December 31, 2021 | September 30, 2022 | |
| --- | --- | --- | --- |
| | RMB | RMB | US$ |
| | | (Unaudited) | |
| **ASSETS** | | | |
| **Current assets** | | | |
| Cash and cash equivalents | 6,426,715 | 25,601,547 | 3,599,009 |
| Restricted cash | 59,617,256 | 48,808,388 | 6,861,375 |
| Receivables from online payment platforms | 673,737 | 476,329 | 66,961 |
| Short-term investments | 86,516,618 | 112,207,949 | 15,773,944 |
| Amounts due from related parties | 4,250,155 | 4,680,281 | 657,943 |
| Prepayments and other current assets | 3,424,687 | 1,795,802 | 252,448 |
| **Total current assets** | **160,909,168** | **193,570,296** | **27,211,680** |
| | | | |
| **Non-current assets** | | | |
| Property, equipment and software, net | 2,203,323 | 1,148,010 | 161,385 |
| Intangible assets | 701,220 | 297,856 | 41,872 |
| Right-of-use assets | 938,537 | 1,235,435 | 173,675 |
| Deferred tax assets | 31,504 | 27,707 | 3,895 |
| Other non-current assets | 16,425,966 | 12,828,680 | 1,803,427 |
| **Total non-current assets** | **20,300,550** | **15,537,688** | **2,184,254** |
| | | | |
| **Total Assets** | **181,209,718** | **209,107,984** | **29,395,934** |

7

PDD
CONDENSED CONSOLIDATED BALANCE SHEETS
(Amounts in thousands of Renminbi ("RMB") and U.S. dollars ("US$"))

| | As of | | |
| --- | --- | --- | --- |
| | December 31, 2021 | September 30, 2022 | |
| | RMB | RMB | US$ |
| | | (Unaudited) | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | | |
| **Current liabilities** | | | |
| Amounts due to related parties | 1,963,007 | 2,600,563 | 365,581 |
| Customer advances and deferred revenues | 1,166,764 | 1,391,560 | 195,622 |
| Payable to merchants | 62,509,714 | 51,562,514 | 7,248,543 |
| Accrued expenses and other liabilities | 14,085,513 | 14,242,036 | 2,002,114 |
| Merchant deposits | 13,577,552 | 15,122,695 | 2,125,915 |
| Lease liabilities | 427,164 | 512,838 | 72,094 |
| **Total current liabilities** | **93,729,714** | **85,432,206** | **12,009,869** |
| | | | |
| **Non-current liabilities** | | | |
| Convertible bonds[3] | 11,788,907 | 15,749,603 | 2,214,044 |
| Lease liabilities | 544,263 | 750,257 | 105,469 |
| Deferred tax liabilities | 31,291 | 46,047 | 6,473 |
| Other non-current liabilities | 996 | - | - |
| **Total non-current liabilities** | **12,365,457** | **16,545,907** | **2,325,986** |
| | | | |
| **Total Liabilities** | **106,095,171** | **101,978,113** | **14,335,855** |
| | | | |
| | | | |
| **Shareholders' equity** | | | |
| Ordinary shares | 161 | 162 | 23 |
| Additional paid-in capital[3] | 95,340,819 | 96,754,398 | 13,601,518 |
| Accumulated other comprehensive (loss)/ income[3] | (2,519,900) | 4,630,973 | 651,012 |
| Accumulated (deficits)/ surplus[3] | (17,706,533) | 5,744,338 | 807,526 |
| **Total Shareholders' Equity** | **75,114,547** | **107,129,871** | **15,060,079** |
| | | | |
| **Total Liabilities and Shareholders' Equity** | **181,209,718** | **209,107,984** | **29,395,934** |

[3] The Company adopted ASU No. 2020-06, Accounting for Convertible Instruments and Contracts in an Entity's Own Equity ("ASU 2020-06") on January 1, 2022, using the modified retrospective method with a cumulative-effect adjustment to the opening balance of convertible bonds, additional paid-in capital, accumulated other comprehensive income/ (loss) and accumulated surplus/ (deficits).

8

PDD
CONDENSED CONSOLIDATED STATEMENTS OF INCOME
(Amounts in thousands of RMB and US$)

