**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
John C. Gray (Bar No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311
Facsimile: (602) 262-5747
Email: jgray@lewisroca.com

**SHEARMAN & STERLING LLP**
Adam S. Hakki (admitted *pro hac vice*)
Daniel C. Lewis (admitted *pro hac vice*)
Joshua T. Ebersole (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Email: ahakki@shearman.com
        daniel.lewis@shearman.com
        joshua.ebersole@shearman.com

*Counsel for Defendants Sea Limited, Forrest Li, Tony Hou, Yanjun Wang, Gang Ye, and David Chen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al., <br><br> Plaintiff, <br><br> v. <br><br> Sea Limited, et al., <br><br> Defendants. | Case No. 2:23-CV-01455-DLR <br><br> Consolidated with: <br> Case No. CV-23-01889-PHX-DLR <br><br> **INDIVIDUAL DEFENDANTS' JOINDER IN DEFENDANT SEA LIMITED'S MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

Defendants Forrest Li, Tony Hou, Yanjun Wang, Gang Ye, and David Chen (collectively, the "Individual Defendants") respectfully submit that the claims against them should be dismissed for failure to state a claim for the reasons set forth in Defendant Sea Limited's Motion to Dismiss and Memorandum of Points and Authorities in Support Thereof (ECF No. 41) (the "Motion to Dismiss") and hereby join that motion.

The Individual Defendants further make this supplemental submission for the sole purpose of reserving expressly all defenses based on personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure. *See McCurley v. Royal Seas Cruises, Inc.*, 2019 WL 3006469, at *4 (S.D. Cal. July 10, 2019) (noting that "Rule 12(h) does not demand much for a party to properly raise and preserve" a personal jurisdiction defense, and that "a defendant need only 'simply invoke[e] this defense' in its first defensive move to place a plaintiff on 'fair notice' that the defense will be raised") (quoting *Rosen v. Masterpiece Mktg. Grp., LLC*, 222 F. Supp. 3d 793, 803 (C.D. Cal. 2016)); *see also Mattel, Inc. v. Barbie-Club.com*, 310 F.3d 293, 307 (2d Cir. 2002) ("[T]o preserve the defense of lack of personal jurisdiction, a defendant need only state the defense in its first responsive filing and need not articulate the defense with any rigorous degree of specificity."). Because the Motion to Dismiss for failure to state a claim, if granted, would render questions of personal jurisdiction moot, deferring any consideration of personal jurisdiction would reserve judicial and party resources.

Dated: March 18, 2024                  **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

*/s/ John C. Gray*

John C. Gray (Arizona Bar. No. 028454)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5311
Facsimile: (602) 262-5747
Email: jgray@lewisroca.com

**SHEARMAN & STERLING LLP**

Adam S. Hakki (admitted *pro hac vice*)
Daniel C. Lewis (admitted *pro hac vice*)
Joshua T. Ebersole (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Email: ahakki@shearman.com
          daniel.lewis@shearman.com
          joshua.ebersole@shearman.com

*Counsel for Defendants Sea Limited, Forrest Li, Tony Hou, Yanjun Wang, Gang Ye, and David Chen*