ZIMMERMAN REED, LLP
HART L. ROBINOVITCH
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ  85254
Telephone:  480/348-6400
480/348-6415 (fax)
hart.robinovitch@zimmreed.com

Local Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
    & DOWD LLP
TOR GRONBORG (admitted *pro hac vice*)
J. MARCO JANOSKI GRAY (admitted *pro hac vice*)
T. ALEX B. FOLKERTH (admitted *pro hac vice*)
JESSICA E. ROBERTSON (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
torg@rgrdlaw.com
mjanoski@rgrdlaw.com
afolkerth@rgrdlaw.com
jrobertson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Sea Limited, et al., <br><br> Defendants. | No. CV-23-01455-PHX-DLR <br><br> Consolidated with <br> Case No. 23-01889-PHX-SRB <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF J. MARCO JANOSKI GRAY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE |

4880-3781-3429.v1

I, J. MARCO JANOSKI GRAY, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in the above-entitled action.  I am a member of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Laborers District Council Construction Industry Pension Fund.  I make this declaration in support of Plaintiff's Opposition to Defendants' Request for Judicial Notice.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    "Gaming in Southeast Asia: The Playing, Spending & Viewing Behavior of a Fast-Growing Games Market."  Leet Entertainment (Aug. 21, 2023), *available at* myleet.com/news/gaming-in-southeast-asia-the-playing-spending-viewing-behavior-of-a-fast-growing-games-market/; and

Exhibit B:    "Riot Games to Self-Publish League of Legends and Teamfight Tactics in Southeast Asia."  Riot Games (Nov. 9, 2022), *available at* www .riotgames.com/en/news/riot-games-self-publish-league-legends-teamfight-tactics-southeast-asia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 19, 2024, at San Diego, California.

s/ Marco Janoski
J. MARCO JANOSKI GRAY

- 1 -

4880-3781-3429.v1