**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al., | Case No. 2:23-CV-01455-DLR |
| Plaintiffs, | Consolidated with: Case No. 23-CV-01889-PHX-DLR |
| v. | |
| Sea Limited, et al., | **[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION OF THE AUGUST 7, 2024 ORDER ON DEFENDANTS' MOTION TO DISMISS** |
| Defendants. | |

Having considered Defendants' Motion for Partial Reconsideration of the August 7, 2024 Order (ECF No. 55) on Defendants' Motion to Dismiss the Consolidated Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendants' Motion for Reconsideration is GRANTED.

IT IS FURTHER ORDERED that the August 7, 2024 Order is MODIFIED as follows:

(1) Plaintiff's claims based on allegations that Defendants made false or misleading statements in Sea's April 6, 2023 Form F-20 for FY22 fail to adequately plead falsity and therefore are DISMISSED, and

(2) Plaintiff's claims based on allegations that Defendants misled investors on the May 16, 2023 1Q23 earnings call by claiming that Shopee's GMV was "in line with seasonality trends" fail to adequately plead falsity and therefore are also DISMISSED.