ZIMMERMAN REED, LLP
HART L. ROBINOVITCH
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ  85254
Telephone:  480/348-6400
480/348-6415 (fax)
hart.robinovitch@zimmreed.com

Local Counsel for Lead Plaintiff

ROBBINS GELLER RUDMAN
     & DOWD LLP
THEODORE J. PINTAR (admitted *pro hac vice*)
TOR GRONBORG (admitted *pro hac vice*)
J. MARCO JANOSKI GRAY (admitted *pro hac vice*)
T. ALEX B. FOLKERTH (admitted *pro hac vice*)
JESSICA E. ROBERTSON (admitted *pro hac vice*)
EVELYN SANCHEZ GONZALEZ (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com
torg@rgrdlaw.com
mjanoski@rgrdlaw.com
afolkerth@rgrdlaw.com
jrobertson@rgrdlaw.com
egonzalez@rgrdlaw.com

Lead Counsel for Lead Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Sea Limited, et al., <br><br> Defendants. | No. CV-23-01455-PHX-DLR <br><br> Consolidated with <br> Case No. 23-01889-PHX-SRB <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF J. MARCO JANOSKI GRAY IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

4930-8524-0358.v1

I, J. MARCO JANOSKI GRAY, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* to this Court.  I am a partner with the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Laborers District Council Construction Industry Pension Fund in the above-captioned action.  I submit this declaration, together with the attached exhibit, in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached is a true and correct copy of the following exhibit:

Exhibit 1:    Stipulation of Settlement and exhibits thereto.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of March, 2025.

s/ Marco Janoski
J. MARCO JANOSKI GRAY

- 1 -

4930-8524-0358.v1