# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Sea Limited, et al., <br><br> Defendants. | No. CV-23-01455-PHX-DLR <br><br> Consolidated with: <br> Case No. CV-23-01889-PHX-DLR <br><br> **ORDER** |

On March 18, 2025, the Court entered an Order preliminarily approving a Class Action settlement in this matter. (Doc. 75.) Based on the Court's preliminary approval of the settlement, the Court finds Defendants' motion for partial reconsideration of the Court's August 7, 2024 Order to be moot. Accordingly;

**IT IS ORDERED** that Defendants' motion (Doc. 58) is denied as moot without prejudice. Should the Court deny final approval of the Class Action settlement, Defendants may re-urge their motion.

Dated this 18th day of March, 2025.

Douglas L. Rayes
Senior United States District Judge