UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Sea Limited, et al.,<br><br>    Defendants. | No. CV-23-01455-PHX-DLR<br><br>Consolidated with<br>Case No. 23-01889-PHX-SRB<br><br>CLASS ACTION<br><br>DECLARATION OF JAMES N. HARPER, JR. |

I, JAMES N. HARPER, JR., declare as follows:

1.      I am Co-Chair of the Board of Trustees for Lead Plaintiff in this case, the Laborers District Council Construction Industry Pension Fund (the "Fund" or "Plaintiff"). I have held this position since 2018. In my role as Co-Chair, I am familiar with how the Fund, through the Board, hires investment advisors and money managers consistent with the Fund Policies and Plan Document. I am also familiar with this Litigation and have been actively monitoring the case since it was filed in 2023. I respectfully submit this declaration in support of: (a) Plaintiff's motion for final approval of the $46,000,000 Settlement (the "Settlement") reached between the Fund (on behalf of itself and the Class) and the defendants; (b) Lead Counsel Robbins Geller Rudman & Dowd LLP's ("Robbins Geller") motion for an award of attorneys' fees and expenses; and (c) the Fund's request for an award of $7,720 pursuant to 15 U.S.C. §78u-4(a)(4) in connection with its representation of the Class.

2.      The Fund understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors with large losses to manage and direct securities fraud class actions. In seeking appointment as Lead Plaintiff, the Fund understood its duty to serve the interests of Class Members by supervising the management and prosecution of the Litigation. We vigorously prosecuted this case on behalf of the Class since 2023. Ultimately, the Fund agreed to settle the case only after balancing the risks of a trial and appeal, if we prevailed, against the immediate benefit of a $46,000,000 recovery.

3.      Following appointment as Lead Plaintiff, the Fund kept fully informed regarding case developments and procedural matters over the course of the Litigation, including engagement with Robbins Geller concerning the Litigation strategy in connection with the consolidated complaint, motion to dismiss, discovery, and the potential resolution of the Litigation. In its capacity as Lead Plaintiff, the Fund's staff and counsel also: (a) reviewed pleadings, briefs, court orders, and detailed correspondence concerning the status of the Litigation; (b) reviewed and responded to document requests and identified

relevant sources of documents during the discovery process; and (c) participated in discussions with Robbins Geller regarding mediation and settlement discussions.

4.      The Fund has also evaluated the significant risks and uncertainties of continuing litigation, including the possibility of a nominal recovery or even no recovery at all. Following a December 18, 2024 mediation session with Gregory P. Lindstrom of Phillips ADR Enterprises, the Fund authorized Robbins Geller to settle this Litigation for $46,000,000. The Fund believes this Settlement is fair and reasonable, represents a very good recovery, and is in the best interests of Class Members.

5.      While the Fund recognizes that any determination of attorneys' fees and expenses is left to the Court, the Fund believes that Robbins Geller's request for fees of 25% of the Settlement Amount and expenses not to exceed $200,000, plus interest on both amounts, is fair and reasonable, as this Settlement would not have been possible without their diligent and aggressive prosecutorial efforts.

6.      Much of the work overseeing this Litigation was spearheaded by the Fund's outside general counsel Joel Trigiani, Esq., who devoted approximately 19.3 hours to the prosecution of this Litigation. This time spent by outside general counsel was billed directly to the Fund at an average rate of $400 per hour. Therefore, the Fund seeks an award of $7,720.[1]

7.      The Fund respectfully requests that the Court grant final approval of the Settlement, approve Robbins Geller's motion for an award of attorneys' fees and expenses, and award the Fund $7,720 pursuant to 15 U.S.C. §78u-4(a)(4) in connection with its representation of the Class in this Litigation.

---

[1]  Although the Fund's staff also spent time directly related to the prosecution of this Litigation, it is difficult to estimate the precise amount of time spent by me and my colleagues – including Alan Parham (Fund Administrator). Fund staff did not maintain time records for work on this Litigation, and therefore the Fund does not seek reimbursement for the time spent by its internal staff.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of May, 2025, in Philadelphia, Pennsylvania.

_____
JAMES N. HARPER, JR., Co-Chair
Laborers District Council Construction Industry
Pension Fund

- 3 -