UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Sea Limited, et al., <br><br> Defendants. | No. CV-23-01455-PHX-DLR <br><br> Consolidated with <br> Case No. 23-01889-PHX-SRB <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF LUIGGY SEGURA REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE |

I, Luiggy Segura, declare as follows:

1.    I am the Vice President of Securities Operations at JND Legal Administration ("JND").  Pursuant to the Court's March 18, 2025 Order (ECF 75) ("Preliminary Approval Order"), JND was appointed as the Claims Administrator to supervise and administer the notice procedure and processing of claims in connection with the above-captioned action (the "Action").[1]  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**Dissemination of Notice**

2.    In accordance with paragraph 10(a) of the Preliminary Approval Order, no later than April 8, 2025, JND was to commence emailing and mailing the Postcard Notice to all potential Class Members who could be identified with reasonable effort, and to post to the website dedicated to this Action, among other things, the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release ("Proof of Claim", and together with the Notice, the "Notice Packet").  A copy of the Postcard Notice and Notice Packet are attached hereto as Exhibits A and B respectively.

3.    On March 27, 2025, Lead Counsel forwarded to JND data files they received from Defendants' Counsel that contained a total of 185 unique DTC Participants that were identified as holders of Sea Limited ("Sea") American Depositary Shares ("ADSs") at the beginning and at the end of the Class Period.  Upon review, JND verified that the spreadsheets provided did not contain investor-level information, nor the last known names and addresses of potential Class Members, as discussed in paragraph 8 of the Preliminary Approval Order.  As there was no investor-level information available, on April 8, 2025, JND caused the Postcard Notice to be sent by first-class mail to brokerage firms, banks, and other institutions, discussed in further detail below.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement, dated March 14, 2025 (ECF 73-1) ("Stipulation").

- 1 -

4.    JND maintains a proprietary database with names and addresses of the largest and most common brokerage firms, banks, and other institutions (referred to as "nominees" or "record holders") that purchase securities in "street name" on behalf of the beneficial owners.  At the time of the initial mailing, JND's database of nominees contained 4,074 mailing records.  On April 8, 2025, JND caused Notice Packets to be sent by first-class mail to the 4,074 mailing records contained in its database.

5.    JND also researched filings with the U.S. Securities and Exchange Commission on Form 13-F to identify additional institutions or entities who may have purchased Sea ADSs during the Class Period.  Based on this research, 1,234 address records were added to the list of potential Class Members.  On April 8, 2025, JND caused Postcard Notices to be sent by first-class mail to these potential Class Members.

6.    As provided in paragraph 11 of the Preliminary Approval Order, the Notice mailed to nominees directed those who purchased or acquired Sea ADSs from November 15, 2022 through August 14, 2023, both dates inclusive, for the benefit of potential Class Members to, within seven (7) calendar days of receipt of the Notice, either: (i) request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners; or (ii) send a list of the names, addresses, and emails (if available) of all such beneficial owners to JND (who would then mail copies of the Postcard Notice to those beneficial owners).

7.    As of May 22, 2025, JND has received 24,067 additional names and addresses of potential Class Members from brokerage firms, banks, institutions, other nominees, and individuals.  JND has also received requests from brokers and other nominee holders for 34,646 Postcard Notices to be forwarded directly by the nominees to their customers.  All such requests have been, and will continue to be, complied with and addressed in a timely manner.

8.    In addition to mailing Notice Packets and Postcard Notices, notice has also been sent via email.  Specifically, on April 8, 2025, JND executed an email notice campaign to the 442 nominees for which an email address was available. Since then, JND

has emailed an additional 809 Notices pursuant to the requests from nominees, and has been notified that various other nominees have elected to send emails to their potential Class Members directly.  Those nominees which elected to email their Class Members directly have advised JND that an additional 133,902 emails have been sent.  As of May 22, 2025, a total of 135,153 emails with Notice have been sent to potential Class Members.

9.    Thus, of May 22, 2025, a total of 199,174 Notices and Postcard Notices have been mailed or emailed to potential Class Members and their nominees.

**Publication/Transmission of the Summary Notice**

10.    In accordance with paragraph 10(b) of the Preliminary Approval Order, JND caused the Summary Notice to be published in the national edition of *The Wall Street Journal* and transmitted over a national newswire service on April 15, 2025.  Copies of proof of the publication/transmission of the Summary Notice in *The Wall Street Journal* and over *PR Newswire* are attached hereto as Exhibit C.

**Establishment of Call Center Services**

11.    On or before April 8, 2025, JND established a case-specific, toll-free telephone number, 877-930-5821, for potential Class Members to call and obtain information about the Settlement.  The toll-free telephone number provides an interactive voice response system and live operators to accommodate questions about the Action.  The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions.  Callers requiring further help have the option to be transferred to a live operator during business hours.  JND continues to maintain the telephone helpline and will update the interactive voice response system as necessary throughout the course of the administration.  The toll-free telephone number is set forth in the Postcard Notice, Notice, Summary Notice, and on the website dedicated to the Settlement.

**Establishment of Settlement Website**

12.    In order to further assist potential Class Members, JND established a dedicated website for the Settlement, www.SeaLimited2023SecuritiesLitigation.com ("Settlement Website").  The Settlement Website became operational on April 8, 2025, and

is accessible 24 hours a day, 7 days a week.  The address for the Settlement Website was set forth in the notices.  The Settlement Website includes information about the Action and proposed Settlement, including the exclusion, objection, and claim filing deadlines, and details about the Court's Settlement Hearing.  Copies of the Notice, Proof of Claim, Stipulation, and Preliminary Approval Order are posted on the Settlement Website and are available for downloading.  In addition, the Settlement Website offers Class Members the option to submit their Proofs of Claim online.  JND will continue to update the website as appropriate.

**Requests for Exclusion Received to Date**

13.    The Notice and Summary Notice inform potential Class Members that requests for exclusion from the Class are to be sent to JND, such that they are to be postmarked or received no later than June 10, 2025.  The Notice also sets forth the information that must be included in each exclusion request.  As of May 21, 2025, JND has received one (1) request for exclusion.  JND will submit a supplemental declaration after the June 10, 2025, deadline that will address any and all requests for exclusion received.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of May 2025, at New Hyde Park, New York.

_Luiggy Segura_
LUIGGY SEGURA

- 4 -