UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al.,<br><br>                              Plaintiffs,<br><br>      vs.<br><br>Sea Limited, et al.,<br><br>                              Defendants. | No. CV-23-01455-PHX-DLR<br><br>Consolidated with<br>Case No. 23-01889-PHX-SRB<br><br><u>CLASS ACTION</u><br><br>SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING UPDATE ON DISSEMINATION OF NOTICE, UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE, REQUESTS FOR EXCLUSION RECEIVED, AND CLAIMS RECEIVED TO DATE |

I, Luiggy Segura, declare as follows:

1.    I am the Vice President of Securities Operations at JND Legal Administration ("JND").  Pursuant to the Court's March 18, 2025 Order (ECF 75) ("Preliminary Approval Order"), JND was appointed as the Claims Administrator to supervise and administer the notice procedure and processing of claims in connection with the above-captioned action (the "Action").[1] I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Luiggy Segura Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date, dated May 22, 2025 (ECF 81) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and, if called as a witness, I could and would testify competently thereto.

**Update on Dissemination of Notice**

2.    Since the initial mailing of Postcard Notices and Notice Packets on April 8, 2025 (the "Initial Mailing"), JND has undertaken substantial efforts to ensure that brokers/nominees responded in a timely manner either by providing JND with the names and addresses of potential Class Members or by requesting notices, in bulk, to forward directly onto their clients. To that end, JND caused reminder postcards to be mailed to the brokers/nominees and third-party filers who did not respond to the Initial Mailing, advising these entities of their obligation to facilitate notice of the Settlement to their clients who purchased or acquired Sea Limited ("Sea") American Depositary Shares ("ADSs") during the Class Period. JND also reached out via telephone and email to the top 100 brokers/nominees and third-party filers.

3.    Since the Initial Mailing, JND has continued to disseminate copies of the Postcard Notice and Notice Packet in response to requests from potential Class Members and brokers/nominees. As of June 20, 2025, a total of 201,293 Postcard Notices and/or

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement, dated March 14, 2025 (ECF 73-1) ("Stipulation") or the Initial Mailing Declaration

Notice Packets have been emailed and mailed to potential Class Members by JND and brokers/nominees.[2]

### Update on Call Center Services and Settlement Website

4.    JND continues to maintain the toll-free telephone number (877-930-5821) and Interactive Voice Recording ("IVR") to accommodate inquiries about the Settlement from potential Class Members. Through June 20, 2025, there have been a total of 185 calls to the toll-free telephone number, 60 of which have been handled by a live operator. JND has promptly responded to each telephone inquiry and will continue to respond to Class Member inquiries via the toll-free telephone number.

5.    JND also continues to maintain the website dedicated to the Settlement, www.SeaLimited2023SecuritiesLitigation.com (the "Settlement Website"), to assist potential Class Members. On May 27, 2025, JND posted to the Settlement Website copies of the papers regarding the final approval of the Settlement, approval of the Plan of Allocation, award of attorneys' fees and expenses, and award to Lead Plaintiff. JND will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the administration of the Settlement.

### Requests for Exclusion Received

6.    The Notice, Summary Notice, and Settlement Website informed potential Class Members that requests for exclusion from the Class were to be sent to JND, such that they were postmarked or received no later than June 10, 2025. JND has monitored all mail delivered to the P.O Box for the Settlement. As of the date of this Declaration, JND has received eight (8) requests for exclusion.

---

[2] As of June 20, 2025, 375 Notice Packets have been returned to JND by the United States Postal Service ("USPS") as undelivered as addressed; the USPS provided an updated address for 25 of the undelivered Notice Packets and JND forwarded the notice to the updated address; in addition, JND re-mailed 28 Notice Packets to updated addresses located by JND through advanced address searches.

**Claims Received to Date**

7.    The Notice and Claim Form also informed potential Class Members that if they wished to participate in the Settlement that they must timely complete and return the Claim Form with adequate supporting documentation postmarked or submitted online no later than June 23, 2025.

8.    As of June 20, 2025, JND has received approximately 6,530 Claim Forms. At this point in the administration, JND is still processing and reviewing claims. Therefore, the number of valid claims is unknown.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24 day of June 2025, at New Hyde Park, New York.

_____
LUIGGY SEGURA

- 3 -