**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Laborers District Council Construction
Industry Pension Fund, et al.,

   *Plaintiffs,*

v.

Sea Limited, et al.,

   *Defendants.*

Case No. CV-23-01455-PHX-DLR

Consolidated with
Case No. 23-01889-PHX-SRB

## DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

I, KYLE S. BINGHAM, hereby declare and state as follows:

1. My name is KYLE S. BINGHAM.  I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am the Senior Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.  I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 500 class action settlements.

3. Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

4. The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

**CAFA NOTICE IMPLEMENTATION**

5.      At the direction of counsel for Defendants Sea Limited, Forrest Xiaodong Li, Tony Tianyu Hou, Yanjun Wang, Gang Ye, and David Jingye Chen, 57 federal and state officials (the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories) were identified to receive CAFA notice.

6.      Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.      On March 21, 2025, Epiq sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Priority Mail to 53 officials (the Attorneys General of 47 states, the District of Columbia, and the United States Territories).  As per the direction of the Office of the Nevada, New York, and Connecticut Attorneys General, the Notice was sent to the Nevada, New York, and Connecticut Attorneys General electronically via email. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States.  The CAFA Notice Service List (USPS Priority Mail, Email, and UPS) is included as **Attachment 1**.

8.      The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case.  The Cover Letter is included as **Attachment 2**.

9.      The cover letter was accompanied by a CD, which included the following:

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

a. Complaint for Violations of the Federal Securities Laws, dated July 21, 2023 (ECF No. 1); Consolidated Complaint for Violations of the Federal Securities Laws, dated December 22, 2023 (ECF No. 31).

b. Stipulation of Settlement, dated March 14, 2025 (ECF No. 73-1), and the following exhibits thereto:

- Exhibit A:  Order Preliminarily Approving Settlement and Providing for Notice;

- Exhibit A-1:  Notice of Pendency and Proposed Settlement of Class Action ("Notice");

- Exhibit A-2:  Proof of Claim and Release ("Proof of Claim");

- Exhibit A-3:  Summary Notice of Proposed Settlement of Class Action ("Summary Notice");

- Exhibit A-4:  Postcard Notice; and

- Exhibit B:  Final Judgment and Order of Dismissal with Prejudice.

c. Order, dated March 18, 2025 (ECF No. 75) preliminarily approving the Settlement and approving, as to the form and content, the Notice, the Proof of Claim, the Summary Notice, and the Postcard Notice.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 21, 2025.

_____
KYLE S. BINGHAM

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE