# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laborers District Council Construction Industry Pension Fund, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Sea Limited, et al., <br><br> Defendants. | No. CV-23-01455-PHX-DLR <br><br> Consolidated with: <br> Case No. CV-23-01889-PHX-DLR <br><br> **CLASS ACTION** <br><br> **ORDER APPROVING PLAN OF ALLOCATION** |

This matter having come before the Court on July 1, 2025, on Lead Plaintiff's motion for approval of the Plan of Allocation in the above-captioned action (Doc. 77); the Court having considered all papers filed and proceedings held herein and otherwise being fully informed of the matter;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement dated March 14, 2025 (Doc. 73-1) (the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction to enter this Order, over the subject matter of this Litigation, and over all of the Settling Parties and all Class Members.

3. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed

to all Persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons who are Class Members to be heard with respect to the Plan of Allocation.  There were no objections to the Plan of Allocation.

4. The Court finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established pursuant to the Stipulation among the Class Members, with due consideration having been given to administrative convenience and necessity.

5. This Court finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

**IT IS SO ORDERED.**

Dated this 11th day of July, 2025.

Douglas L. Rayes
Senior United States District Judge