| | For the three months ended September 30, | | | For the nine months ended September 30, | | |
|---|---|---|---|---|---|---|
| | **2021** | **2022** | | **2021** | **2022** | |
| | **RMB** | **RMB** | **US$** | **RMB** | **RMB** | **US$** |
| | **(Unaudited)** | **(Unaudited)** | **(Unaudited)** | **(Unaudited)** | **(Unaudited)** | **(Unaudited)** |
| Revenues | 21,505,758 | 35,504,304 | 4,991,116 | 66,719,077 | 90,737,561 | 12,755,684 |
| Costs of revenues | (6,558,648) | (7,414,132) | (1,042,262) | (25,202,584) | (22,535,593) | (3,168,004) |
| **Gross profit** | **14,947,110** | **28,090,172** | **3,948,854** | **41,516,493** | **68,201,968** | **9,587,680** |
| | | | | | | |
| Sales and marketing expenses | (10,050,611) | (14,048,820) | (1,974,952) | (33,435,891) | (36,611,335) | (5,146,740) |
| General and administrative expenses | (334,806) | (906,573) | (127,444) | (1,120,812) | (2,324,408) | (326,760) |
| Research and development expenses | (2,422,421) | (2,698,166) | (379,302) | (6,969,995) | (7,978,039) | (1,121,534) |
| **Total operating expenses** | **(12,807,838)** | **(17,653,559)** | **(2,481,698)** | **(41,526,698)** | **(46,913,782)** | **(6,595,034)** |
| | | | | | | |
| **Operating profit/ (loss)** | **2,139,272** | **10,436,613** | **1,467,156** | **(10,205)** | **21,288,186** | **2,992,646** |
| | | | | | | |
| Interest and investment income, net | 631,913 | 1,092,150 | 153,532 | 2,147,019 | 2,645,402 | 371,885 |
| Interest expenses | (298,431) | (13,646) | (1,918) | (927,886) | (39,434) | (5,544) |
| Foreign exchange (loss)/ gain | (10,433) | 53,374 | 7,503 | 23,645 | (125,891) | (17,697) |
| Other (loss)/ income, net | (52,606) | 546,528 | 76,829 | 541,169 | 2,052,533 | 288,540 |
| | | | | | | |
| **Profit before income tax and share of results of equity investees** | **2,409,715** | **12,115,019** | **1,703,102** | **1,773,742** | **25,820,796** | **3,629,830** |
| Share of results of equity investees | 85,011 | 10,732 | 1,509 | 230,148 | (76,377) | (10,737) |
| Income tax expenses | (854,766) | (1,537,177) | (216,093) | (854,766) | (3,660,054) | (514,522) |
| **Net income** | **1,639,960** | **10,588,574** | **1,488,518** | **1,149,124** | **22,084,365** | **3,104,571** |

9

PDD
CONDENSED CONSOLIDATED STATEMENTS OF INCOME
(Amounts in thousands of RMB and US$, except for per share data)

| | For the three months ended September 30, | | | For the nine months ended September 30, | | |
| | **2021** | **2022** | | **2021** | **2022** | |
| | **RMB** **(Unaudited)** | **RMB** **(Unaudited)** | **US$** **(Unaudited)** | **RMB** **(Unaudited)** | **RMB** **(Unaudited)** | **US$** **(Unaudited)** |
|---|---|---|---|---|---|---|
| **Net income** | 1,639,960 | 10,588,574 | 1,488,518 | 1,149,124 | 22,084,365 | 3,104,571 |
| **Net income attributable to ordinary shareholders** | 1,639,960 | 10,588,574 | 1,488,518 | 1,149,124 | 22,084,365 | 3,104,571 |
| **Earnings per ordinary share:** | | | | | | |
| -Basic | 0.33 | 2.10 | 0.29 | 0.23 | 4.38 | 0.62 |
| -Diluted | 0.29 | 1.84 | 0.26 | 0.20 | 3.86 | 0.54 |
| **Earnings per ADS (4 ordinary shares equals 1 ADS ):** | | | | | | |
| -Basic | 1.31 | 8.38 | 1.18 | 0.92 | 17.52 | 2.46 |
| -Diluted | 1.15 | 7.34 | 1.03 | 0.80 | 15.43 | 2.17 |
| **Weighted average number of outstanding ordinary shares (in thousands):** | | | | | | |
| -Basic | 5,021,164 | 5,051,256 | 5,051,256 | 5,006,285 | 5,043,522 | 5,043,522 |
| -Diluted | 5,703,986 | 5,776,165 | 5,776,165 | 5,715,932 | 5,733,453 | 5,733,453 |

10

PDD
NOTES TO FINANCIAL INFORMATION
(Amounts in thousands of RMB and US$)

| | For the three months ended September 30, | | | For the nine months ended September 30, | | |
|---|---|---|---|---|---|---|
| | **2021** | **2022** | | **2021** | **2022** | |
| | **RMB (Unaudited)** | **RMB (Unaudited)** | **US$ (Unaudited)** | **RMB (Unaudited)** | **RMB (Unaudited)** | **US$ (Unaudited)** |
| **Revenues** | | | | | | |
| - Online marketing services and others | 17,946,496 | 28,425,645 | 3,996,014 | 50,138,401 | 71,756,721 | 10,087,399 |
| - Transaction services | 3,477,147 | 7,022,252 | 987,173 | 9,416,260 | 18,829,866 | 2,647,061 |
| - Merchandise sales | 82,115 | 56,407 | 7,929 | 7,164,416 | 150,974 | 21,224 |
| **Total** | **21,505,758** | **35,504,304** | **4,991,116** | **66,719,077** | **90,737,561** | **12,755,684** |

11

PDD
NOTES TO FINANCIAL INFORMATION
(Amounts in thousands of RMB and US$)

| | For the three months ended September 30, | | | For the nine months ended September 30, | | |
|---|---|---|---|---|---|---|
| | **2021** | **2022** | | **2021** | **2022** | |
| | **RMB (Unaudited)** | **RMB (Unaudited)** | **US$ (Unaudited)** | **RMB (Unaudited)** | **RMB (Unaudited)** | **US$ (Unaudited)** |
| **Share-based compensation costs included in:** | | | | | | |
| Costs of revenues | 9,089 | 5,841 | 821 | 20,895 | 22,011 | 3,094 |
| Sales and marketing expenses | 384,704 | 608,462 | 85,536 | 1,067,727 | 1,623,126 | 228,175 |
| General and administrative expenses | 156,731 | 680,252 | 95,628 | 568,266 | 1,724,567 | 242,436 |
| Research and development expenses | 570,929 | 570,327 | 80,176 | 1,625,137 | 1,862,276 | 261,795 |
| **Total** | **1,121,453** | **1,864,882** | **262,161** | **3,282,025** | **5,231,980** | **735,500** |

12

PDD
CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(Amounts in thousands of RMB and US$)

| | For the three months ended September 30, | | | For the nine months ended September 30, | | |
|---|---|---|---|---|---|---|
| | 2021 | 2022 | | 2021 | 2022 | |
| | RMB (Unaudited) | RMB (Unaudited) | US$ (Unaudited) | RMB (Unaudited) | RMB (Unaudited) | US$ (Unaudited) |
| Net cash generated from operating activities | 8,736,568 | 11,651,823 | 1,637,990 | 12,383,236 | 21,957,598 | 3,086,752 |
| Net cash used in investing activities | (13,764,757) | (356,394) | (50,102) | (22,869,860) | (13,801,754) | (1,940,220) |
| Net cash generated from/ (used in) financing activities | 146 | 258 | 36 | (1,875,347) | 569 | 80 |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | 22,160 | 250,227 | 35,176 | (118,703) | 209,551 | 29,458 |
| (Decrease)/ increase in cash, cash equivalents and restricted cash | (5,005,883) | 11,545,914 | 1,623,100 | (12,480,674) | 8,365,964 | 1,176,070 |
| **Cash, cash equivalents and restricted cash at beginning of period** | **67,368,845** | **62,864,021** | **8,837,284** | **74,843,636** | **66,043,971** | **9,284,314** |
| **Cash, cash equivalents and restricted cash at end of period** | **62,362,962** | **74,409,935** | **10,460,384** | **62,362,962** | **74,409,935** | **10,460,384** |

13

Case 2:23-cv-01455-DLR   Document 42-23   Filed 02/26/24   Page 15 of 15

PDD
RECONCILIATION OF NON-GAAP MEASURES TO THE MOST DIRECTLY COMPARABLE GAAP MEASURES
(Amounts in thousands of RMB and US$, except for per share data)

| | For the three months ended September 30, | | | For the nine months ended September 30, | | |
|---|---|---|---|---|---|---|
| | 2021 | 2022 | | 2021 | 2022 | |
| | RMB (Unaudited) | RMB (Unaudited) | US$ (Unaudited) | RMB (Unaudited) | RMB (Unaudited) | US$ (Unaudited) |
| Operating profit/ (loss) | 2,139,272 | 10,436,613 | 1,467,156 | (10,205) | 21,288,186 | 2,992,646 |
| Add: Share-based compensation | 1,121,453 | 1,864,882 | 262,161 | 3,282,025 | 5,231,980 | 735,500 |
| **Non-GAAP operating profit** | **3,260,725** | **12,301,495** | **1,729,317** | **3,271,820** | **26,520,166** | **3,728,146** |
| | | | | | | |
| Net income attributable to ordinary shareholders | 1,639,960 | 10,588,574 | 1,488,518 | 1,149,124 | 22,084,365 | 3,104,571 |
| Add: Share-based compensation | 1,121,453 | 1,864,882 | 262,161 | 3,282,025 | 5,231,980 | 735,500 |
| Add: Interest expense related to convertible bonds' amortization to face value and gain or loss on extinguishment, net | 298,443 | 13,646 | 1,918 | 915,917 | 39,434 | 5,544 |
| Add: Loss/ (gain) from fair value changes of long-term investments | 90,300 | (19,886) | (2,796) | 38,064 | 68,173 | 9,584 |
| **Non-GAAP net income attributable to ordinary shareholders** | **3,150,156** | **12,447,216** | **1,749,801** | **5,385,130** | **27,423,952** | **3,855,199** |
| | | | | | | |
| Non-GAAP diluted weighted-average number of ordinary shares outstanding (in thousands) | 5,767,207 | 5,776,165 | 5,776,165 | 5,789,157 | 5,733,453 | 5,733,453 |
| | | | | | | |
| Diluted earnings per ordinary share | 0.29 | 1.84 | 0.26 | 0.20 | 3.86 | 0.54 |
| Add: Non-GAAP adjustments to earnings per ordinary share | 0.26 | 0.31 | 0.04 | 0.73 | 0.92 | 0.13 |
| Non-GAAP diluted earnings per ordinary share | 0.55 | 2.15 | 0.30 | 0.93 | 4.78 | 0.67 |
| Non-GAAP diluted earnings per ADS | 2.18 | 8.62 | 1.21 | 3.72 | 19.13 | 2.69 |

14